THE ORIGINAL IMAGE HAS BEEN REMOVED PURSUANT TO COURT ORDER

(See ECF No. 12)