AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* HILLARY R. CLINTON


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter Ticktin, Esquire
> The Ticktin Law Group
> 270 SW Natura Avenue
> Deerfield Beach, Florida 33441


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: _____ Mar 24, 2022 _____

SUMMONS

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

==Select Courthouse==

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HFACC, INC.
300 Cadman Plaza W, 11th Floor
Brooklyn, New York 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Mar 24, 2022

Select Courthouse

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>

DONALD J.  TRUMP, 45th PRESIDENT<br>
OF THE UNITED STATES

_____<br>
*Plaintiff(s)*

v.

HILLARY R. CLINTON, et al.,

_____<br>
*Defendant(s)*

</td><td>

)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)<br>
)

</td><td>

Civil Action No. 22cv14102-DMM

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DNC SERVICES CORPORATION
430 South Capitol Street SE
Washington, D.C. 20003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Mar 24, 2022
_____

Select Courthouse

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES <br><br>_____<br>*Plaintiff(s)*<br>v.<br>HILLARY R. CLINTON, et al.,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22cv14102-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEMOCRATIC NATIONAL COMMITTEE
430 South Capitol Street SE
Washington, D.C. 20003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 24, 2022
_____

Select Courthouse



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DONALD J.  TRUMP, 45th PRESIDENT
OF THE UNITED STATES

*Plaintiff(s)*

v.

HILLARY R. CLINTON, et al.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 22cv14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PERKINS COIE, LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     Mar 24, 2022



**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

==Select Courthouse==

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DONALD J.  TRUMP, 45th PRESIDENT
OF THE UNITED STATES

)
)
)
)
)

*Plaintiff(s)*

)

v.

)

HILLARY R. CLINTON, et al.,

)
)
)
)
)

Civil Action No. 22cv14102-DMM

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHAEL SUSSMANN
4629 30th Street NW
Washington, DC 20005-2005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:     Mar 24, 2022

*Select Courthouse*

Angela E. Noble
Clerk of Court

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DONALD J.  TRUMP, 45th PRESIDENT
OF THE UNITED STATES

*Plaintiff(s)*

v.

HILLARY R. CLINTON, et al.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 22cv14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARC ELIAS
186 River Park Drive
Great Falls, Virginia 22066-3546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  ___Mar 24, 2022___



*Select Courthouse*

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEBBIE WASSERMAN SCHULTZ
4479 Fox Glove Lane
Weston, Florida 33331-4000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Mar 24, 2022

Select Courthouse

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DONALD J.  TRUMP, 45th PRESIDENT OF THE
UNITED STATES

_____
*Plaintiff(s)*

v.

HILLARY R. CLINTON, et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 22cv14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHARLES HALLIDAY DOLAN, JR.
1730 N Huntington Street 6
Arlington, Virginia 22205-2709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 24, 2022
_____

<span style="background-color: yellow">*Select Courthouse*</span>



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES<br><br>_____<br>*Plaintiff(s)*<br>v.<br>HILLARY R. CLINTON, et al.,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 22cv14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAKE SULLIVAN
1301 21st Street NW A
Washington, D.C. 20036-1503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 24, 2022



**SUMMONS**

Select Courthouse

Angela E. Noble
Clerk of Court

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| *Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN PODESTA
3743 Brandywine Street NW
Washington, D.C. 20016-1809


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 24, 2022

Angela E. Noble
Clerk of Court

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

==Select Courthouse==

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) | |
| | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROBERT E. MOOK
900 N Stuart Street, Apt., 619
Arlington, VA 22203-4105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  Mar 24, 2022

Select Courthouse

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES <br><br> *Plaintiff(s)* <br><br> v. <br><br> HILLARY R. CLINTON, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 22cv14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PHILLIPE REINES
3251 Prospect Street NW, Apt., 414
Washington, D.C. 20007-3245

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 24, 2022



Select Courthouse

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DONALD J.  TRUMP, 45th PRESIDENT OF THE
UNITED STATES

*Plaintiff(s)*

v.

