UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, et al.,

        Defendants.

_____/

## CERTIFICATION OF MICHAEL T. MADAIO

Michael T. Madaio, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                            Michael T. Madaio