UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, et al.,

        Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Alina Habba of the law firm of Habba Madaio & Associates LLP, 1430 US Highway 206, Suite 240 Bedminster, New Jersey 07921, 908-869-1188, for purposes of appearance as co-counsel on behalf of Donald J. Trump in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Alina Habba to receive electronic filings in this case, and in support thereof states as follows:

    1.    Alina Habba is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the District of New Jersey.

    2.    Movant, Peter Ticktin, Esquire, of the law firm of The Ticktin Law Group, PLLC, 270 SW Natura Avenue, Deerfield Beach, Florida 33441, 954-570-6757, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and

served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Alina Habba has made payment of this Courts $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Alina Habba by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Alina Habba at email address: ahabba@habbalaw.com.

WHEREFORE, Peter Ticktin, moves this Court to enter an Order Alina Habba, to appear before this Court on behalf of Donald J. Trump, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Alina Habba.

Date: March 25, 2022            Respectfully submitted,

                                /s/ *Peter Ticktin*

                                Peter Ticktin
                                887935
                                Serv512@legalbrains.com
                                The Ticktin Law Group, PLLC
                                270 SW Natura Avenue
                                Deerfield Beach, FL 33441
                                954-570-6757
                                Attorneys for Donald J. Trump