**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 22-14102-CIV-MIDDLEBROOKS**

**DONALD J. TRUMP,**

    Plaintiff,

v.

**HILLARY R. CLINTON, et al.**

    Defendants.

_____/

**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION
TO REDACT ADDRESSES OF FORMER FEDERAL BUREAU
OF INVESTIGATION EMPLOYEES FROM THE PUBLIC RECORD**

THIS MATTER is before the Court upon United States of America's Motion to Redact Addresses of Former Federal Bureau of Investigation Employees From the Public Record. Having carefully considered the same, and finding good cause has been shown, it is hereby

**ORDERED AND ADJUDGED** that United States of America's Motion to Redact Addresses of Former Federal Bureau of Investigation Employees From the Public Record is **GRANTED**.

DONE AND ORDERED at Miami, Florida, this \_\_\_\_\_ day of March, 2022.

 

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record