UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14102-CIV-MIDDLEBROOKS/MAYNARD

**DONALD J. TRUMP,**

    Plaintiff,

v.

**HILLARY R. CLINTON,** *et al.*,

    Defendants.

_____/

**ORDER OF RECUSAL**

Pursuant to 28 U.S.C. § 455 and the Court's Internal Operating Procedures, the undersigned U.S. Magistrate Judge hereby recuses herself and refers this matter to the Clerk of Court for reassignment.

**DONE and ORDERED** in Chambers in Fort Pierce, Florida, this 25th day of March, 2022.

*[signature]*
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE