UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,
    Plaintiff,

v.

HILLARY R. CLINTON, et al.,
    Defendants.
_____/

## ORDER GRANTING MOTION TO REDACT

THIS CAUSE is before the Court on the United States of America's Motion to Redact Addresses of Former Federal Bureau of Investigation Employees from the Public Record, filed on March 25, 2022. (DE 10). The United States seeks to redact the addresses of five former FBI employees—James Comey, Andrew McCabe, Peter Strzok, Lisa Page, and Kevin Clinesmith—included in the summonses Plaintiff filed in the public record. (DE 1-24; DE 1-25; DE 1-26; DE 1-27; DE 1-28; DE 7). Based on the security threats cited by the United States in its Motion, the Motion is granted. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The United States' Motion to Redact (DE 10) is **GRANTED**.

(2) The Clerk of Court is directed to **STRIKE** and **REMOVE** docket entries 1-24, 1-25, 1-26, 1-27, 1-28 and 7 from the record.

(3) Plaintiff **SHALL FILE** redacted copies of docket entries 1-24, 1-25, 1-26, 1-27, 1-28 and 7 **on or before March 29, 2022.**

SIGNED in Chambers at West Palm Beach, Florida this 28 day of March, 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE