UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14102-CIV-MIDDLEBROOKS/McCABE

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.

    Defendants.
_____/

### JOINT NOTICE OF FILING REDACTED COPIES OF SUMMONSES AND MOTION TO OTHERWISE REDACT ADDRESSES FROM THE COURT'S PUBLIC RECORD

    The United States of America together with Plaintiff (the parties), by and through their respective counsel, hereby file the redacted versions of Docket Entries (DE) 1-24, 1-25, 1-26, 1-27, 1-28, and 7, in compliance with the Order Granting Motion to Redact [D.E. 12]; and move for an order redacting the addresses of the five named former Federal Bureau of Investigation (FBI) employees (James Comey, Andrew McCabe, Peter Strzok, Lisa Page, and Kevin Clinesmith) from the docket in Case No. 22-cv-14101.

    The parties have been able to confer and agree to the substitution of the attached redacted versions of the relevant docket entries and to the redaction of the addresses from the public record in Case No. 22-cv-14101.

WHEREFORE, for the foregoing reasons, the United States of America together with Plaintiff file the redacted copies of DE 1-24, 1-25, 1-26, 1-27, 1-28, and 7, and move for an order redacting the addresses of former FBI employees James Comey, Andrew McCabe, Peter Strzok, Lisa Page, and Kevin Clinesmith from the docket in Case No. 22-cv-14101.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: **Anthony Erickson-Pogorzelski**
ANTHONY ERICKSON-POGORZELSKI
ASSISTANT U.S. ATTORNEY
Florida Bar No. 619884
E-mail: Anthony.Pogorzelski@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9296
*Counsel for the United States of America*

and

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222


 /s/ Pete*r Ticktin*
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
SHAINA VANMEHREN, ESQUIRE
Florida Bar No. 1025180
*Counsel for Plaintiff*