UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14102-CIV-MIDDLEBROOKS/McCABE

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.

    Defendants.

_____/

### ORDER GRANTING JOINT NOTICE OF FILING REDACTED COPIES OF SUMMONSES AND MOTION TO OTHERWISE REDACT ADDRESSES FROM THE COURT'S PUBLIC RECORD

THIS MATTER is before the Court upon the Joint Notice of Filing Redacted Copies of Summonses and Motion to Otherwise Redact Addresses From the Court's Public Record. Having carefully considered the same, and finding good cause has been shown, it is hereby

**ORDERED AND ADJUDGED** that the Joint Notice of Filing Redacted Copies of Summonses and Motion to Otherwise Redact Addresses From the Court's Public Record. Having is **GRANTED**.

The Clerk is directed to substitute the redacted version of Docket Entries 1-24, 1-25, 1-26, 1-27, 1-28, and 7, which are attached as exhibits to the Joint Motion, for the previously filed copies. The Clerk is further directed to redact the addresses of former Federal Bureau of Investigation employees James Comey, Andrew McCabe, Peter Strzok, Lisa Page, and Kevin Clinesmith from the docket in Case No. 22-cv-14101.

DONE AND ORDERED at Miami, Florida, this \_\_\_\_\_ day of March, 2022.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record