To US (United States District Court
Southern District of FLORIDA =
Case 2-22-CV-14102 xxxx
Entered on FLSD Docket
03-24-2022
by Donald J Trump + I want to
attached my briefs + emergency
petition to remove President Biden
via the constitution phrase per
to the case above i.e. Florida
supreme court + US Supreme
Court respectfully please refer
to lawyer who file the
108 page lawsuit
respectfully

FILED BY NA D.C.
MAR 30 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Please refer to lawsuit who
file lawsuit 108 pages,
to give full permission to
President Trump + his lawyers
to my briefs (FLORIDA Dept
of Justice US Supreme Court.
US Supreme Court +
FLORIDA Supreme Court +
attached to it; US ~~Postal~~ Postal
service not equipped to
handle 2020 elections. ⊕
I (Philip R Mahla) do give full
permission to President Trump =
all entities related to Donald
J Trump + Philip Mahla

Phillip Ray Mahler
Pwr 44471
23355 Elmwood Lane
Live Oak FL 32064
386 658 2399
919 422 5049.
386 249 3042
[illegible]250@gmail.com

thank you
Phillip Mahler
919 422 50491

Phillip Ray Mahler
P W34 44771
23355 Elmwood Lane
LIVE OAK FL 32064

JACKSONVILLE FL 320
28 MAR 2022 PM 1

United States District Court
Southern District of FLORIDA
299 E. Broward Blvd
Suite 108
FORT LAUDERDALE FL 33301
([illegible] Aileen M. Cannon
JUDGE)

33301-194499

