Phillip [illegible]
P W34 4471
23355 Elmwood Lane
LIVE OAK FL 32064
919 422 5649
386 249 3042
386 658 2399
smithfield25@gmail.com

FILED BY NA D.C.
APR 01 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

I give my permission 3282022 that all briefs for US Supreme Court | FL Supreme Court ARIZONA Supreme Court to President Trump VP Pence | all related interested (RNC) etc. to print on the letter all entitled to 108 page ~~[illegible]~~ [illegible] my vote was canceled by the 2020 election as well, voters were [illegible] 80 million

United States District Court
Southern District of Florida:
Primary | 400 N Miami Avenue
Miami | FLORIDA 33128 USA

② 400 N Miami Avenue
Miami | FL 33128

(cc) 222V CV 14102
FLORIDA FLSD Docket 03-24-2022

I file brief petition to 2020 election that US Post office wasn't equipped to handle universal mailin ballots to US Supreme Court; FL Supreme Court; Court | ARIZONA Supreme Court; respectfully my full permission to attached all my briefs data to his 108 brief filer (on clerk)

my briefs say that the / my vote
for 2020 election, [illegible] US Post Office
to universal mail-in ballots
not equipped to handle &
truth / honest, my vote was cancel
by the election 2020 violations.
my right to vote cancel, violated,
[illegible] gmail.com ~~[illegible]~~
Philip R Mahler 919 422 5049

to Cecilia M. Altonaga, Chief
United States District Chief
Angela E Noble, Court administrator
Clerk of Court 4 800-865 17751
Please contact Donald J Trump's
lawyer [illegible] to my briefs etc
respectfully
Philip R Mahler
919 422 5049

Phillip Ray [illegible]
P [illegible] 44471
23355 [illegible]
LIVE OAK, FL 32064

JACKSONVILLE FL 320
28 MAR 2022 PM 4 [illegible]

United States District Court
Southern District of FLORIDA
299 E. BROWARD Blvd
Suite 108
FORT LAUDERDALE, FL 33301

33301$1952