**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**
vs.
Defendant: **HILLARY R. CLINTON, ET AL**



For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **MARC ELIAS, 186 RIVER PARK DRIVE, GREAT FALLS, VA 22066** I, _____Sean_____ _____Gordon_____, do hereby affirm that on the __4th__ day of __April__, 20__22__ at __10__:__46a__.m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(  ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _____Brenley Elias_____ as _____Wife of Marc Elias_____ who is over the age of 15.

(  ) CORPORATE SERVICE: By serving _____ as _____.

(  ) POSTED SERVICE: After attempting service on ____/____ at _____ and on ____/____ at _____ to a conspicuous place on the property described herein.

(  ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS:   (X) YES  (  ) NO  (  ) REFUSED

MILITARY STATUS: (  ) YES  (X) NO  (  ) REFUSED

**COMMENTS:**_____

Age 50-55  Sex M (F)  Race Caucasian  Height 5'9"  Weight 170-200  Hair Blonde  Glasses Y (N)

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

PROCESS SERVER # _____N/A_____
Appointed in accordance with State Statutes

Burke Process Service
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116

Our Job Serial Number: 2022004365

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i