# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22CV14102-DMM

Plaintiff:
**DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant:
**HILLARY R. CLINTON, ET AL**


BII2022004370

For:
Peter Ticktin, Esq.
The Ticktin Law Group
270 S.W. Natura Avenue
Deerfield Beach, FL 33441

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **DEBBIE WASSERMAN SCHULTZ, 4479 FOX GLOVE LANE, WESTON, FL 33331**.

I, Sandra Quinones, do hereby affirm that on the **4th day of April, 2022** at **5:58 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **STEVE SCHULTZ** as **CO-RESIDENT/HUSBAND**, **at the address of**, 4479 FOX GLOVE LANE, WESTON, FL 33331of the within named person's usual place of abode, who has confirmed to the process server that they reside therein and who is fifteen (15) years of age or older.  The process server informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 57, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 150, Hair: Bald, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**Sandra Quinones**
SPS # 394

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: BII-2022004370

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i