**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant: **HILLARY R. CLINTON, ET AL**



BII2022004360

For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **IGOR DANCHENKO, 5837 15TH STREET N, ARLINGTON, VA 22101**. I, _____Sean_____ _____Gordon_____, do hereby affirm that on the __30th__ day of ___March___, 20__22__ at __3__:__00__p.m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(**X**) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ who is over the age of 15.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on _____/_____ at _____ and on _____/_____ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS:  (**X**) YES  ( ) NO  ( ) REFUSED

MILITARY STATUS:  ( ) YES  (**X**) NO  ( ) REFUSED

**COMMENTS:** _____

Age _45-50_  Sex (**M**) F  Race _Caucasian_  Height _5'11"_  Weight _180-200_  Hair _Black_  Glasses Y (**N**)

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

_____

PROCESS SERVER # ___N/A___
Appointed in accordance with State Statutes

**Burke Process Service
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116**

Our Job Serial Number: 2022004360

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i