# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant: **HILLARY R. CLINTON, ET AL**


BII2022004366

For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **CHARLES HALLIDAY DOLAN JR, 1730 N. HUNTINGTON STREET, 6, ARLINGTON, VA 22205** I, __Sean Gordon__, do hereby affirm that on the __30th__ day of __March__, 20__22__ at __2__:__44p__.m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ who is over the age of 15.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ____/____ at _____ and on ____/____ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS:   (X) YES  ( ) NO  ( ) REFUSED

MILITARY STATUS: ( ) YES  (X) NO  ( ) REFUSED

**COMMENTS:** _____

Age _60-65_  Sex (M) F  Race _Caucasian_  Height _5'11"_  Weight _220-250_  Hair _Gray_  Glasses Y (N)

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

PROCESS SERVER # ____N/A____
Appointed in accordance with State Statutes

Burke Process Service
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116

Our Job Serial Number: 2022004366

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i