# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant: **HILLARY R. CLINTON, ET AL**


BII2022004357

For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **ANDREW MCCABE, 42751 SUMMERHOUSE PLACE, BROADLANDS, VA 20148** I, __Sean Gordon__, do hereby affirm that on the __5th__ day of __April__, 20__22__ at __2__:__06p__ .m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _____Barbara McCabe_____ as _____Wife of Andrew McCabe_____ who is over the age of 15.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS: (X) YES ( ) NO ( ) REFUSED

MILITARY STATUS: ( ) YES (X) NO ( ) REFUSED

**COMMENTS:**_____

Age __40-50__ Sex M (F) Race __Caucasian__ Height __5'9"__ Weight __130-170__ Hair __Black__ Glasses Y (N)

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

_____
PROCESS SERVER # ___N/A___
Appointed in accordance with State Statutes

Burke Process Service
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116

Our Job Serial Number: 2022004357

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i