UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-14102-Civ-MIDDLEBROOKS/MCCABE

DONALD J. TRUMP,

    Plaintiff,

vs.

HILLARY R. CLINTON, *et al.*,

    Defendants.

_____/

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455 and the Court's Internal Operating Procedures, the undersigned U.S. Magistrate Judge hereby recuses himself and refers this matter to the Clerk of Court for reassignment.

**DONE and ORDERED** in Chambers in West Palm Beach, Florida, this 6th day of April, 2022.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE