Civil Action No. **22cv1410-DMM**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for: **Peter Fritsch** was received by me on April 5, 2022
Service documents: **Summons In A Civil Action; Complaint For Damages And Demand For Trial By Jury; Civil Cover Sheet**
Service Address: **6309 Dahlonega Rd**
**Bethesda, MD 208162103**

✓ I personally served the above listed documents on the above named defendant.

☐ I left the above listed documents at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the above listed documents to  , who is designated by law to accept service of process on behalf of   on   ; or

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

I declare under penalty of perjury that this information is true.

Date: April 6, 2022

*Server's signature*

**Nikolas Alvarez**
*Printed name and title*

**Contracted by Burke Process Service**
**7200 W. Camino Real Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**
*Server's Address*

A0440-29147