AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DONALD J. TRUMP, 45th PRESIDENT OF THE UNITED STATES<br><br>*Plaintiff(s)*<br>v.<br>HILLARY R. CLINTON, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22cv14102-DMM<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PERKINS COIE, LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Peter Ticktin, Esquire
> The Ticktin Law Group
> 270 SW Natura Avenue
> Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: Mar 24, 2022

Select Courthouse

Angela E. Noble
Clerk of Court

s/ Ahlai Israel
Deputy Clerk
U.S. District Courts