# **RETURN OF SERVICE**
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**
vs.
Defendant: **HILLARY R. CLINTON, ET AL**



BII2022004368

For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **PERKINS COIE, LLP, 1201 THIRD AVENUE, SUITE 4900, SEATTLE, WA 98101**. I, __Sergio Pineda__, do hereby affirm that on the __6th__ day of __April__, 20__22__ at __4:29__ p.m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: By serving therein named individual at listed business address

( ) DESIGNATED SERVICE, : By serving _____, as _____, who stated that he/she was the designated person to accept service on the within named subject's behalf in their absence, and informed said person of the contents therein in compliance with state statutes.

( ) CORPORATE SERVICE REGISTERED AGENT: By serving _____ as Registered Agent

(x) CORPORATE SERVICE: By serving _____Michael January_____ as _____Receptionist_____, as an agent/employee of the corporation or Registered Agent, as allowed by Florida Statutes and informed said person of the contents wherein.

( ) CORPORATE SERVED AT USUAL PLACE OF ABODE by leaving a copy with the date and hour endorsed thereon by me to _____, who is co-resident & is 15 years of age or older of Corporate officer, Registered Agent or Corporate Director: _____, as allowed by FL Statutes 48.081 (3) (b) and 48.031 (1) (a) and informed said person of the contents wherein.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**_____
_____
_____

Age __30's__ Sex __M__ F Race __White__ Height __5'8"__ Weight _____ Hair __Black__ Glasses Y N

## RETURN OF SERVICE For 22CV14102-DMM

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: 2022004368