FILED BY NH D.C.
APR 14 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

To Southern District of Florida, I Phillip Mellor have sent you evidentary evidence to honorable President Trump suit he has filed recently © 2020 election related issues.

Thanks! Please contact US Supreme Court to all my evidentary procedures, detail evidence, etc. Phillip Mellor. You can resend enforce President Trump suits per DNC. Sincerely, Phillip R Mellor
9196225049
smithfield250@gmail.com
3862493042

Rickey Moller
PO Box 4471
Pine Cove, FL 32064

US Federal Building
Courthouse
299 East Broward Boulevard #108
Fort Lauderdale 33301

JACKSONVILLE FL 320
12 APR 2022 PM