FILED BY _____ D.C.

APR 14 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

(to Southern District of florida,
to honorable lawsuits file DNC, clintons
obc, I have sent you evidence
to 20/20 elections, related legal issues
I give you full permission to
take/enjoin the evidentary procedures
per US Supreme Court; all evidence
related to Southern District Court of
fort lauderdale, florida
Respectfully, per to US Supreme
Court, respectfully,

RPhilly Mellon
B86 2493502
919 422-5049
smithfield 250 @ gmail. com

Richard R Marler
Plaintiff
Pro Se Litigant

US Federal Building Courthouse
299 East Boulevard Boulevard
Fort Lauderdale Florida #108
33301

33301-1888

JACKSONVILLE FL 320
12 APR 20