UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT PIERCE BEACH DIVISION

### CASE NO. 2:22-cv-14102-DMM

DONALD J. TRUMP,

     Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC.,
DEMOCRATIC NATIONAL COMMITTEE,
DNC SERVICES CORPORATION, PERKINS
COIE, LLC, MICHAEL SUSSMANN, MARC
ELIAS, DEBBIE WASSERMAN SCHULTZ,
CHARLES HALLIDAY DOLAN, JR., JAKE
SULLIVAN, JOHN PODESTA, ROBERT E.
MOOK, PHILLIPE REINES, FUSION GPS,
GLENN SIMPSON, PETER FRITSCH,
NELLIE OHR, BRUCE OHR, ORBIS
BUSINESS INTELLIGENCE, LTD.,
CHRISTOPHER STEELE, IGOR
DANCHENKO, NEUSTAR, INC., RODNEY
JOFFE, JAMES COMEY, PETER STRZOK,
LISA PAGE, KEVIN CLINESMITH,
ANDREW MCCABE, and JOHN DOES 1
THROUGH 10,

     Defendants.    /

---

### NEUSTAR, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Neustar, Inc. ("Neustar"), by and through its attorneys of record, without waiving any available motion or defense,[1] hereby files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, pursuant to FED. R. CIV. P. 6(b)(1), and would respectfully show the court as follows:

1.  Plaintiff Donald J. Trump ("Plaintiff") filed the Complaint ("Complaint") in this action on March 24, 2022.  Neustar was served with Plaintiff's Summons and Complaint on or

---

[1] Without waiving any available motion or defense, Neustar, Inc. will demonstrate to the Court that it has been named herein as an improper party.

about March 30, 2022.

2.      The current deadline for Neustar to answer or otherwise respond to the Complaint is April 20, 2022.  Neustar respectfully requests a 30-day extension of that deadline, up to and including May 20, 2022.

3.      Good cause exists for the requested extension.  The allegations in Plaintiff's 108-page Complaint date back to "at least April 2015" and relate to multiple events that allegedly took place during "the run-up to the 2016 Presidential Election."  Dkt. 1, ¶¶ 1, 280.  Neustar needs additional time to determine whether any documents or information relating to Plaintiff's claims exist.  Furthermore, Neustar's counsel will need additional time to review any such documents or information and respond to the specific allegations in the Complaint.

4.      Further, the additional time afforded by the extension will allow the parties to more fully explore an early resolution of the claims against Neustar, potentially avoiding the use of scarce court resources.

5.      This request for an extension of time is not made for any improper purpose and will not prejudice the orderly administration of this action.

6.      No party requests oral argument on this Motion.

7.      No prior extension of this deadline has been requested.

WHEREFORE, for the reasons stated herein, Defendant Neustar, Inc. respectfully requests this Court grant this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, up to and including May 20, 2022.

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Defendant Neustar, Inc.

conferred with counsel for Plaintiff on April 15, 2022, and Plaintiff is unopposed to the relief

sought herein.

Respectfully submitted,

*/s/ Alexandria Epps*

Alexandria Epps
aepps@qslwm.com
Florida Bar No. 1002739
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX, 75024
(214) 560-5463
(214) 871-2111 Fax
**Counsel for Neustar, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jamie Alan Sasson
Serv513@LegalBrains.com
Peter David Ticktin
pt@legalbrains.com
Ticktin Law Group PA
600 W. Hillsboro Boulevard, Suite 220
Deerfield Beach, FL 33441
(954) 978-8950
and
Alina Habba
ahabba@habbalaw.com
Michael T. Madaio
mmadaio@habbalaw.com
Habba Madaio & Associates LLP
1430 US Highway 206, Suite 240
Bedminster, NJ 07921
(908) 869-1188
***Counsel for Plaintiff***

Anthony Erickson-Pogorzelski
anthony.pogorzelski@usdoj.gov
US Attorney's Office
99 NE 4th Street, Suite 335
Miami, FL 33132
(305) 961-9296
(305) 530-7139 Fax
***Counsel for United States of America***

*/s/ Alexandria Epps*
**ALEXANDRIA EPPS**