UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT PIERCE BEACH DIVISION

**CASE NO. 2:22-cv-14102-DMM**

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, ORBIS BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, and JOHN DOES 1 THROUGH 10,

    Defendants.
_____/

**ORDER GRANTING DEFENDANT
NEUSTAR, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

THIS MATTER is before the Court on Defendant Neustar, Inc.'s Unopposed Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint. The Court has considered the Motion, and it is:

ORDERED that the Motion is GRANTED. Neustar, Inc. shall answer or otherwise respond to Plaintiff's Complaint no later than May 20, 2022.

DATED this _____ day of _____ 2022.

_____
**HONORABLE DONALD M. MIDDLEBROOKS**
UNITED STATES DISTRICT JUDGE

5550236.2