UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT PIERCE BEACH DIVISION

**CASE NO. 2:22-cv-14102-DMM**

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC.,
DEMOCRATIC NATIONAL COMMITTEE,
DNC SERVICES CORPORATION, PERKINS
COIE, LLC, MICHAEL SUSSMANN, MARC
ELIAS, DEBBIE WASSERMAN SCHULTZ,
CHARLES HALLIDAY DOLAN, JR., JAKE
SULLIVAN, JOHN PODESTA, ROBERT E.
MOOK, PHILLIPE REINES, FUSION GPS,
GLENN SIMPSON, PETER FRITSCH,
NELLIE OHR, BRUCE OHR, ORBIS
BUSINESS INTELLIGENCE, LTD.,
CHRISTOPHER STEELE, IGOR
DANCHENKO, NEUSTAR, INC., RODNEY
JOFFE, JAMES COMEY, PETER STRZOK,
LISA PAGE, KEVIN CLINESMITH,
ANDREW MCCABE, and JOHN DOES 1
THROUGH 10,

                Defendants.         /

**DEFENDANT NEUSTAR, INC.'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Neustar, Inc. ("Neustar"), without waiving any available

motion or defense,[1] and hereby discloses the following:

Pursuant to Federal Rule of Civil Procedure 7.1, Neustar, Inc. hereby discloses that the

following are the parent corporation and any publicly held corporation owning 10% or more of its

stock: Neustar, Inc. is a wholly owned subsidiary of TransUnion.  TransUnion is a publicly traded

---

[1] Without waiving any available motion or defense, Neustar, Inc. will demonstrate to the Court that it has been
named herein as an improper party.

entity.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly traded entity, own

more than 10% of TransUnion's stock.

Respectfully submitted,

/s/ *Alexandria Epps*

Alexandria Epps
aepps@qslwm.com
Florida Bar No. 1002739
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX, 75024
(214) 560-5463
(214) 871-2111 Fax
**Counsel for Neustar, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jamie Alan Sasson
Serv513@LegalBrains.com
Peter David Ticktin
pt@legalbrains.com
Ticktin Law Group PA
600 W. Hillsboro Boulevard, Suite 220
Deerfield Beach, FL 33441
(954) 978-8950
and
Alina Habba
ahabba@habbalaw.com
Michael T. Madaio
mmadaio@habbalaw.com
Habba Madaio & Associates LLP
1430 US Highway 206, Suite 240
Bedminster, NJ 07921
(908) 869-1188
**Counsel for Plaintiff**

Anthony Erickson-Pogorzelski
anthony.pogorzelski@usdoj.gov
US Attorney's Office
99 NE 4th Street, Suite 335
Miami, FL 33132
(305) 961-9296
(305) 530-7139 Fax
**Counsel for United States of America**

/s/ Alexandria Epps
**ALEXANDRIA EPPS**

5553025.2