# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant: **HILLARY R. CLINTON, ET AL**


BII2022004353

For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **GLENN SIMPSON, 4115 MILITARY ROAD NW, WASHINGTON, DC 20015** I, _____Paul_____ _____Koch_____, do hereby affirm that on the __5th__ day of _____April_____, 20**22** at _7_:**44**p.m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(**X**) INDIVIDUAL SERVICE: Served the within-named person.

(  ) SUBSTITUTE SERVICE: By serving _____ as _____ who is over the age of 15.

(  ) CORPORATE SERVICE: By serving _____ as _____.

(  ) POSTED SERVICE: After attempting service on _____/_____ at _____ and on _____/_____ at _____ to a conspicuous place on the property described herein.

(  ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS:  (  ) YES  (**X**) NO  (  ) REFUSED

MILITARY STATUS:  (  ) YES  (**X**) NO  (  ) REFUSED

**COMMENTS:** _____
_____
_____
_____

Age _50-60_  Sex (**M**) F  Race _Caucasian_  Height _6'_  Weight _200_  Hair _Brown_  Glasses Y (**N**)

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

PROCESS SERVER # ___N/A___
Appointed in accordance with State Statutes

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: 2022004353

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i