# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant: **HILLARY R. CLINTON, ET AL**


BII2022004350

For: Peter Ticktin, Esq.
     The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **KEVIN CLINESMITH, 1400 IRVING STREET NW, APT 528, WASHINGTON, DC 20010**. I, __Paul Koch__, do hereby affirm that on the __5th__ day of __April__, 20__22__ at __8__:__12__ p.m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ who is over the age of 15.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ____/____ at _____ and on ____/____ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS:  (X) YES  ( ) NO  ( ) REFUSED

MILITARY STATUS:  ( ) YES  (X) NO  ( ) REFUSED

**COMMENTS:**_____
_____
_____
_____

Age __35-40__  Sex (M) F  Race __Caucasian__  Height __5'9"__  Weight __175__  Hair __Brown__  Glasses (Y) N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

PROCESS SERVER # __N/A__
Appointed in accordance with State Statutes

**Burke Process Service
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116**

Our Job Serial Number: 2022004350

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i