# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant: **HILLARY R. CLINTON, ET AL**


BII2022004352

For: Peter Ticktin, Esq.
    The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **FUSION GPS, 1700 CONNECTICUT AVENUE, SUITE 400, WASHINGTON, DC 20009**. I, __Paul Koch__, do hereby affirm that on the __5th__ day of __April__, 20__22__ at __7__:__45p__ .m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: By serving therein named individual at listed business address

( ) DESIGNATED SERVICE, : By serving _____, as _____, who stated that he/she was the designated person to accept service on the within named subject's behalf in their absence, and informed said person of the contents therein in compliance with state statutes.

(X) CORPORATE SERVICE REGISTERED AGENT: By serving __Glenn Simpson__ as Registered Agent

( ) CORPORATE SERVICE: By serving _____ as _____, as an agent/employee of the corporation or Registered Agent, as allowed by Florida Statutes and informed said person of the contents wherein.

( ) CORPORATE SERVED AT USUAL PLACE OF ABODE by leaving a copy with the date and hour endorsed thereon by me to _____, who is co-resident & is 15 years of age or older of Corporate officer, Registered Agent or Corporate Director: _____, as allowed by FL Statutes 48.081 (3) (b) and 48.031 (1) (a) and informed said person of the contents wherein.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**_____
_____
_____
_____

Age __50-60__  Sex (M) F  Race __Caucasian__  Height __6'__  Weight __200__  Hair __Gray__  Glasses (Y) N

## RETURN OF SERVICE For 22CV14102-DMM

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

PROCESS SERVER # _____N/A_____
Appointed in accordance with State Statutes

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: 2022004352