UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA FT PIERCE BEACH
DIVISION

**CASE NO. 2:22-cv-14102-DMM**

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY CLINTON, et al.,

    Defendants.

### DEFENDANT CHARLES HALLIDAY DOLAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Charles H. Dolan ("Dolan"), by and through counsel, without waiving any objection or defense, including based on lack of personal jurisdiction, hereby files his Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 6(b)(1), and respectfully shows the Court as follows:

1. Plaintiff, Donald J. Trump ("Plaintiff"), by counsel, filed the Complaint ("Complaint") in this action on March 24, 2022. Dolan was served with Plaintiff's Summons and Complaint on or about March 30, 2022.

2. The current deadline for Dolan to answer or otherwise respond to the Complaint is April 20, 2022. Dolan respectfully requests approximately a 30-day extension of that deadline, up to and including May 23, 2022.

3. Good cause exists for the requested extension. The allegations in Plaintiff's 108-page Complaint date back to at least April 2015 and relate to multiple events that allegedly took place

going back to 2015. Dolan lives in the Washington D.C. metropolitan area, is sorting through issues of legal representation, and will need additional time to formulate his defenses or appropriate motion pursuant to Fed. R. Civ. P. Rule 12.

4. This request for an extension of time is not made for any improper purpose and will not prejudice the orderly administration of this action.

5. Plaintiff's counsel does not oppose this Motion and no party requests oral argument on this Motion.

6. No prior extension of this deadline has been requested.

WHEREFORE, for the reasons stated herein, Defendant, Charles H. Dolan, by counsel, respectfully requests that this Court grant this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, up to and including May 23, 2022.

Respectfully submitted,

/s/ Jonathan E. Levine
Jonathan E. Levine, Esquire
Florida Bar No. 937711
George R.A. Doumar
*Special Appearance, To Be Admitted*
*Pro Hac Vice As Needed*
Mahdavi Bacon Halfhill & Young, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia, 22030
Tel: (703) 352-1300
Fax: (703) 352-1301
Email: jlevine@mbhylaw.com

Counsel for Charles H. Dolan

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Defendant Dolan conferred with counsel for Plaintiff on April 19, 2022, and Plaintiff is unopposed to the relief sought herein.

/s/ Jonathan E. Levine

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jamie Alan Sasson
Serv513@LegalBrains.com
Peter David Ticktin
pt@legalbrains.com
Ticktin Law Group PA
600 W. Hillsboro Boulevard, Suite 220
Deerfield Beach, FL 33441
(954) 978-8950
and
Alina Habba
ahabba@habbalaw.com
Michael T. Madaio
mmadaio@habbalaw.com
Habba Madaio & Associates LLP
1430 US Highway 206, Suite 240
Bedminster, NJ 07921
(908) 869-1188
*Counsel for Plaintiff*

Anthony Erickson-Pogorzelski
anthony.pogorzelski@usdoj.gov
US Attorney's Office
99 NE 4th Street, Suite 335
Miami, FL 33132
(305) 961-9296
(305) 530-7139 Fax
*Counsel for United States of America*

Alexandria Epps
aepps@qslwm.com
Florida Bar No. 1002739
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX, 75024
(214) 560-5463
(214) 871-2111 Fax
*Counsel for Neustar, Inc.*

/s/ Jonathan E. Levine