UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA FT PIERCE BEACH
DIVISION

**CASE NO. 2:22-cv-14102-DMM**

DONALD J. TRUMP,

    Plaintiff,

    v.

HILLARY CLINTON, et al.,

    Defendants.

**ORDER GRANTING DEFENDANT CHARLES HALLIDAY DOLAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

THIS MATTER is before the Court on Defendant, Charles H. Dolan's Unopposed Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint.

The Court has considered the Motion, and it is hereby:

ORDERED that the Motion is GRANTED.

Charles Dolan shall answer or otherwise respond to Plaintiff's Complaint no later than May 23, 2022.

DATED this _____ day of _____ 2022.

_____
**THE HONORABLE DONALD M. MIDDLEBROOKS**

UNITED STATES DISTRICT JUDGE