UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-CV-14102-DMM

DONALD J. TRUMP,

     Plaintiff,

v.

HILLARY R. CLINTON, et. al.,

     Defendants.

                                      /

**NOTICE OF APPEARANCE**

David Oscar Markus of MARKUS/MOSS PLLC enters his appearance as counsel on behalf of HILLARY R. CLINTON in the above-styled cause.  The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.  Counsel notes that Mr. Trump's lawyers agreed with Secretary Clinton's offer to accept service on April 14, 2022.

                               Respectfully submitted,

                               **MARKUS/MOSS PLLC**
                               40 N.W. Third Street
                               Penthouse One
                               Miami, Florida 33128
                               Tel: (305) 379-6667
                               Fax: (305) 379-6668
                               Email: markuslaw.com

                   By:    /s/ David Oscar Markus
                         DAVID OSCAR MARKUS
                         Florida Bar Number 119318
                         dmarkus@markuslaw.com

                   *Attorney for Defendant Hillary R. Clinton*