UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-CV-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et. al.,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of David E. Kendall of the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005; (202) 434-5000, for purposes of appearance as co-counsel on behalf of Hillary R. Clinton in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David E. Kendall to receive electronic filings in this case, and in support thereof states as follows:

    1.    David E. Kendall is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York, Maryland, and District of Columbia bars, as well as numerous federal courts.

    2.    Movant, David Oscar Markus Esquire, of the law firm of Markus/Moss, 40 N.W. Third Street, Penthouse 1, Miami, Florida 33128; (305)379-6667, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.   In accordance with the local rules of this Court, David E. Kendall has made payment of this Court's admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.   David E. Kendall, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David E. Kendall at email address: DKendall@wc.com.

WHEREFORE, David Oscar Markus, moves this Court to enter an Order for David E. Kendall, to appear before this Court on behalf of Hillary R. Clinton, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David E. Kendall.

Date: April 20, 2022        Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
Email: markuslaw.com

By:   /s/ David Oscar Markus
      DAVID OSCAR MARKUS
      Florida Bar Number 119318
      dmarkus@markuslaw.com

*Attorney for Defendant Hillary R. Clinton*