UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-CV-14102-DMM

DONALD J. TRUMP,
    Plaintiff,

v.

HILLARY R. CLINTON, et. al.,
    Defendants.

_____/

**CERTIFICATION OF KATHERINE M. TURNER**

Katherine M. Turner, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York and District of Columbia bars, as well as numerous federal courts; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

/s/ Katherine M. Turner
Katherine M. Turner