UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**NOTICE OF APPEARANCE AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

    In accordance with the Local Rules of this Court, the undersigned, Diana Marie Fassbender of the law firm of ORRICK, HERRINGTON & SUTCLIFFE LLP, Columbia Center, 1152 15th Street N.W., Washington, D.C. 20005, (202) 339-8533, respectfully gives notice of her appearance as counsel on behalf of Defendant Igor Danchenko in the above-styled case and respectfully requests the Court to provide Notice of Electronic Filings to her at email address: dszego@orrick.com.

Dated: April 20, 2022                                        Respectfully submitted,

                                                                  */s/ Diana Marie Fassbender*
                                                                  Diana Marie Fassbender
                                                                  Fla Bar ID #17095
                                                                  dszego@orrick.com

                                                                  Orrick Herrington & Sutcliffe LLP
                                                                  Columbia Center
                                                                  1152 15th Street, N.W.
                                                                  Washington, DC  20005-1706
                                                                  Tel: (202) 339-88533
                                                                  Fax: (202) 339-8500

                                                                  *Attorneys for Defendant Igor Danchenko*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail on April 20, 2022, on all counsel or parties of record on the service list using the CM/ECF system.


Dated: April 20, 2022             */s/ Diana Marie Fassbender*
                                                  Diana Marie Fassbender

                                                  *Attorneys for Defendant Igor Danchenko*