UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Franklin Monsour Jr. of the law firm of Orrick Herrington & Sutcliffe LLP, 51 West 52nd Street, New York, New York 10019-6142, (212) 506-3512, for purposes of appearance as co-counsel on behalf of Defendant Igor Danchenko in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Monsour to receive electronic filings in this case, and in support thereof states as follows:

    1.    Franklin Monsour Jr. is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar, and admitted to the bars of the United States District Courts for the Southern District of New York and the Eastern District of New York.

    2.    Movant Diana Marie Fassbender of the law firm of Orrick Herrington & Sutcliffe LLP, 1152 15th Street N.W. Washington, DC 20005-1706, (202) 339-88533 is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be

designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Monsour has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Mr. Monsour, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Monsour at email address: fmonsour@orrick.com.

WHEREFORE, Diana Marie Fassbender moves this Court to enter an Order for Franklin Monsour Jr. to appear before this Court on behalf of Defendant Igor Danchenko, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Franklin Monsour Jr.

Dated:  April 20, 2022                    Respectfully submitted,


*/s/ Diana Marie Fassbender*
Diana Marie Fassbender
Fla Bar ID #17095
dszego@orrick.com

Orrick Herrington & Sutcliffe LLP
1152 15th Street N.W.
Washington, DC  20005-1706
Tel: (202) 339-88533
Fax: (202) 339-8500


*Counsel for Defendant Igor Danchenko*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

### CERTIFICATION OF FRANKLIN MONSOUR JR.

    Franklin Monsour Jr., Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the Bar of New York and the United States District Courts for the Southern and Eastern Districts of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                           */s/ Franklin Monsour Jr.*
                                                            Franklin Monsour Jr.