UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING MOTION FOR FRANKLIN MONSOUR JR. TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Franklin Monsour Jr., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Franklin Monsour Jr. may appear and participate in this action on behalf of Defendant Igor Danchenko.  The Clerk shall provide electronic notification of all electronic filings to Franklin Monsour Jr.  at fmonsour@orrick.com.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____.

                                                       _____
                                                       Honorable Donald M. Middlebrooks
                                                       United States District Judge