UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 2:22-CV-14102-MIDDLEBROOKS**

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**<u>CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT</u>**

Defendant Igor Danchenko, by and through his undersigned counsel, hereby respectfully moves the Court to extend the time for Danchenko to respond to the Complaint (DE 1) in this action until May 20, 2022, as authorized by Federal Rule of Civil Procedure 6(b)(1), without waiving any defenses, rights, or other matters that may be available under Federal Rule of Civil Procedure 12(b) or any other rule or law.

Danchenko respectfully states the following as good cause in support of his request for an extension of time:

    1.    The Complaint in this action was filed on March 24, 2022.  Danchenko was served with the Complaint and Summons on March 30, 2022.  Accordingly, absent an extension, Danchenko's response to the Complaint is due to be filed on April 20, 2022.

    2.    Danchenko only recently retained counsel in this action and requires additional time in which to evaluate the pleadings and respond to the Complaint.

    3.    A 30-day extension of the time for Defendant to respond to the Complaint, from April 20 until May 20, 2022, will not cause prejudice or unduly delay the litigation.  Danchenko

was one of the first of the 28 named defendants to be served in this case; it appears some defendants have yet to be served. Danchenko has not previously sought an extension.

4. Counsel for the parties have met and conferred regarding this motion, and Plaintiff consents to the relief requested herein.

For the foregoing reasons, Danchenko respectfully moves that the date for filing any response to the Complaint in this action, including by answer, motion, or other pleading of any type, be extended until May 20, 2022.

### Southern District of Florida Local Rule 7.1 Certification

Pursuant to Local Rule 7.1(a)(3), on April 19, 2022, counsel for Danchenko conferred with counsel for Plaintiff regarding the extension requested herein. Plaintiff does not oppose the relief requested.

Dated: April 20, 2022

Respectfully submitted,

*/s/Franklin Monsour Jr.*
Franklin Monsour Jr. (*pro hac vice* pending)
fmonsour@orrick.com

Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-3512
Fax: (212)-506-5151

*/s/Diana Marie Fassbender*
Diana Marie Fassbender
Fla Bar ID #17095
dszego@orrick.com

Orrick Herrington & Sutcliffe LLP
1152 15th Street N.W.
Washington, DC  20005-1706
Tel: (202) 339-88533
Fax: (202) 339-8500

*Attorneys for Defendant Igor Danchenko*