UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 2:22-CV-14102-MIDDLEBROOKS**

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

    The Court has carefully considered Defendant Igor Danchenko's Consent Motion to Extend Time to Respond to Complaint and finding good cause for the relief requested therein, it is hereby **ORDERED** and **ADJUDGED** that the Motion is hereby **GRANTED**. Defendant shall respond to the Complaint on or before May 20, 2022.

    **SIGNED** in Chambers at West Palm Beach, Florida this _____ day of _____, 2022.

                                                     _____
                                                     Honorable Donald M. Middlebrooks
                                                     United States District Judge