UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Adam S. Fels, Esquire, on behalf of Fridman Fels & Soto, PLLC, hereby files this Notice of Appearance as counsel of record on behalf of the following parties in this action: NELLIE OHR and BRUCE OHR, and requests that the undersigned be served with copies of all pleadings, notices, motions, orders and other documents filed in these proceedings to his email address: afels@ffslawfirm.com.

Respectfully submitted,

/s/ Adam S. Fels
ADAM S. FELS
Florida Bar No. 0114917
afels@ffslawfirm.com

FRIDMAN FELS & SOTO, PLLC
2525 Ponce De Leon Blvd., Ste. 750
Coral Gables, FL 33134
Tel: (305) 569-7701

Counsel for NELLIE OHR and BRUCE OHR