UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cv-14102-DMM

DONALD J. TRUMP,
    Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, et al.
,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

    PLEASE TAKE NOTICE that undersigned counsel hereby enters its Notice of Appearance as counsel for the Defendant, MARC ELIAS, formerly partner at the Law Firm of PERKINS COIE, LLC, in the above styled cause, and requests that copies of all court notices and future pleadings, and any other documents filed in this case be directed to the attention of Counsel for the Defendant, Eugene K. Pettis to accept service.

    Primary:           service@hpslegal.com;
                              epettis@hpslegal.com;
                              dklauber@hpslegal.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2022, I caused to be filed electronically the foregoing Defendant's Notice of Appearance as counsel on behalf of Marc Elias, Esq. in Support with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system and on the attached mailing list.

/s/ *Eugene K. Pettis*
EUGENE K. PETTIS
FBN: 508454
Email:  Service@hpslegal.com
HALICZER PETTIS & SCHWAMM, P.A.
One Financial Plaza, Seventh Floor
100 SE 3rd Avenue
Fort Lauderdale, FL 33394
*Attorneys for Defendant Marc Elias*
Telephone:  954-523-9922
Facsimile:   954-522-2512

## DONALD J. TRUMP V. HILLARY R. CLINTON, et al.
## CASE NO. 2:22-cv-14102-DMM

## MAILING LIST

| | |
|---|---|
| Peter Ticktin, Esq.<br>FBN: 887935<br>Jamie Alan Sasson, Esq.<br>FBN: 10802<br>Shaina Vanmehren, Esq.<br>FBN: 1025179<br>THE TICKTIN LAW GROUP<br>270 SW Natura Avenue<br>Deerfield Beach, FL 33441<br>Tel: (561) 232-2222<br>*Counsel for Plaintiff, Donald J.Trump* | David E. Kendall, Esq.*<br>Katherine M. Turner, Esq.*<br>Michael J. Mestitz, Esq.*<br><br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street N.W.<br>Washington, DC 10005<br>Tel: (202) 434-5000<br>Fax: (202 434-5029<br>*Motion for pro hac vice pending<br>*Counsel for Defendant Hillary Rodham Clinton* |
| Alina Habba Esq. *<br>New Jersey Bar No. 018592010<br>Michael T. Madaio, Esq.<br>New Jersey Bar No. 070752013<br>HABBA MADAIO & ASSOCIATES, LLP<br>1430 US Highway 206, Suite 240<br>Bedminster, NJ 07921<br>*Upon Anticipated Admission *pro hac vice*<br>*Counsel for Plaintiff, Donald J. Trump* | David Oscar Markus, Esq.<br>MARKUS/MOSS PLLC<br>40 NW 3rd Street, PH 1<br>Miami, FL 33128<br>Tel: (305) 379-6667<br>*Counsel for Defendant Hillary Rodham Clinton* |