UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Benjamin Peacock, to appear as co-counsel on behalf of Defendants Bruce and Nellie Ohr, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Benjamin Peacock to receive electronic filings in this case. In support of this motion, the undersigned states as follows:

    1.    Benjamin Peacock, whose practice is located at 31 West 52nd Street, New York, New York 10019; (212) 878-8000, is not admitted to practice in the Southern District of Florida, but he is a member in good standing and admitted to practice in the State of New York and the United States Second Circuit Court of Appeals.

    2.    Movant, Adam S. Fels, of the law firm of Fridman Fels & Soto, 2525 Ponce de Leon Boulevard, Suite 750, Coral Gables, Florida 33134 / Telephone No.: 305 569 7701, is a

member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.

3. Mr. Fels consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Benjamin Peacock has made payment of this Court's admission fee. A certification in accordance with Rule 4(b) is attached.

5. Benjamin Peacock, pursuant to Section 2B of the CM/ECF Administrative Procedures, requests the Court provide Notice of Electronic Filings to him at his email address: Benjamin.Peacock@CliffordChance.com.

WHEREFORE, Adam S. Fels respectfully moves this Court to enter an Order permitting Benjamin Peacock to appear before this Court on behalf of Defendants Bruce and Nellie Ohr in this matter and directing the Clerk to provide notice of electronic filings to Benjamin Peacock.

Respectfully submitted,

By: *s/Adam S. Fels*
Adam S. Fels
Florida Bar No.: 0114917
afels@ffslawfirm.com

FRIDMAN FELS & SOTO, PLLC
2525 Ponce de Leon Boulevard
Suite 750
Coral Gables, FL 33134
Tel: (305) 569-7701
Fax: (786) 627-4145