UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-14102-DMM

Donald J. Trump,
    Plaintiff,

vs.

Hillary R. Clinton, et al.,
    Defendants.
_____/

## CERTIFICATION OF BENJAMIN PEACOCK

Benjamin Peacock, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member of good standing and admitted to practice in the courts of the State of New York and the United States Second Circuit Court of Appeals; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

s/ *[signature]*
SIGNATURE BLOCK