UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

        v.

HILLARY R. CLINTON, et al.,

    Defendants.

**(PROPOSED) ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST
TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE, having come before the Court on the Motion to Appear *Pro Hac Vice* for Benjamin Peacock, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and being informed in the premises, it is hereby

ORDERED AND ADJUDGED that

The Motion is GRANTED. Benjamin Peacock, Esquire, may appear and participate in this action on behalf of Defendants Bruce and Nellie Ohr. The Clerk shall provide electronic notification of all electronic filings to Benjamin Peacock at Benjamin.Peacock@CliffordChance.com.

DONE AND ORDERED in Chambers in the United States District Court, Southern District of Florida, this _____ day of April, 2022.

_____
HON. DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:  All Counsel of Record