UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-14102-DMM

Donald J. Trump,
    Plaintiff,

vs.

Hillary R. Clinton, et al.,
    Defendants.
_____/

## CERTIFICATION OF JOSHUA BERMAN

Joshua Berman, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member of good standing and admitted to practice in the U.S. District Court, District of Columbia; Maryland Court of Appeals; and Supreme Court of Illinois; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

_____
Joshua Berman
Clifford Chance US LLP
2001 K Street, NW
Washington, DC 20006
(202) 912-5000