# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT PIERCE DIVISION

### CASE NO. 22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

        v.

HILLARY R. CLINTON, et al.,

    Defendants.

## DEFENDANT NELLIE OHR'S
## UNNOPPOSED MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Counsel for Nellie Ohr, a defendant in the above-captioned action, respectfully requests that the Court extend the deadline by which Mrs. Ohr must respond to the Complaint in this action from April 21, 2022 to May 11, 2022. In connection with this motion, counsel respectfully submits as follows:

    1.    Plaintiff Donald J. Trump filed his complaint in this action on March 24, 2022. (Doc. 1, the "Complaint").

    2.    Mrs. Ohr was served with the Complaint on March 31, 2022. The deadline for Mrs. Ohr to answer or otherwise respond to the Complaint is the date hereof, April 21, 2022. Mrs. Ohr requests that the court extend this deadline by 20 days, to May 11, 2022.

    3.    Good cause exists for the requested extension. The Complaint comprises more than 100 pages and includes wide-ranging allegations dating back more than seven years, to at least April 2015. Counsel needs more time to fully digest this lengthy and wide-ranging Complaint.

4. Further, the Complaint names both Mrs. Ohr and her husband, Bruce Ohr, as defendants. The undersigned counsel represents both Mr. and Mrs. Ohr.[1] However, as a former official of the United States Department of Justice, Mr. Ohr may also receive representation in this matter from the United States Attorney's Office. Consequently, counsel needs additional time to work through issues related to this dual representation.

5. No prior extension of this deadline has been requested.

6. Counsel does not intend by making this motion to waive any defenses that may be available to Mrs. Ohr, including without limitation any defenses related to lack of personal jurisdiction.

**WHEREFORE**, Counsel respectfully requests that the Court extend the deadline for Mrs. Ohr to answer or otherwise respond to the Complaint to May 11, 2022, as set forth in the Proposed Order attached as "Exhibit A."

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), Mr. Peacock conferred with counsel for Plaintiff by email and has been authorized to represent that counsel for Plaintiff does not oppose the relief sought herein.

---

[1] The allegations against Mr. Ohr in the Complaint relate to his function as a government official. Thus, under Rule 12(a)(3) of the Federal Rules of Civil Procedure, Mr. Ohr has 60 days from the date that service is effectuated to answer or otherwise respond to the Complaint. Counsel, by this Motion, is not seeking to extend or shorten this deadline. Nor is counsel waiving any other defense that may be available to Mr. Ohr, including, without limitation, any defenses related to lack personal jurisdiction.

Dated:  April 21, 2022

Respectfully submitted,

By: /s/ Adam Fels
ADAM S. FELS
Florida Bar No. 0114917
afels@ffslawfirm.com

FRIDMAN FELS & SOTO, PLLC
2525 Ponce de Leon Blvd., Ste. 750
Coral Gables, FL 33146
Tel: (305) 569-7701

Joshua Berman
[Pro Hac Vice Admission Pending]
CLIFFORD CHANCE US LLP
2011 K Street, NW
Washington, D.C.  20006-1001
Tel. (202) 912-5000
Fax (202) 912-6000
Joshua.Berman@CliffordChance.com

Benjamin Peacock
[Pro Hac Vice Admission Pending]
CLIFFORD CHANCE US LLP
New York, New York 10019
Tel. (212) 878-8000
Fax (212) 878-8375
Benjamin.Peacock@CliffordChance.com

*Counsel for Nellie Ohr*