**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

    v.

HILLARY R. CLINTON, et al.,

    Defendants.

**(PROPOSED) ORDER ON DEFENDANT NELLIE OHR'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

    THIS MATTER came before the Court upon consideration of Defendant Nellie Ohr's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"), and the Court being advised of the agreement of the parties, it is hereby:

    ORDERED and ADJUDGED that the Motion is GRANTED. Defendant Nellie Ohr shall answer or otherwise respond to the Complaint on or by **May 11, 2022.**

    DONE AND ORDERED in Chambers this _____ day of April, 2022.

 

                                                              _____
                                                              HON. DONALD M. MIDDLEBROOKS
                                                              UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record