IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, et al.,

        Defendant.

_____/

**PLAINTIFF'S EXPEDITED MOTION FOR AN EXTENSION OF TIME
TO FILE AN AMENDED COMPLAINT AS A MATTER OF COURSE OR TO
RESPONSE TO HILLARY CLINTON'S
MOTION TO DISMISS AND MEMORANDUM OF LAW**

      The Plaintiff, DONALD J. TRUMP, by and through his undersigned counsel, hereby files his Expedited Motion for an Extension of Time pursuant to Rule 8 F.R.Civ.P. and Rule 7.1, including Rule 7.1(d)(2) of the Local Rules of the Southern District of Florida to File either an Amended Complaint "as a matter of course" pursuant to Rule 15(a) of the F.R.Civ.P. or to file a Response to HILLARY CLINTON's Motion to Dismiss, and in support states as follows:

      1.      The Plaintiff filed his initial Complaint [ECF No. 1.] against 28 defendants in the above styled matter on March 24, 2022.

      2.      Presently, a number of the Defendants have requested extensions of time to file responses to the Complaint. In this regard, the undersigned have been appropriately accommodating. HILLARY CLINTON, on the other hand, filed a timely Motion to Dismiss, seeking no additional time to respond. [ECF No. 52.]

3. Rule 15 F.R.Civ.P. gives the Plaintiff an advantage of being able to cure defects or otherwise improve and enhance a complaint by filing an amended complaint within 21 days of the time a Motion to Dismiss or an Answer is served.

4. However, the benefit of that rule would be frustrated to a great extent if the Plaintiff, *sub judice*, were to be given the one opportunity to cure as a matter of course before 27 out of the 28 Defendants of the case at bar, have answered or moved to dismiss, as it is with certainty due to extensions which have been given that further motions to dismiss will be filed in time for the Plaintiff to cure the issues which would have been otherwise curable by filing an Amended Complaint.

5. There is no question that the time afforded to file an Amended Complaint as a matter of course, in the instant case, expires on May 11, 2022, 21 days after HILLARY CLINTON filed her Motion to Dismiss. *Rubinstein v. Keshet Inter Vivos Tr.*, No. 17-61019-CIV, 2017 U.S. Dist. LEXIS 222899, 2017 WL 7792570, at *3 (S.D. Fla. Oct. 18, 2017) (Torres, MJ).

6. It is appropriate to move for an enlargement of time to file an Amended Counterclaim, provided that the Motion for an Extension of Time is filed within 21 days of the first Motion to Dismiss, which is served. *Johnson v. Ga.*, 2015 U.S. Dist. LEXIS 24606, 2015 WL 877779 (N.D. Ga 2015). Such an amendment would not only provide the opportunity to cure which is provided in Rule 15(a) F.R.Civ.P., but it would promote the judicial economies of this Court.

7. In the above styled suit, the other Defendants have been requesting extensions of time from the undersigned counsel, in order to file a responses to the Complaint. The extensions of time that been requested range from 20-30 additional days. The Plaintiff has been agreeable

to all of the requested extensions. Moreover, there are Defendants who have not been served at this time.

8. It is expected that several of the other Defendants will also move to dismiss the underlying complaint.

9. As there is such a large number of Defendants who are expected to move to dismiss the Complaint, and it may prove practical to cure whatever issues arise by amending the Complaint, and whereas 30-day extensions have been given and are likely to be given to most of the Defendants, and whereas there remain some Defendants who remain unserved, an extension should be given, but any such extension should be limited, so that the case moves forward before a service holdout is finally served.

10. Therefore, the Plaintiff is not seeking a flexible date but rather an extension of 39 days to either file an Amended Complaint, as a matter of course, pursuant to Rule 15(a) or to file a Response to Hillary Clinton's Motion to Dismiss. In other words, the Plaintiff is seeking 60 days rather than the 21 days provided by Rule 15(a), being the 21 days in the rule plus the 39 day extension.

11. The extension will not only keep the pleadings and Rule 12 motions more simple, but it will assist in terms of judicial economy for all the Motions to Dismiss to be filed, and then for the Plaintiff to do one major amendment, rather than to seek to file numerous responses to the numerous motions to dismiss.

12. It is believed that many of the Defendants will be raising similar issues in their various Motions to Dismiss, and allowing the Complaint to be amended, once most of the motions to dismiss are filed, would allow the Plaintiff an opportunity to cure the deficiencies raised in those motions.

**Expedited Motion**

13. As HILLARY CLINTON filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the F.R.Civ.P. which triggered a 21-day clock, the Plaintiff has only until May 11, 2022 to file an Amended Counterclaim as a matter of course pursuant to Rule 15(a) of the F.R.Civ.P. moreover, the Plaintiff has only until May 4, 2022, to file a Response to the Motion to Dismiss, which would be moot upon the filing of an Amended Complaint before or on that date.

14. The date by which the Plaintiff needs a decision as to this Motion for an Extension of Time is therefore May 4, 2022. As this date is now only 13 days away, there is good reason for this Court to expedite this motion.

