IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendant.

_____/

**ORDER ON PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO FILE AMENDED COMPLAINT AS A MATTER OF COURSE**

THIS MATTER is before the Court on the Plaintiff, DONALD J. TRUMP's Motion for Enlargement of Time to File Amended Complaint.

After having reviewed the Motion, it is hereby **ORDERED and ADJUDGED:**

1. The Motion is hereby GRANTED.

2. The Plaintiff shall be permitted to 1) file an Amended Complaint as a matter of course pursuant to Rule 15(a) F.R.Civ.P. of an additional 39 days, until June 20, 2022, or in the alternative 2) to file Responses to Motions to Dismiss or Strike until June 20, 2022, or within 14 days of the filing of any such Motions to Dismiss which are filed by the Defendants, which ever are later.

_____
_____
_____

DONE AND ORDERED at Fort Lauderdale, Florida this ___ day of          April, 2022.

_____
THE HONORABLE DONALD MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.:   Counsel of record