## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

Case No. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Roberto Martínez of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendant Michael Sussmann, and requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated: April 22, 2022.

    Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: s/ Roberto Martínez
Roberto Martínez
Florida Bar No. 305596
bob@colson.com

*Attorney for Defendant Michael Sussmann*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court. I also certify that the foregoing document is being served this 22nd day April, 2022, on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Roberto Martínez
Roberto Martínez