UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

                    Plaintiff,

    v.

HILLARY R. CLINTON, et al.,

                    Defendants.

Case No. 2:22-cv-14102-DMM

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of April A. Otterberg of the law firm of Jenner & Block LLP, with offices at 353 N. Clark Street, Chicago, IL 60654-3456, 312-222-9350, for purposes of appearance as co-counsel on behalf of Defendant Marc Elias in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit April A. Otterberg to receive electronic filings in this case, and in support thereof states as follows:

    1.    April A. Otterberg is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of Illinois (ARDC # 6290396) and a number of federal courts.

    2.    Movant, Eugene K. Pettis, Esquire, of the law firm of Haliczer, Pettis & Schwamm, One Financial Plaza, 100 S.E. 3rd Avenue, Seventh Floor, Fort Lauderdale, FL 33394, 954-523-9922, is a member in good standing of The Florida Bar and the United States District Court for the

Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

   3.   In accordance with the local rules of this Court, April A. Otterberg has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

   4.   April A. Otterberg, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to April A. Otterberg at the following email address: aotterberg@jenner.com.

   WHEREFORE, Eugene K. Pettis moves this Court to enter an Order for April A. Otterberg to appear before this Court on behalf of Defendant Marc Elias, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to April A. Otterberg.

Date: April 22, 2022                                    Respectfully submitted,

                                                        　 s/ Eugene K. Pettis
                                                        Eugene K. Pettis (Fla. Bar # 508454)
                                                        Debbie P. Klauber (Fla. Bar # 55646)
                                                        HALICZER, PETTIS & SCHWAMM
                                                        One Financial Plaza
                                                        100 S.E. 3rd Avenue, Seventh Floor
                                                        Fort Lauderdale, FL 33394
                                                        Telephone: (954) 523-9922
                                                        Fax: (954) 522-2512

                                                        *Counsel for Defendant Marc Elias*