UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

                Plaintiff,

v.

HILLARY R. CLINTON, et al.,

                Defendants.

Case No. 2:22-cv-14102-DMM

## CERTIFICATION OF APRIL A. OTTERBERG

April A. Otterberg, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the State of Illinois (ARDC # 6290396) and a number of federal courts; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                                April A. Otterberg