UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                    Plaintiff,<br><br>          v.<br><br>HILLARY R. CLINTON, et al.,<br><br>                    Defendants. | Case No. 2:22-cv-14102-DMM |

### CERTIFICATION OF REID J. SCHAR

Reid J. Schar, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of bars of Illinois (# 6243821) and California (# 283948) and a number of federal courts; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

_____
Reid J. Schar