UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kevin P. Crenny of the law firm of Levy Firestone Muse, LLP, 900 17th NW, Suite 1200, Washington, DC, 20006, 202-845-3215, for purposes of appearance as co-counsel on behalf of Fusion GPS, Peter Fritsch, and Glenn Simpson in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kevin P. Crenny to receive electronic filings in this case, and in support thereof states as follows:

    1.    Kevin P. Crenny is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia and Michigan Bars and the U.S. District Court for the District of Columbia.

    2.    Movant, Adam S. Fels, Esquire, of the law firm of Fridman, Fels & Soto PLLC, 2525 Ponce de Leon Blvd., Suite 750, Coral Gables, FL 33134, Tel: 305-569-7701, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served,

who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Kevin P. Crenny has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kevin P. Crenny, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kevin P. Crenny at email address: kcrenny@levyfirestone.com.

WHEREFORE, Adam S. Fels, moves this Court to enter an Order Kevin P. Crenny, to appear before this Court on behalf of Defendants Fusion GPS, Peter Fritsch, and Glenn Simpson, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kevin P. Crenny.

Date: April 22, 2022              Respectfully submitted,

/s/ Adam S. Fels

Adam S. Fels
**FRIDMAN FELS & SOTO PLLC**
2525 Ponce de Leon Blvd., Suite 750
Coral Gables, FL 33134
afels@ffslawfirm.com

Attorneys for

Defendants Fusion GPS, Glenn Simpson and Peter Fritsch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendant.

_____/

## CERTIFICATION OF KEVIN P. CRENNY

Kevin P. Crenny, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia and Michigan Bars and the U.S. District Court for the District of Columbia; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

*(signature)*

Kevin P. Crenny

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendant.

_____

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Kevin P. Crenny, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Kevin P. Crenny, may appear and participate in this action on behalf of Defendants Fusion GPS, Peter Fritsch, Glenn Simpson. The Clerk shall provide electronic notification of all electronic filings to Kevin P. Crenny, at kcrenny@levyfirestone.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

                                                DONALD M. MIDDLEBROOKS
                                                United States District Judge

Copies furnished to: All Counsel of Record