**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO. 2:22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

_____

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, Perkins Coie LLP[1].

Dated: April 22, 2022.

                                                  Respectfully submitted,

                                                AKERMAN LLP
                                                777 South Flagler Drive
                                                Suite 1100, West Tower
                                                West Palm Beach, FL  33401
                                                Telephone: (561) 653-5000
                                                Fax: (561) 659-6313

                                       By: *s/ Eleni Kastrenakes Howard*
                                                Eleni Kastrenakes Howard (Fla. Bar No. 0073073)
                                                eleni.kastrenakeshoward@akerman.com
                                                luke.bovat@akerman.com
                                                claudia.rodriguez@akerman.com

                                                *Counsel for Defendant Perkins Coie LLP*

---

[1] Incorrectly named in the Complaint as "Perkins Coie, LLC."