UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-CV-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et. al.,

    Defendants.

_____

## NOTICE OF APPEARANCE

William R. Barzee of BARZEE FLORES enters his appearance as counsel on behalf of ROBERT E. MOOK in the above-styled cause. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel. Counsel notes that Mr. Mook was served with a summons and complaint in this case on April 5, 2022.

    Respectfully submitted,

**BARZEE FLORES**
Courthouse Center, Penthouse One
40 NW Third Street
Miami, FL 33128
Telephone: (305) 374-3998
Fax: (305) 374-3985
www.barzeeflores.com

By:   /s/ William R. Barzee
      WILLIAM R. BARZEE
      Florida Bar Number 158720
      williambarzee@barzeeflores.com

*Attorney for Defendant Robert E. Mook*