**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DONALD J. TRUMP,  CASE NO. 2:22-cv-14102-MIDDLEBROOKS

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

## DEFENDANT PERKINS COIE LLP'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Perkins Coie LLP[1], pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it is a limited liability partnership without a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: April 22, 2022.   Respectfully submitted,

    AKERMAN LLP
    777 South Flagler Drive
    Suite 1100, West Tower
    West Palm Beach, FL  33401
    Telephone: (561) 653-5000
    Fax: (561) 659-6313

By: *s/ Eleni Kastrenakes Howard*
    Eleni Kastrenakes Howard (Fla. Bar No. 0073073)
    eleni.kastrenakeshoward@akerman.com
    luke.bovat@akerman.com
    claudia.rodriguez@akerman.com

*Counsel for Defendant Perkins Coie LLP*

---

[1] Incorrectly named in the Complaint as "Perkins Coie, LLC."

63138542;1