UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 2:22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

## AGREED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants, Perkins Coie LLP, Michael Sussmann, Marc Elias, the Democratic National Committee and DNC Services Corp. ("DNC"), Robert E. Mook, Fusion GPS, Glenn Simpson, and Peter Fritsch (collectively, "Defendants"), hereby respectfully move the Court to extend the time for each Defendant to serve their respective responsive pleading or motion directed to the Complaint (ECF No. 1) in this action through and including May 11, 2022, as authorized by Federal Rule of Civil Procedure 6(b)(1), without waiving any defenses, rights, or other matters that may be available under Federal Rule of Civil Procedure 12(b), or any other rule or law.

Defendants respectfully state the following as good cause in support of their request for an extension of time:

1. The Complaint in this action was filed on March 24, 2022.

2. Defendant Marc Elias was served with the Complaint and Summons on April 4, 2022. Accordingly, absent an extension, his response to the Complaint is due to be filed April 25, 2022.

3. Defendants DNC, Fusion GPS, Glenn Simpson, Michael Sussmann, and Robert E. Mook were served with the Complaint and Summons on April 5, 2022. Accordingly, absent an extension, their responses to the Complaint are due to be filed on April 26, 2022.

4. Defendants Perkins Coie and Peter Fritsch were served with the Complaint and Summons on April 6, 2022. Accordingly, absent an extension, their responses to the Complaint are due to be filed on April 27, 2022.

5. The Complaint is 108 pages in length and contains 16 separate counts against various groupings of above-named Defendants and others. An extension of time would enable Defendants effectively to address this voluminous pleading.

6. The requested extension would also permit Defendants to evaluate whether they can join in arguments made by other defendants, including arguments made by Secretary Clinton in her motion to dismiss of April 20, 2022, and thereby reduce the total number of pages submitted for the Court's review.

7. An extension of the time totaling less than a month will not prejudice any party or unduly delay the litigation. To the contrary, at least two defendants have already sought or obtained extensions until May 20, 2022, and other defendants have not yet been served.

8. The above-named Defendants have not previously sought an extension of time to file their respective motions to dismiss or responsive pleadings.

9. Counsel for Defendants have met and conferred with counsel for Plaintiff regarding this motion, and Plaintiff consents to the extension requested herein.

For the foregoing reasons, Defendants respectfully move that the date for serving their respective responses to the Complaint in this action, including by answer, motion, or other pleading of any type, be extended through and including May 11, 2022.

**Southern District of Florida Local Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(3), on April 21, 2022, respective counsel for each Defendant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, and Plaintiff does not oppose the relief requested.

Dated: April 22, 2022. Respectfully submitted,

*s/ Eleni Kastrenakes Howard*
Eleni Kastrenakes Howard (Fla. Bar No. 73073)
AKERMAN LLP
777 S. Flagler Drive, Suite 1100, West Tower
West Palm Beach, FL 33401
Tel.: (561) 653-5000 / Fax: (561) 659-6313
eleni.kastrenakeshoward@akerman.com
luke.bovat@akerman.com
claudia.rodriguez@akerman.com

*Counsel for Defendant Perkins Coie LLP*

*s/ Eugene K. Pettis*
Eugene K. Pettis (Fla. Bar No. 508454)
Debbie P. Klauber (Fla. Bar No. 55646)
HALICZER, PETTIS & SCHWAMM
One Financial Plaza
100 S.E. 3rd Avenue, Seventh Floor
Fort Lauderdale, FL 33394
Telephone: (954) 523-9922
Fax: (954) 522-2512

*Counsel for Defendant Marc Elias*

*s/ Roberto Martínez*
Roberto Martínez (Fla. Bar No. 305596)
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel.: (305) 476-7400 / Fax: (305) 476-7444
eservice@colson.com
bob@colson.com

*Counsel for Defendant Michael Sussmann*

*s/Adam S. Fels*
Adam S. Fels (Fla. Bar No. 114917)
FRIDMAN FELS & SOTO PLLC
2525 Ponce de Leon Blvd., Suite 750
Coral Gables, Florida 33134
afels@ffslawfirm.com
Tel.:: 305-569-7701

*Counsel for Defendants Fusion GPS, Glenn Simpson, and Peter Fritsch*

*s/ William R. Barzee*
William R. Barzee (Fla. Bar No. 158720)
BARZEE FLORES
Courthouse Center, Penthouse One
40 NW Third Street
Miami, FL 33128
Tel.(305) 374-3998
Fax: (305) 374-3985
williambarzee@barzeeflores.com

*Counsel for Defendant Robert E. Mook*

*s/ Gerald E. Greenberg*
Gerald E. Greenberg (Fla. Bar No. 440094)
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Tel.: (305) 728-0950
efilings@gsgpa.com
ggreenberg@gsgpa.com

*Counsel for Defendant Democratic National Committee*

63154468;3