**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 2:22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

_____

**ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME**

THIS CAUSE came before the Court upon Defendants' Agreed Motion to Extend Time to Respond to Complaint (ECF No. ___) (the "Motion"). The Court, having considered the Motion and the agreement of the parties, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED, that the Motion is GRANTED.  The deadline for Defendants to each serve their respective responses to the Complaint in this action, including by answer, motion, or other pleading of any type, shall be extended through and including May 11, 2022.

DONE AND ORDERED in Chambers, at West Palm Beach County, Florida, on this ___ day of April, 2022.

                                                                       THE HON. DONALD M. MIDDLEBROOKS
                                                                       U.S. DISTRICT JUDGE

cc:    All counsel of record

63138600;1