UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-cv-14102-DMM**

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, ORBIS BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, JOHN DOES 1 THROUGH 10, and ABC CORPORATIONS 1 THROUGH 10,

    Defendants.

_____/

**DEFENDANT DEBBIE WASSERMAN SCHULTZ'S
AGREED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Debbie Wasserman Schultz, by and through undersigned counsel, respectfully moves the Court to extend until May 11, 2022 the time to serve her responsive pleading or motion directed to the Complaint (ECF No. 1). This motion is authoritized by Federal Rule of Civil Procedure 6(b)(1) and is made without waiving any defenses, rights, or other matters that may be available under Federal Rule of Civil Procedure 12(b), or any other rule or law.

Defendant Wasserman Schultz respectfully states the following as good cause in support of her request for an extension of time.

1. The Complaint in this action was filed on March 24, 2022.

2. Defendant Wasserman Schultz was served with the Complaint and Summons on April 4, 2022. Accordingly, absent an extension, her response to the Complaint is due to be filed April 25, 2022.

3. The Complaint is 108 pages in length and contains 16 separate counts against various groupings of Defendants. An extension of time would enable Defendant Wasserman Schultz to address this voluminous pleading effectively.

4. The requested extension would also permit Defendant Wasserman Schultz to evaluate whether she can join in arguments made by other Defendants, including arguments made by Secretary Clinton in her motion to dismiss of April 20, 2022, and thereby reduce the total number of pages submitted for the Court's review.

5. An extension of the time totaling less than a month will not prejudice any party or unduly delay the litigation. To the contrary, at least two Defendants have already sought or obtained extensions until May 20, 2022, and other Defendants (including two also represented by undersigned counsel) have sought extensions until May 11, 2022.

6. Defendant Wasserman Schultz has not previously sought an extension of time to file a motion to dismiss or responsive pleading.

7. Counsel for Plaintiff has consented to the extension requested herein.

For the foregoing reasons, Defendant Wasserman Schultz respectfully moves that the date for serving and filing any response to the Complaint in this action, including by answer, motion, or other pleading of any type, be extended through and including May 11, 2022.

**Southern District of Florida Local Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(3), on April 21, 2022, counsel for Co-Defendant Perkins Coie LLP conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, and Plaintiff does not oppose the relief requested.

Dated: April 23, 2022

Respectfully Submitted,

*/s/ Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Debbie Wasserman Schultz*