UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, ORBIS BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, JOHN DOES 1 THROUGH 10, and ABC CORPORATIONS 1 THROUGH 10,

    Defendants.

_____/

**[PROPOSED] ORDER ON DEFENDANT DEBBIE WASSERMAN SCHULTZ'S AGREED MOTION FOR EXTENSION OF TIME**

THIS CAUSE came before the Court on Defendant Debbie Wasserman Schultz's Agreed Motion to Extend Time to Respond to Complaint (ECF No.___) (the "Motion"). The Court, having considered the Motion and the agreement of the parties, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The deadline for Defendant Debbie Wasserman Schultz to serve her response to the Complaint in this action, including by

answer, motion, or other pleading of any type, shall be extended through and including May 11, 2022.

      DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of April, 2022.

                                            _____
                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT JUDGE

cc: counsel of record