UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14102-CIV-MIDDLEBROOKS/REINHART

DONALD J. TRUMP,

    Plaintiff,
v.

HILLARY R. CLINTON, et al.

    Defendants.
_____/

**ORDER GRANTING UNITED STATES OF AMERICA'S UNOPPOSED SECOND MOTION TO REDACT ADDRESSES OF FORMER FEDERAL BUREAU OF INVESTIGATION EMPLOYEES FROM THE PUBLIC RECORD AND MOTION TO PRECLUDE THE FURTHER FILING OF THE SAME WITH PREMISSION TO FILE REDACTED VERSIONS OF ANY OFFENDING DOCUMENTS**

THIS MATTER is before the Court upon the United States of America's Unopposed Second Motion to Redact Addresses of Former Federal Bureau of Investigation Employees From the Public Record and Motion to Preclude the Further Filing of the Same With Permission to File Redacted Versions of Any Offending Documents. Having carefully considered the same, and finding good cause has been shown, it is hereby

**ORDERED AND ADJUDGED** that the United States of America's Unopposed Second Motion to Redact Addresses of Former Federal Bureau of Investigation Employees From the Public Record and Motion to Preclude the Further Filing of the Same With Permission to File Redacted Versions of Any Offending Documents is **GRANTED**.

The Clerk is directed to substitute the redacted version of Docket Entries 28, 28-1, 45, and 45-1, which are attached as exhibits to the United States' Unopposed Second Motion, for the previously filed copies.

All parties and interested persons filing documents in this case are on notice that they are

precluded from filing any document that contains the addresses of the following former FBI employees named as defendants in this case without first redacting the addresses or getting prior permission from this Court to file the addresses in the public record: James Comey, Andrew McCabe, Peter Strzok, Lisa Page, and Kevin Clinesmith.  Furthermore, to the extent any document filed in the public record contains the addresses of the named five former FBI employees, the United States may file redacted versions of those filings, and the Clerk is directed to substitute the redacted version of the offending filing without further order of this Court.

      DONE AND ORDERED at Miami, Florida, this \_\_\_\_\_ day of April, 2022.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

cc:    counsel of record