## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant: **HILLARY R. CLINTON, ET AL**


BII2022004357

For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **ANDREW MCCABE,** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, I, __Sean Gordon__, do hereby affirm that on the __5th__ day of __April__, 20__22__ at __2:06p__ .m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(  ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving __Barbara McCabe__ as __Wife of Andrew McCabe__ who is over the age of 15.

(  ) CORPORATE SERVICE: By serving _____ as _____.

(  ) POSTED SERVICE: After attempting service on ____/____ at _____ and on ____/____ at _____ to a conspicuous place on the property described herein.

(  ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS:  (X) YES  (  ) NO  (  ) REFUSED

MILITARY STATUS:  (  ) YES  (X) NO  (  ) REFUSED

**COMMENTS:** _____

Age __40-50__  Sex  M (F)  Race __Caucasian__  Height __5'9"__  Weight __130-170__  Hair __Black__  Glasses Y (N)

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

_____
PROCESS SERVER # __N/A__
Appointed in accordance with State Statutes

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: 2022004357

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i