UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT PIERCE BEACH DIVISION

CASE NO. 2:22-cv-14102-DMM

DONALD J. TRUMP,

   Plaintiff,

v.

HILLARY CLINTON, et al.,

   Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of George R.A. Doumar of the law firm of Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Road, Suite 700, Fairfax, Virginia 22030, (703) 352-1300 for purposes of appearance as co-counsel on behalf of Defendant, Charles H. Dolan, Jr., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit George R.A. Doumar to receive electronic filings in this case, and in support thereof states as follows:

   1.    George R.A. Doumar, Esquire, is not admitted to practice in the Southern District of Florida and is a member in good standing of the Virginia and District of Columbia bars, as well as numerous federal courts.

2. Movant, Jonathan E. Levine, Esquire, of the law firm of Mahdavi, Bacon, Halfhill & Young, PLLC, 11350 Random Hills Road, Suite 700, Fairfax, Virginia 22030, (703) 352-1300, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, George R.A. Doumar has made payment of this Court's admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. George R.A. Doumar, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to George R.A. Doumar at email address: gdoumar@doumarmartin.com.

WHEREFORE, Jonathan E. Levine, moves this Court to enter an Order for George R.A. Doumar, to appear before this Court on behalf of Charles E. Dolan, Jr., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to George R.A. Doumar.

Date: April 25, 2022

Respectfully submitted,

/s/ Jonathan E. Levine
Jonathan E. Levine, Esquire
Florida Bar No. 937711
George R.A. Doumar, Esquire
*To Be Admitted Pro Hac Vice*

        Mahdavi Bacon Halfhill & Young, PLLC
        11350 Random Hills Road, Suite 700
        Fairfax, Virginia, 22030
        Tel: (703) 352-1300
        Fax: (703) 352-1301
        Email: jlevine@mbhylaw.com

        Counsel for Charles H. Dolan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT PIERCE BEACH DIVISION

**CASE NO. 2:22-cv-14102-DMM**

DONALD J. TRUMP,

    Plaintiff,

    v.

HILLARY CLINTON, et al.,

    Defendants.

## CERTIFICATION OF GEORGE R.A. DOUMAR

George R.A. Doumar, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of Virginia and the District of Columbia.


/s/ George R.A. Doumar
George R.A. Doumar

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by the CM/ECF system, on April 25, 2022, which will send notification of filing to all counsel or parties of record on the service list.

/s/ Jonathan E. Levine

**Case No.: 2:22-cv-14102-DMM**

**SERVICE LIST**

Jamie Alan Sasson
serv513@legalbrains.com
Peter David Ticktin
pt@legalbrains.com
Ticktin Law Group PA
600 W. Hillsboro Boulevard, Suite 220
Deerfield Beach, FL 33441
(954) 978-8950
and
Alina Habba
ahabba@habbalaw.com
Michael T. Madaio
mmadaio@habbalaw.com
Habba Madaio & Associates LLP
1430 US Highway 206, Suite 240
Bedminster, NJ 07921
(908) 869-1188
***Counsel for Plaintiff***

David E. Kendall
dkendall@wc.com
Katherine M. Turner
kturner@wc.com
Michael J. Mestitz
mmestitz@wc.com
Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005
202-434-5000
and
David Oscar Markus
dmarkus@markuslaw.com
40 N.W. Third Street
Penthouse 1
Miami, FL 33128
305-379-6668
***Counsel for Hillary R. Clinton***

Gerald Edward Greenberg
ggreenberg@gsgpa.org
Gelber Schachter & Greenberg PA
One Southeast Third Avenue, Suite 2600
Miami, FL 331341-1715
305-728-0951
***Counsel for Democratic National Committee, DNC Services Corporation & Debbie Wasserman Schultz***

Roberto Martinez
bob@colson.com

Anthony Erickson-Pogorzelski
anthony.porgozelski@usdoj.gov US Attorney's Office
99 NE 4th Street, Suite 335
Miami, FL 33132
(305) 961-9296
(305) 530-7139 Fax
***Counsel for United States of America***

Alexandria Epps
aepps@qslwm.com
Florida Bar No. 1002739
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX, 75024
(214) 560-5463
(214) 871-2111 Fax
***Counsel for Neustar, Inc.***

Franklin G. Monsour, Jr.
fmonsour@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-3512
and
Diane Marie Fassbender
dszego@orrick.com
Orrick, Herrington & Sutcliffe LLP
1151 15th Street NW
Washington, DC 20005
202-339-8533
***Counsel for Igor Danchenko***

Eleni S. Kastrenakes Howard
eleni.kastrenakeshoward@akerman.com
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
561-273-5578
***Counsel for Perkins Coie, LLC***

April A. Otterberg
aotterberg@jenner.com
Reid J. Schar
rschar@jenner.com

Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
*Counsel for Michael Sussman*

William R. Barzee
williambarzee@barzeeflores.com
Courthouse Center
40 NW Third Street
Penthouse 1
Miami, FL 33128
305-374-3998
*Counsel for Robert E. Mook*

Benjamin Peacock
benjamin.peacock@cliffordchance.com
31 West 52nd Street
New York, NY 10019
212-878-8000
and
Joshua Berman
joshua.berman@cliffordchance.com
Clifford Chance US LLP
2001 K Street, NW
Washington, DC 20006
202-912-5000
and
Adam Seth Fels
afels@ffslawfirm.com
Fridman Fels & Soto, PLLC
2525 Ponce de Leon Blvd
Ste 750
Coral Gables, FL 33134
305-569-7701
*Counsel for Nellie Ohr & Bruce Ohr*

Jenner & Block LLP
353 N Clark Street
Chicago, IL 60654-3456
312-222-9350
and
Eugene K. Pettis
cmarr@hpslegal.com
Haliczer Pettis & Schwamm PA
100 SE 3rd Avenue
7th Floor
Fort Lauderdale, FL 33394
954-523-9922
*Counsel for Marc Elias*

Joshua Levy
jal@levyfirestone.com
Kevin P. Crenny
kcrenny@levyfirestone.com
Rachel Clattenburg
rmc@levyfirestone.com
Levy Firestone Muse LLP
900 17th Street NW, Suite 1200
Washington, DC 20006
202-845-3215
and
Adam Seth Fels
afels@ffslawfirm.com
Fridman Fels & Soto, PLLC
2525 Ponce de Leon Blvd
Ste 750
Coral Gables, FL 33134
305-569-7701
*Counsel for Fusion GPS, Glenn Simpson & Peter Fritsch*