UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                Plaintiff,<br><br>    v.<br><br>HILLARY R. CLINTON, et al.,<br><br>                Defendants. | Case No. 2:22-cv-14102-DMM |

**DEFENDANT HILLARY RODHAM CLINTON'S NOTICE OF NON-OPPOSITION
TO PLAINTIFF'S EXPEDITED MOTION**

    Defendant Hillary Clinton does not oppose the extension requested in Plaintiff's motion of April 21, 2022.

                Respectfully submitted,

                <u>/s/ David E. Kendall</u>
                David E. Kendall*
                Katherine M. Turner*
                Michael J. Mestitz*

                WILLIAMS & CONNOLLY LLP
                725 Twelfth Street N.W.
                Washington, DC 20005
                Tel: (202) 434-5000
                Fax: (202) 434-5029
                dkendall@wc.com

                      * Admitted *pro hac vice*

                David Oscar Markus
                MARKUS/MOSS PLLC
                40 NW 3rd Street, PH 1
                Miami, FL 33128
                Tel.  (305) 379-6667

                *Attorneys for Defendant Hillary
                Rodham Clinton*