UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC.,
DEMOCRATIC NATIONAL COMMITTEE,
DNC SERVICES CORPORATION, PERKINS
COIE, LLC, MICHAEL SUSSMANN, MARC
ELIAS, DEBBIE WASSERMAN SCHULTZ,
CHARLES HALLIDAY DOLAN, JR., JAKE
SULLIVAN, JOHN PODESTA, ROBERT E.
MOOK, PHILLIPE REINES, FUSION GPS,
GLENN SIMPSON, PETER FRITSCH,
NELLIE OHR, BRUCE OHR, ORBIS
BUSINESS INTELLIGENCE, LTD.,
CHRISTOPHER STEELE, IGOR
DANCHENKO, NEUSTAR, INC., RODNEY
JOFFE, JAMES COMEY, PETER STRZOK,
LISA PAGE, KEVIN CLINESMITH,
ANDREW MCCABE, JOHN DOES 1
THROUGH 10, and ABC CORPORATIONS
1 THROUGH 10,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Shawn G. Crowley, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion ECF No.____), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This

Court having considered the motion and all other relevant factors, it is hereby

      ORDERED AND ADJUDGED that:

      The Motion is GRANTED.  Shawn G. Crowley, may appear and participate in this action on behalf of Defendants Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz.  The Clerk shall provide electronic notification of all electronic filings to Shawn G. Crowley, at scrowley@kaplanhecker.com.

      DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ____ day of _____, 2022.

                                                                     _____
                                                                     DONALD M. MIDDLEBROOKS
                                                                       United States District Judge

Copies furnished to: All Counsel of Record