UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward Soto hereby makes an appearance as counsel of record for Defendant Rodney Joffe, and directs that all responsive pleadings and papers filed in the above action be served upon the following:

Edward Soto
edward.soto@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

Dated: April 26, 2022

Respectfully submitted,

*/s/ Edward Soto*
Edward Soto (FBN 265144)
edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Rodney Joffe*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on April 26, 2022. As such, the foregoing was served electronically upon all counsel of record.

*/s/ Edward Soto*
Edward Soto (FBN 265144)
edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant Rodney Joffe*