UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

**DEFENDANT RODNEY JOFFE'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Rodney Joffe, by and through his undersigned counsel, hereby respectfully moves the Court to extend the time for Joffe's response to the Complaint (Dkt. 1) in this action until May 20, 2022, without waiving any objection or defense, including based on the lack of personal jurisdiction.

1.    Plaintiff, Donald J. Trump, filed the Complaint in this action on March 24, 2022. The Complaint in this action is 108-pages, relates to multiple events that allegedly took place dating back to 2015, and is asserted against more than two dozen defendants. *See* Dkt. 1.

2.    Joffe's counsel, Steven Tyrrell, agreed to accept service of the Complaint at his office in Washington, D.C. on April 20, 2022. Accordingly, absent extension, Joffe's deadline to answer or otherwise respond to the Complaint would be due May 11, 2022.

3.    Joffe respectfully requests a limited extension of only nine days—to May 20, 2022—to respond to the Complaint.

4. Good cause exists for this requested extension. Joffe and his counsel require additional time to evaluate the wide-ranging allegations in Plaintiff's lengthy Complaint. Further, a brief extension will permit Joffe's counsel the opportunity to coordinate with counsel for other defendants, in an effort to minimize duplication in arguments presented to the Court.

5. Additionally, Mr. Tyrrell, lead counsel for Joffe, will be out of the country the week of May 9, which conflicts with the current deadline of May 11.

6. The requested extension will not delay the proceedings. This Court has already extended other defendants' deadlines to respond to the Complaint to May 20, 2022 and May 23, 2022, respectively. *See* Dkts. 57, 59. No prior extension of this deadline has been requested.

7. Counsel for the parties have met and conferred regarding this motion on April 25, 2022, and Plaintiff does not oppose to the extension. *See* S. D. Fla. L. R. 7.1(a)(3).

8. Through this Motion for Extension, Joffe does not waive any objection or defense that is available to him, including without limitation any defenses related to lack of personal jurisdiction. *See Lane v. XYZ Venture Partners, L.L.C.*, 322 F. App'x 675, 678 (11th Cir. 2009).

### Certificate of Compliance with Local Rule 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), Mr. Tyrrell conferred with Peter Ticktin, counsel for Plaintiff, on April 25, 2022. Plaintiff does not oppose the requested extension.

Dated: April 26, 2022                                   Respectfully submitted,

*/s/ Edward Soto*
Edward Soto (FBN 0265144)
WEIL GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

Steven A. Tyrrell, *pro hac vice pending*
WEIL GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

*Attorneys for Rodney Joffe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Edward Soto*
Edward Soto (FBN 0265144)
WEIL GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

*Attorney for Rodney Joffe*