UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANT
RODNEY JOFFE'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS CAUSE having come before the Court on Defendant Rodney Joffe's Unopposed Motion for Extension of Time (the "Motion"), and the Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED for good cause shown. Defendant Rodney Joffe shall answer or otherwise respond to the Complaint by **May 20, 2022.**

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ____ day of April, 2022.

_____
Honorable Donald M. Middlebrooks
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record