UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-14102-DMM

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, et al.,

        Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Steven Tyrrell of the law firm of Weil, Gotshal & Manges LLP, 2001 M St. NW #600, Washington, D.C. 20036, for purposes of appearance as counsel on behalf of Defendant Rodney Joffe, in the above-styled case only, and pursuant to Section 2B of the CM/ECF Administrative Procedures, to permit Steven Tyrrell to receive electronic filings in this case, and in support thereof states as follows:

    1.    Steven Tyrrell, Esquire, is not admitted to practice in the Southern District of Florida and is a member in good standing of the following courts: Bar of the State of New York; Bar of the District of Columbia; United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States District Court for the District of Columbia; United States Bankruptcy Court for the District of Columbia; and the United States Court of Appeals for the Tenth Circuit.

2. Movant, Edward Soto, Esquire, of the law firm of Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, Florida 33131, (305) 577-3100, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Courts electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Steven Tyrrell has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Steven Tyrrell, by and through designated counsel and pursuant to Section 2B of CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Steven Tyrrell at steven.tyrrell@weil.com.

WHEREFORE, Edward Soto moves this Court to enter an Order authorizing Steven Tyrrell to appear before this Court on behalf of Defendant Rodney Joffe for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Steven Tyrrell.

Dated:  April 26, 2022	Respectfully submitted,

*/s/ Edward Soto*
Edward Soto (FBN 0265144)
WEIL GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

*Attorney for Rodney Joffe*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

**CERTIFICATION OF STEVEN TYRRELL**

Steven Tyrrell, Esquire, pursuant to Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) Bar of the State of New York; Bar of the District of Columbia; United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States District Court for the District of Columbia; United States Bankruptcy Court for the District of Columbia; and the United States Court of Appeals for the Tenth Circuit; and (3) I have not filed three or more motions for *pro hac vice* admission in the District in the last 365 days.

                                                */s/ Steven Tyrrell*
                                                Steven Tyrrell

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/ *Edward Soto*
Edward Soto (FBN 0265144)
WEIL GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

*Attorney for Defendant Rodney Joffe*