UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## ORDER GRANTING SECOND MOTION TO REDACT

THIS CAUSE is before the Court on the United States of America's Second Motion to Redact Addresses of Former Federal Bureau of Investigation Employees from the Public Record and to Preclude the Further Filing of the Same with Permission to File Redacted Versions of Any Offending Documents, filed on April 25, 2022. (DE 84). Since my first Order granting the United States' Motion to Redact, Plaintiff has once again filed documents in the court record (namely, summonses and returns of service) containing the addresses of former FBI employees Andrew McCabe and Kevin Clinesmith. (DE 28; DE 45). The United States seeks to have these addresses redacted, as well as an order precluding Plaintiff from filing documents in the public record containing the addresses of the named former FBI employees and permitting the United States to substitute redacted copies of any such offending document filed in the public record without further motion or order from this Court. Plaintiff does not oppose the redactions, but the United States believes that "Plaintiff will oppose the additional relief seeking an order precluding future filings containing the offending addresses." (DE 84 at 3).

For the same reasons explained in my first Order (DE 12), Plaintiff's Motion is granted as to the redactions. As to the additional relief requested, Plaintiff may file a response **on or before**

**Thursday April 28, 2022** explaining the basis for any opposition he may have.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The United States' Second Motion to Redact (DE 82) is **GRANTED IN PART AND RULING IS RESERVED IN PART**.

(2) The Motion is **GRANTED** to the extent that it seeks redaction of the documents now in the court file. Accordingly, the Clerk of Court is directed to **STRIKE** and **REMOVE** Docket Entries 28, 28-1, 45, and 45-1 from the record. These items shall be substituted with the redacted versions filed by the government. (DE 84-2; DE 84-3; DE 84-4; DE 84-5).

(3) **On or before April 28, 2022**, Plaintiff **SHALL RESPOND** to that portion of the United States' Motion which sets forth a suggested procedure for handling future improper disclosures of addresses in court documents.

**SIGNED** in Chambers at West Palm Beach, Florida this 26th day of April, 2022.

Donald M. Middlebrooks
United States District Judge