UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY CLINTON, et al.,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christopher Muha of the law firm of KaiserDillon PLLC, 1099 14th St. NW, 8th Floor West, Washington, DC 20005, 202-640-2850, for purposes of appearance as co-counsel on behalf of Kevin E. Clinesmith in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Christopher Muha to receive electronic filings in this case, and in support thereof states as follows:

    1.    Christopher Muha is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Courts for the District of Columbia, the Eastern District of Virginia, the Western District of Virginia, the Northern District of Ohio, and the District of Maryland. Additionally, he is member in good standing of the Virginia State Bar, the Ohio State Bar, and the Bar of the District of Columbia Court of Appeals.

    2.    Movant, Noah Brozinsky, Esquire, of the law firm of KaiserDillon PLLC, 1099 14th St. NW, 8th Floor West, Washington, DC 20005, 202-640-2850, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily

communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

    3.    In accordance with the local rules of this Court, Christopher Muha has made payment of this Court's $213 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

    4.    Christopher Muha, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Christopher Muha at email address: CMuha@Kaiserdillon.com.

    5.    Through this motion, Mr. Clinesmith does not waive any defenses or objections available to him, including without limitation those related to personal jurisdiction.

WHEREFORE, Noah Brozinsky moves this Court to enter an Order permitting Christopher Muha to appear before this Court on behalf of Kevin E. Clinesmith for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Christopher Muha.

April 26, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Noah Brozinsky*
　　　　　　　　　　　　　　　　Noah Brozinsky
　　　　　　　　　　　　　　　　Fla Bar ID # 0107470
　　　　　　　　　　　　　　　　NBrozinsky@KaiserDillon.com
　　　　　　　　　　　　　　　　KaiserDillon PLLC
　　　　　　　　　　　　　　　　1099 14th Street NW, 8th Floor West
　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　202-640-2850

　　　　　　　　　　　　　　　　Attorneys for Kevin E. Clinesmith

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY CLINTON, et al.,

    Defendants.

_____/

### CERTIFICATION OF CHRISTOPHER MUHA

    Christopher Muha, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the United States District Courts for the District of Columbia, the Eastern District of Virginia, the Western District of Virginia, the Northern District of Ohio, the District of Maryland, the Virginia State Bar, the Ohio State Bar, and the Bar of the District of Columbia Court of Appeals; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                                              /s/ Christopher Muha
                                                                                                Christopher Muha

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

vs.

HILLARY CLINTON, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Christopher Muha, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Christopher Muha may appear and participate in this action on behalf of Kevin E. Clinesmith. The Clerk shall provide electronic notification of all electronic filings to Christopher Muha, at CMuha@Kaiserdillon.com

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record