UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY CLINTON, et al.,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of William Pittard of the law firm of KaiserDillon PLLC, 1099 14th St. NW, 8th Floor West, Washington, DC 20005, 202-640-2850, for purposes of appearance as co-counsel on behalf of Kevin E. Clinesmith in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit William Pittard to receive electronic filings in this case, and in support thereof states as follows:

    1.    William Pittard is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States Supreme Court Bar, the United States Court of Appeals for the D.C. Circuit and for the Tenth Circuit; the United States District Courts for D.C., Maryland, the Eastern District of Virginia, and the Central District of Illinois. Additionally he is a member in good standing of the Virginia State Bar and the Bar of the District of Columbia Court of Appeals.

    2.    Movant, Noah Brozinsky, Esquire, of the law firm of KaiserDillon PLLC, 1099 14th St. NW, 8th Floor West, Washington, DC 20005, 202-640-2850, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, William Pittard has made payment of this Court's $213 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. William Pittard, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to William Pittard at email address: WPittard@Kaiserdillon.com.

5. Through this motion, Mr. Clinesmith does not waive any defenses or objections available to him, including without limitation those related to personal jurisdiction.

WHEREFORE, Noah Brozinsky moves this Court to enter an Order permitting William Pittard to appear before this Court on behalf of Kevin E. Clinesmith for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to William Pittard.

April 26, 2022

Respectfully submitted,

/s/ *Noah Brozinsky*

Noah Brozinsky
Fla Bar ID # 0107470
NBrozinsky@KaiserDillon.com
KaiserDillon PLLC
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
202-640-2850

Attorneys for Kevin E. Clinesmith

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY CLINTON, et al.,

    Defendants.
_____/

## CERTIFICATION OF WILLIAM PITTARD

William Pittard, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the United States Supreme Court Bar, the United States Court of Appeals for the D.C. Circuit and for the Tenth Circuit; the United States District Courts for D.C., Maryland, the Eastern District of Virginia, and the Central District of Illinois; the Virginia State Bar and the Bar of the District of Columbia Court of Appeals; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                           /s/ William Pittard
                                                           William Pittard

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

     Plaintiff,

vs.

HILLARY CLINTON, et al.,

     Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for William Pittard, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. William Pittard may appear and participate in this action on behalf of Kevin E. Clinesmith. The Clerk shall provide electronic notification of all electronic filings to William Pittard, at WPittard@Kaiserdillon.com

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

 

_____

United States District Judge

Copies furnished to: All Counsel of Record