# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

    Plaintiff,

    v.

HILLARY CLINTON, *et al.*,

    Defendants.

No. 2:22-cv-14102-DMM

## [PROPOSED] ORDER

Upon consideration of Kevin Clinesmith's Motion to Declare, or in the Alternative to Extend, Response Deadline, any opposition thereto, and for good cause shown, it is, hereby

ORDERED that Mr. Clinesmith's Motion to Declare, or in the Alternative to Extend, Response Deadline, is hereby **GRANTED IN PART.** Specifically, it is granted in the manner identified below:

_____ Service on Mr. Clinesmith is governed by Federal Rule of Civil Procedure 4(i)(3), meaning Mr. Clinesmith's response to the Complaint is due 60 days from the date of service of the Complaint on the United States.

_____ Mr. Clinesmith's deadline for responding to the Complaint is hereby extended to June 27, 2020.

DATED: _____

                                                                           Hon. Donald M. Middlebrooks
                                                                           United States District Judge