UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY CLINTON, et al.,

    Defendants.

_____ /

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION FOR COUNSEL TO DEFENDANT KEVIN E. CLINESMITH**

Pursuant to Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, undersigned counsel for Kevin E. Clinesmith submits this Notice of Change of Address and Contact Information. All correspondence should be directed to:

Noah Brozinsky
nbrozinsky@KaiserDillon.com
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
202-640-2850

April 27, 2022            Respectfully submitted,

                                          /s/ *Noah Brozinsky*

Noah Brozinsky
Fla Bar ID # 0107470
nbrozinsky@KaiserDillon.com
KaiserDillon PLLC
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
202-640-2850

*Attorneys for Kevin E. Clinesmith*