UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-CV-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et. al.,

    Defendants.

_____/

## NOTICE TO STRIKE

Undersigned counsel moves to Strike Docket Entry 89 pursuant to Clerk's Notice (DE 99).

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
Email: markuslaw.com

By:   /s/ David Oscar Markus
      David Oscar Markus
      Florida Bar Number 119318
      dmarkus@markuslaw.com

**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

By:   /s/ David E. Kendall
      David E. Kendall (*pro hac vice*)
      Katherine M. Turner (*pro hac vice*)
      Michael J. Mestitz (*pro hac vice*)
      *Attorneys for Defendant Hillary R. Clinton*