# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

CASE NO. 2:22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

---

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, Perkins Coie LLP[1].

Dated: April 27, 2022.

        Respectfully submitted,

        AKERMAN LLP
        50 North Laura Street
        Suite 3100
        Jacksonville, Florida 32202
        Telephone: (904) 798-3700
        Fax: (904) 798-3730

By: *s/ Howard Jay Harrington*
     Howard J. Harrington (Fla. Bar No. 0118719)
     jay.harrington@akerman.com
     susan.scott@akerman.com

*Counsel for Defendant Perkins Coie LLP*

---

[1] Incorrectly named in the Complaint as "Perkins Coie, LLC."