## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

DONALD J. TRUMP,                                     CASE NO. 2:22-cv-14102-MIDDLEBROOKS

      Plaintiff,

v.

HILLARY R. CLINTON et al.,

      Defendants.

_____

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of F. Joseph Warin of Gibson, Dunn & Crutcher, LLP, 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306, for purposes of appearance as co-counsel on behalf of Perkins Coie LLP in the above-styled case only. Pursuant to Rule 2B of the CM/ECF Administrative Procedures, the undersigned further moves to permit F. Joseph Warin to receive electronic filings in this case, and in support thereof states as follows:

    1.    F. Joseph Warin is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the District of Columbia and of all federal courts where he is admitted.

    2.    Movant, Eleni Kastrenakes Howard, Esq., of the law firm of Akerman LLP, 777 S. Flagler Drive, Suite 1100, West Tower, West Palm Beach, FL 33401, Tel.: (561) 653-5000, is a member in good standing of the Florida Bar, the New York Bar, and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic

filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

     3.     In accordance with the local rules of this Court, F. Joseph Warin has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

     4.     F. Joseph Warin, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to F. Joseph Warin at the email address: fwarin@gibsondunn.com.

WHEREFORE, Eleni Kastrenakes Howard, moves this Court to enter an Order allowing F. Joseph Warin to appear before this Court on behalf of Defendant Perkins Coie LLP, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to F. Joseph Warin.

Date: April 27, 2022                              Respectfully submitted,

                                                      AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313

By: *s/ Eleni Kastrenakes Howard*
Eleni Kastrenakes Howard (Fla. Bar No. 0073073)
eleni.kastrenakeshoward@akerman.com
luke.bovat@akerman.com
claudia.rodriguez@akerman.com

Howard J. Harrington (Fla. Bar No. 0118719)
jay.harrington@akerman.com
susan.scott@akerman.com
AKERMAN LLP
50 North Laura Street
Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Fax: (904) 798-3730

*Counsel for Defendant Perkins Coie LLP*