**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

DONALD J. TRUMP,                                        CASE NO. 2:22-cv-14102-MIDDLEBROOKS

      Plaintiff,
v.

HILLARY R. CLINTON et al.,

      Defendants.

_____

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for F. Joseph Warin, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. F. Joseph Warin may appear and participate in this action on behalf of Defendant Perkins Coie LLP. The Clerk shall provide electronic notification of all electronic filings to F. Joseph Warin, at fwarin@gibsondunn.com.

DONE AND ORDERED in Chambers, at West Palm Beach County, Florida, on this ___ day of _____, 2022.

                                                                                  THE HON. DONALD M. MIDDLEBROOKS
                                                                                  U.S. DISTRICT JUDGE

cc:    All counsel of record

63233142;1