UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DONALD J. TRUMP,    CASE NO. 2:22-cv-14102-MIDDLEBROOKS

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Geoffrey M. Sigler of Gibson, Dunn & Crutcher, LLP, 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306, for purposes of appearance as co-counsel on behalf of Perkins Coie LLP in the above-styled case only. Pursuant to Rule 2B of the CM/ECF Administrative Procedures, the undersigned further moves to permit Geoffrey M. Sigler to receive electronic filings in this case, and in support thereof states as follows:

    1.    Geoffrey M. Sigler is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of Virginia and the District of Columbia and of all federal courts where he is admitted.

    2.    Movant, Eleni Kastrenakes Howard, Esq., of the law firm of Akerman LLP, 777 S. Flagler Drive, Suite 1100, West Tower, West Palm Beach, FL 33401, Tel.: (561) 653-5000, is a member in good standing of the Florida Bar, the New York Bar, and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic

filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Geoffrey M. Sigler has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Geoffrey M. Sigler, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Geoffrey M. Sigler at the email address: gsigler@gibsondunn.com.

WHEREFORE, Eleni Kastrenakes Howard, moves this Court to enter an Order allowing Geoffrey M. Sigler to appear before this Court on behalf of Defendant Perkins Coie LLP, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Geoffrey M. Sigler.

Date: April 27, 2022        Respectfully submitted,

AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL  33401
Telephone: (561) 653-5000
Fax: (561) 659-6313

By: *s/ Eleni Kastrenakes Howard*
Eleni Kastrenakes Howard (Fla. Bar No. 0073073)
eleni.kastrenakeshoward@akerman.com
luke.bovat@akerman.com
claudia.rodriguez@akerman.com

                Howard J. Harrington (Fla. Bar No. 0118719)
                jay.harrington@akerman.com
                susan.scott@akerman.com
                AKERMAN LLP
                50 North Laura Street
                Suite 3100
                Jacksonville, Florida 32202
                Telephone: (904) 798-3700
                Fax: (904) 798-3730

                *Counsel for Defendant Perkins Coie LLP*