**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 2:22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

---

**CERTIFICATION OF GEOFFREY M. SIGLER**

Geoffrey M. Sigler, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of Virginia and the District of Columbia and of all federal courts where I am admitted; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                      By: */s/ Geoffrey M. Sigler*
                                                              Geoffrey M. Sigler