UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 2:22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

_____

### CERTIFICATION OF NANCY E. HART

Nancy E. Hart, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of New York and of all federal courts where I am admitted; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

        By:   */s/ Nancy E. Hart*
                Nancy E. Hart