UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

### ORDER GRANTING DEFENDANT KEVIN E. CLINESMITH'S MOTION TO EXTEND RESPONSE DEADLINE

THIS CAUSE is before the Court on Defendant Kevin E. Clinesmith's Motion to Declare, or in the Alternative to Extend, Response Deadline, filed on April 26, 2022. (DE 98). Plaintiff and Defendant Clinesmith appear to dispute the date on which Defendant Clinesmith must respond to the Complaint. Under Federal Rule of Civil Procedure 4(i)(3), "[t]o serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf . . . a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g)." In turn, Rule 12(a)(3), provides a government employee sued in an individual capacity with 60 days to respond to a complaint, running from the date of "service on the officer or employee or service on the United States attorney, whichever is later." Plaintiff appears to believe that these rules do not apply because Mr. Clinesmith was not "acting for the benefit of the United States," but Plaintiff nevertheless agrees to a sixty-day extension of Plaintiff's response deadline, which has the same effect as a finding that Rules 4(i)(3) and 12(a)(3) apply.

Because the Parties agree to a response deadline of June 27, 2022, I need not resolve the

Parties' dispute about the proper response deadline, and I am not inclined to waste the Parties' resources by requiring briefing on an issue that does not change the result of this Motion. Moreover, good cause exists for an extension of Defendant Clinesmith's response deadline to allow time for any motions under the Westfall Act.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Defendant Kevin E. Clinesmith's Motion to Extend Response Deadline is **GRANTED**.

(2) Defendant Clinesmith's deadline to respond to Plaintiff's Complaint is extended to **June 27, 2022**.

**SIGNED** in Chambers at West Palm Beach, Florida this 27th day of April, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record