UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION FOR AN EXTENSION OF TIME

THIS CAUSE is before the Court on Plaintiff's "Expedited Motion for an Extension of Time to File an Amended Complaint as a Matter of Course or to Response [sic] to Hillary Clinton's Motion to Dismiss," filed on April 21, 2022. (DE 66). The Motion is not opposed.

Because several Defendants have requested extensions of time to respond to the Complaint, which Plaintiff has not opposed, Plaintiff now requests "an extension of 39 days to either file an Amended Complaint, as a matter of course, pursuant to Rule 15(a) or to file a Response to Hillary Clinton's Motion to Dismiss." (DE 66 at ¶ 10). While I am not persuaded that I can change the time frame to amend "as a matter of course" under Rule 15(a)(1)—a deadline that is prescribed by the Federal Rules—Rule 15(a) provides another avenue for amendment: Rule 15(a)(2). Under Rule 15(a)(2), a party may amend its pleading with the court's leave, and "[t]he court should freely give leave when justice so requires." Here, because of the extensions sought by Defendants and in the interest of allowing Plaintiff to cure any deficiencies in an efficient manner, I will grant Plaintiff until **June 20, 2022** to amend his Complaint or respond to Defendant Clinton's Motion to Dismiss.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion for an Extension of Time (DE 66) is **GRANTED**.

(2) Plaintiff's deadline to amend his Complaint or respond to Defendant Clinton's Motion to Dismiss is extended to **June 20, 2022**.

**SIGNED** in Chambers at West Palm Beach, Florida this 28th day of April, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record