UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, ORBIS BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, JOHN DOES 1 THROUGH 10, and ABC CORPORATIONS 1 THROUGH 10,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Maximillian Feldman of the law firm of Kaplan Hecker & Fink LLP, 350 5th Avenue, 63rd Floor, New York, NY 10118, Telephone: (212) 763-0883, for purposes of appearance as co-counsel on behalf of

Defendants Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Maximillian Feldman to receive electronic filings in this case, and in support thereof states as follows:

1. Maximillian Feldman is not admitted to practice in the Southern District of Florida. Mr. Feldman is a member in good standing of the New York State Bar, the California State Bar (inactive), the U.S. District Court for the Southern District of California, U.S. District Court for the Central District of California, the U.S. District Court for the Western District of Michigan, and the U.S. Court of Appeals for the Ninth Circuit.

2. Movant, Gerald E. Greenberg, Esquire, of the law firm of Gelber Schachter & Greenberg, P.A., One Southeast Third Avenue, Suite 2600, Miami, Florida 33131, Telephone: (305) 728-0950, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Maximillian Feldman has made his payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.     Maximillian Feldman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Maximillian Feldman at email address: mfeldman@kaplanhecker.com.

WHEREFORE, Gerald E. Greenberg, moves this Court to enter an Order for Maximillian Feldman to appear before this Court on behalf of Defendants Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Maximillian Feldman.

Dated: April 29, 2022                                       Respectfully Submitted,

/s/ Gerald E. Greenberg
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendants Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-14102-DMM**

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, *et al.*,

    Defendants.

_____/

**CERTIFICATION OF MAXIMILLIAN FELDMAN**

Maximillian Feldman, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of New York State Bar, the California State Bar (inactive), the U.S. District Court for the Southern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Western District of Michigan, and the U.S. Court of Appeals for the Ninth Circuit; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

*[signature]*
_____
Maximillian Feldman