UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 22-CV-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Isabela M. Garcez of the law firm of Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, Tel: (212) 909-6000, for purposes of appearance as co-counsel on behalf of Robert E. Mook in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Isabela M. Garcez to receive electronic filings in this case, and in support thereof states as follows:

    1.    Isabela M. Garcez is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State bar and all federal courts where she is admitted.

    2.    Movant, William R. Barzee, Esquire, of the law firm of Barzee Flores, 40 N.W. Third Street, Penthouse One, Miami, FL 33128, Tel: (305) 374-3998, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed

and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Isabela M. Garcez has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Isabela M. Garcez, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Isabela M. Garcez at email address: imgarcez@debevoise.com.

WHEREFORE, William R. Barzee moves this Court to enter an Order for Isabela M. Garcez to appear before this Court on behalf of Robert E. Mook for all purposes relating to the proceedings in the above-styled case and directing the Clerk to provide notice of electronic filings to Isabela M. Garcez.

Date: May 2, 2022

                Respectfully submitted,

                /s/ William R. Barzee
                William R. Barzee
                Florida Bar Number 158720
                williambarzee@barzeeflores.com
                BARZEE FLORES
                40 N.W. Third Street, Penthouse One
                Miami, FL 33128
                Telephone: (305) 374-3998

                *Attorney for Defendant Robert E. Mook*