UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-CV-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____

**CERTIFICATION OF ANDREW J. CERESNEY**

Andrew J. Ceresney, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar and of all federal courts where I am admitted; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

/s/ Andrew J. Ceresney
Andrew J. Ceresney