UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                Plaintiff,<br><br>v.<br><br>HILLARY R. CLINTON, et al.,<br><br>                Defendants. | Case No. 2:22-cv-14102-DMM |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Robert P. Trout of the law firm of Schertler Onorato Mead & Sears, 555 13th Street, N.W. Suite 500 West, Washington, D.C. 20004, (202) 628-4199 for purposes of appearance as co-counsel on behalf of Defendants John Podesta and HFACC, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Robert P. Trout to receive electronic filings in this case, and in support thereof states as follows:

      1.      Robert P. Trout is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia, Virginia, and Maryland bars, as well as numerous federal courts.

      2.      Movant, Paola Pinto, Esquire, of the law firm of Schertler Onorato Mead & Sears, 555 13th Street, N.W. Suite 500 West, Washington, D.C. 20004, (202) 628-4199, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed

and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Robert P. Trout has made payment of this Court's admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Robert P. Trout, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Robert P. Trout at email address: rtrout@schertlerlaw.com.

WHEREFORE, Paola Pinto, moves this Court to enter an Order Robert P. Trout, to appear before this Court on behalf of Defendants John Podesta and HFACC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Robert P. Trout.

Date: May 3, 2022                                Respectfully submitted,

/s/ Paola Pinto
Paola Pinto
Florida Bar Number 1013933
ppinto@schertlerlaw.com
SCHERTLER ONORATO MEAD & SEARS
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004
Phone: (202) 628-4155

*Attorney for Defendants John Podesta and HFACC*

## CERTIFICATION OF ROBERT P. TROUT

Robert P. Trout, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia, Virginia, and Maryland bars, as well as numerous federal courts; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Robert P. Trout