UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Sean M. Berkowitz of the law firm of Latham & Watkins LLP, 330 N. Wabash, Suite 2800, Chicago, IL 60611, (312) 876-7700, for purposes of appearance as co-counsel on behalf of Michael Sussmann in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Sean M. Berkowitz to receive electronic filings in this case, and in support thereof states as follows:

    1.    Sean M. Berkowitz is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Illinois since 1992. He is admitted to practice before the U.S. Court of Appeals for the Second, Sixth, Seventh and Eighth Circuits, the U.S. District Courts for the Northern District of Illinois (General and Trial Bars), the Eastern District of Wisconsin, District of Colorado, Eastern District of Michigan and the Supreme Court of the United States.

    2.    Movant, Roberto Martínez, Esquire, of the law firm of Colson, Hicks, Eidson, P.A., 255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, (305) 476-7400, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to

being designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Sean M. Berkowitz has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Sean M. Berkowitz, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Sean M. Berkowitz at email address: Sean.Berkowitz@lw.com.

WHEREFORE, Roberto Martínez, moves this Court to enter an Order permitting Sean M. Berkowitz, to appear before this Court on behalf of Michael Sussmann, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Sean M. Berkowitz.

Date: May 6, 2022

Respectfully submitted,

**Colson, Hicks, Eidson, P.A.**
255 Alhambra Circle, Penthouse,
Coral Gables, Florida 33134
(305) 476-7400

By: s/ *Roberto Martínez*
Roberto Martínez
Florida Bar No. 305596
bob@colson.com

Attorneys for Defendant Michael Sussmann