UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

<b><u>CERTIFICATION OF SEAN M. BERKOWITZ</u></b>

Sean M. Berkowitz, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Illinois since 1992; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                        <u>/s/  Sean M. Berkowitz</u>
                                                         Sean M. Berkowitz