UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

### CERTIFICATION OF MICHAEL S. BOSWORTH

    Michael S. Bosworth, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of New York since 2004; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

    /s/ *Michael S. Bosworth*
    Michael S. Bosworth