UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear _Pro Hac Vice_ for Michael F. Houlihan, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Michael F. Houlihan may appear and participate in this action on behalf of Michael Sussmann. The Clerk shall provide electronic notification of all electronic filings to Michael F. Houlihan at Michael.Houlihan@lw.com.

    DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

                                                                                                                 United States District Judge

Copies furnished to: All Counsel of Record