UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY CLINTON, et al.,

    Defendants.

_____/

### NOTICE OF APPEARANCE

William R. Barzee of BARZEE FLORES enters his appearance as counsel on behalf of Jake Sullivan in the above-styled cause. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

    Respectfully submitted,

    BY: /s/ William R. Barzee
    William R. Barzee
    Florida Bar No. 0158720
    Barzee Flores, LLP
    40 NW 3rd Street, PH1
    Miami, Fl 33128
    Tel: (305) 374-3998
    Fax: (305) 374-3985
    Williambarzee@barzeeflores.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and was served to the parties in this case from that system.

BY: /s/ William R. Barzee
William R. Barzee

*Attorney for Defendant Jake Sullivan*