UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

              Plaintiff,

v.

HILLARY CLINTON, et al.,

              Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian L. Stekloff of the law firm of Wilkinson Stekloff LLP, 2001 M Street, NW, 10th Floor, Washington, DC 20036, Tel: (202) 847-4000, for purposes of appearance as co-counsel on behalf of Jake Sullivan in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brian L. Stekloff to receive electronic filings in this case, and in support thereof states as follows:

      1.      Brian L. Stekloff is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia and Massachusetts bars and all federal courts where he is admitted.

      2.      Movant, William R. Barzee, Esquire, of the law firm of Barzee Flores, 40 N.W. Third Street, Penthouse One, Miami, FL 33128, Tel: (305) 374-3998, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be

required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.   *See* Section 2B of the CM/ECF Administrative Procedures.

3.    In accordance with the local rules of this Court, Brian L. Stekloff has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.    Brian L. Stekloff, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian L. Stekloff at email address: bstekloff@wilkinsonstekloff.com.

WHEREFORE, William R. Barzee moves this Court to enter an Order for Brian L. Stekloff to appear before this Court on behalf of Jake Sullivan, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian L. Stekloff.

Date: May 9, 2022                Respectfully submitted,


/s/ William R. Barzee

William R. Barzee
Florida Bar Number 158720
williambarzee@barzeeflores.com
BARZEE FLORES
40 N.W. Third Street, Penthouse One
Telephone: (305) 374-3998

*Attorney for Defendant Jake Sullivan*