UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

       Plaintiff,

v.

HILLARY CLINTON, et al.,

       Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brian L. Stekloff, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Brian L. Stekloff, may appear and participate in this action on behalf of Jake Sullivan.  The Clerk shall provide electronic notification of all electronic filings to Brian L. Stekloff, at bstekloff@wilkinsonstekloff.com.

DONE AND ORDERED in Chambers at West Palm Beach County, Florida, this _____ day of _____, 2022.

                                                   THE HON. DONALD M. MIDDLEBROOKS
                                                   United States District Judge

Copies furnished to: All Counsel of Record