UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

      Plaintiff,

v.

HILLARY CLINTON, et al.,

      Defendants.

_____/

**CERTIFICATION OF SARAH E. NEUMAN**

      Sarah E. Neuman, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of District of Columbia and Maryland bars; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                               /s/ Sarah E. Neuman

                                               Sarah E. Neuman