IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendant.

_____/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT JOHN PODESTA'S MOTION TO DISMISS**

THIS MATTER is before the Court on the Plaintiff, DONALD J. TRUMP's Unopposed Motion for an Extension of Time to Respond to Defendant JOHN PODESTA's Motion to Dismiss.

After having reviewed the Motion, it is hereby **ORDERED and ADJUDGED:**

1. The Motion is hereby GRANTED.

2. The Plaintiff shall be permitted to 1) file an Unopposed Motion for an Extension of Time to Respond to Defendant JOHN PODESTA's Motion to Dismiss. an additional 30 days, until June 20, 2022, or in the alternative 2) to file Responses to Motions to Dismiss or Strike until June 20, 2022, or within 14 days of the filing of any such Motions to Dismiss which are filed by the Defendants, which ever are later.

_____
_____
_____

DONE AND ORDERED at Fort Lauderdale, Florida this ___ day of       May 2022.

                                                                    _____

THE HONORABLE DONALD MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.:    Counsel of record