UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP

    Plaintiff,

v.

HILLARY R. CLINTON et al.,          **Case No.:** 2:22-cv-14102-DMM

    Defendant.
_____/

## DEFENDANT FUSION GPS'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Bean LLC, d/b/a Fusion GPS,[1] pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  May 11, 2022

                                                      By:  */s/* Adam S. Fels
                                                      Adam S. Fels
                                                      **FRIDMAN FELS & SOTO PLLC**
                                                      2525 Ponce de Leon Blvd., Suite 750
                                                      Coral Gables, FL 33134
                                                      afels@ffslawfirm.com

                                                      Tel: 305-569-7701

                                                      Joshua A. Levy (admitted *pro hac vice*)
                                                      Rachel Clattenburg (admitted *pro hac vice*)
                                                      Kevin P. Crenny (admitted *pro hac vice*)
                                                      **LEVY FIRESTONE MUSE LLP**
                                                      900 17th St. NW, Suite 1200
                                                      Washington, D.C. 20006

---

[1] Named in the complaint as Fusion GPS.

jal@levyfirestone.com
rmc@levyfirestone.com
kcrenny@levyfirestone.com

Tel: 202-845-3215
Fax: 202-595-8253

*Counsel for Defendants*
*Fusion GPS, Peter Fritsch, and Glenn Simpson*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served through the Court's electronic filing system on May 11, 2022 to counsel of record.

/s/ Adam S. Fels<br>
Adam S. Fels