HILLARY R. CLINTON, et al.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 22cv14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FUSION GPS
1700 Connecticut Avenue, Suite 400
Washington, D.C. 20009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date:   Mar 24, 2022

<mark>Select Courthouse</mark>



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ GLENN SIMPSON
4115 Military Road NW
Washington, D.C. 20015-2929

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: _____Mar 24, 2022_____

*Select Courthouse*

Angela E. Noble
Clerk of Court

**SUMMONS**

_s/ Ahlai Israel_

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 22cv14102-DMM |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| _Defendant(s)_ | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ PETER FRITSCH
790 Riverside Drive, Apt., 7K
New York, New York 10032-7429

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____Mar 24, 2022_____



**SUMMONS**

_Select Courthouse_

Angela E. Noble
Clerk of Court

_s/ Ahlai Israel_
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J. TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 22cv14102-DMM |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ NELLIE OHR
6435 Tucker Avenue
McLean, Virginia 22101-5266

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 24, 2022

_s/ Ahlai Israel_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

Select Courthouse

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DONALD J.  TRUMP, 45th PRESIDENT
OF THE UNITED STATES

_____
*Plaintiff(s)*

v.

HILLARY R. CLINTON, et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 22cv14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRUCE OHR
6435 Tucker Avenue
McLean, Virginia 22101-5266

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  ___Mar 24, 2022___



Angela E. Noble
Clerk of Court

==Select Courthouse==

**SUMMONS**

*s/ Ahlai Israel*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ORBIS BUSINESS INTELLIGENCE, LTD
Palm Hall Cl,
Winchester SO23, United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   Mar 24, 2022

Select Courthouse

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DONALD J.  TRUMP, 45th PRESIDENT OF THE
UNITED STATES

*Plaintiff(s)*

v.

HILLARY R. CLINTON, et al.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 22cv14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTOPHER STEELE
Palm Hall CI,
Winchester SO23, United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date:   Mar 24, 2022

Select Courthouse



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* IGOR DANCHENKO
5837 15th Street N
Arlington, Virginia 22205-2315

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

Date:  Mar 24, 2022

Select Courthouse

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DONALD J.  TRUMP, 45th PRESIDENT
OF THE UNITED STATES

*Plaintiff(s)*

v.

HILLARY R. CLINTON, et al.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 22cv14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEUSTAR, INC.
1906 Reston Metro Plaza, Suite 500
Reston, Virginia 20190

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 24, 2022

Select Courthouse



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

DONALD J.  TRUMP, 45th PRESIDENT
OF THE UNITED STATES

)
)
)
)

*Plaintiff(s)*

)
)

v.

)

Civil Action No. 22cv14102-DMM

HILLARY R. CLINTON, et al.,

)
)
)
)
)

*Defendant(s)*

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RODNEY JOFFE
3736 Pilgrim Green Way
Fairfax, Virginia 22033-2758

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date:  Mar 24, 2022

Select Courthouse



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ JAMES COMEY
7845 Westmont Lane
Mc Lean, Virginia 22101-3961

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Mar 24, 2022

_Select Courthouse_

Angela E. Noble
Clerk of Court

_s/ Ahlai Israel_

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PETER STRZOK
3214 Prince William Drive
Fairfax, Virginia 22031-3020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___Mar 24, 2022___

<mark>Select Courthouse</mark>



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J. TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| *Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LISA PAGE
1229 D Street NE
Washington, D.C. 20002-6333

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____Mar 24, 2022_____



**SUMMONS**

*s/ Ahlai Israel*
_____
Deputy Clerk
U.S. District Courts

==Select Courthouse==

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KEVIN CLINESMITH
1400 Irving Street NW, Apt., 528
Washington, D.C. 20010-2880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     Mar 24, 2022

Select Courthouse



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 22cv14102-DMM |
| v. | ) | |
| HILLARY R. CLINTON, et al., | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANDREW MCCABE
42751 Summerhouse Place
Broadlands, Virginia 20148-5511

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 24, 2022



Select Courthouse

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ahlai Israel*

Deputy Clerk
U.S. District Courts