WHEREFORE, the Plaintiff, DONALD J. TRUMP, respectfully requests that this Court grant him an extension of time, pursuant to Rule 6 of the Federal Rules of Civil Procedure, extending the 21-day period permitted by Rule 15(a) to amend the Complaint as a matter of course, by an additional 39 days to amend his Complaint, which would take the time to Monday, June 20, 2022, and such other relief as this Court may deem just and proper.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(3)

The undersigned counsel conferred with counsel for the Defendant in a good faith effort to resolve the issues raised in this Motion and has not yet received a response from Opposing Counsel.  An email was sent to all counsel on record and to Nancy Hart, of Gibson Dunn, at nhart@GibsonDunn.com, who is expected to file.  The undersigned called David Kendall and left a message, early in the morning, and no response was received to either the email or the phone call.  Counsel were advised that time would be short, as the undersigned is seeking an expedited hearing or decision.

/s/ *Peter Ticktin*_____
Peter Ticktin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 21st day of April, 2022, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

| | |
|---|---|
| /s/ *Peter Ticktin*____ | |
| **THE TICKTIN LAW GROUP** | **HABBA MADAIO & ASSOCIATES LLP** |
| Peter Ticktin, Esquire | Alina Habba, Esquire |
| Florida Bar No.: 887935 | ahabba@habbalaw.com |
| Serv512@LegalBrains.com | Michael T. Madaio, Esquire |
| Jamie Alan Sasson, Esquire | mmadaio@habbalaw.com |
| Florida Bar No.: 10802 | 1430 US Highway 206 Suite 240 |
| Serv513@LegalBrains.com | Bedminster, NJ 07921 |
| 270 SW Natura Avenue | Telephone: (908) 869-1188 |
| Deerfield Beach, Florida 33441-1610 | *Attorneys for the Plaintiff* |
| Telephone: (954) 570-6757 | |
| *Attorneys for the Plaintiff* | |

## SERVICE LIST

Juan Antonio Gonzalez, Esquire
Fla. Bar No. 619884
Anthony.Pogorzelski@usdoj.gov
**Assistant U.S. Attorney**
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9296
*Attorneys for Defendant*
*United States of America*
*James Comey*

David E. Kendall, Esquire
dkendall@wc.com
**Williams & Connolly, LLP**
725 12th Street NW
Washington, DC 20005-3901
202-434-5000
*PRO HAC VICE*
*Attorney for the Defendant*
*Hillary R. Clinton*

David Oscar Markus, Esquire
dmarkus@markuslaw.com
**Markus/Moss, LLP**
40 N.W. Third Street
Penthouse 1
Miami, Florida 33128
Telephone: 305-379-6667
*Attorneys for the Defendant*
*Hillary R. Clinton*

Katherine M. Turner, Esquire
kturner@wc.com
**Williams & Connolly, LLP**
725 12th Street NW
Washington, DC 20005-3901
202-434-5000
*PRO HAC VICE*
*Attorney for the Defendant*
*Hillary R. Clinton*

Michael J. Mestitz, Esquire

mmestitz@wc.com
**Williams & Connolly, LLP**
725 12th Street NW
Washington, DC 20005-3901
202-434-5000
*PRO HAC VICE*
*Attorney for the Defendant*
*Hillary R. Clinton*

Jonathan Edward Levine, Esquire
Jonathan.levine@levinepllc.com
**Levine & Associates, PLLC**
5311 Lee Highway
Arlington, Virginia 22207
Telephone: 703-525-2668
*Attorney for Defendant*
*Charles Halliday Dolan, Jr.*

Franklin G. Monsour, Jr., Esquire
fmonsour@orrick.com,
**Orrick, Herrington & Stcliffe, LLP**
51 West 52nd Street
New York, New York 10019
Telephone: 202-339-8533
*PRO HAC VICE*
*Attorney for Defendant*
*Igor Danchenko*

Diana Marie Fassbender, Esquire
dszego@orrick.com
**Orrick, Herrington & Stcliffe, LLP**
1152 15th Street NW
Washington, D.C. 20005
Facsimile: 202-339-8400
*PRO HAC VICE*
*Attorney for Defendant*
*Igor Danchenko*

Alexandra N. Epps, Esquire
aeps@qslwm.com
**Quiling SElander Lownds Winslet and Moser**
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: 214-560-5463
*Attorney for the Defendant*

*Nuestar, Inc*.

Adam Seth Fels, Esquire
afels@ffslawfirm.com
**Fridman Fels & Soto, PLLC**
2525 Ponce de Leon Blvd., Ste 750
Coral Gables, FL 33134
305-569-7701
*Attorney for the Defendant
Bruce Ohr and Nellie Ohr*

Eugene K. Pettis, Esquire
cmarr@hpslegal.com
**Haliczer Pettis & Schwamm P.A.**
100 SE 3rd Avenue, 7th Floor
Fort Lauderdale, FL 33394
954-523-9922
*Attorney for Defendant
Marc Elias*