UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                     Plaintiff,<br><br>v.<br><br>HILLARY R. CLINTON, et al.,<br><br>                     Defendants. | Case No. 2:22-cv-14102-DMM |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
DEMOCRATIC NATIONAL COMMITTEE AND DNC SERVICES CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Defendants Democratic National Committee ("DNC") and DNC Services Corporation hereby states that the DNC and DNC Services Corporation do not have a parent corporation, and no publicly held corporation owns 10% or more of their stock.

Dated: May 11, 2022               Respectfully submitted,

             By: /s/*Gerald E. Greenberg*
                Gerald Edward Greenberg
                GELBER SCHACHTER & GREENBERG PA
                One Southeast Third Avenue
                Suite 2600
                Miami, FL 33131-1715
                (305) 728-0950
                ggreenberg@gsgpa.com

                Roberta A. Kaplan
                Shawn G. Crowley
                Maximillian L. Feldman
                KAPLAN HECKER & FINK LLP
                350 Fifth Avenue, 63rd Floor
                New York, NY 10118
                212.763.0883
                rkaplan@kaplanhecker.com
                scrowley@kaplanhecker.com
                mfeldman@kaplanhecker.com
                *Admitted Pro Hac Vice*

                *Attorneys for Defendants Democratic National Committee and DNC Services Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, I caused to be filed electronically the foregoing Corporate Disclosure Statement of Defendants Democratic National Committee and DNC Services Corporation using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

By: /s/*Gerald E. Greenberg*
Gerald Edward Greenberg
GELBER SCHACHTER & GREENBERG PA
One Southeast Third Avenue
Suite 2600
Miami, FL 33131-1715
(305) 728-0950
ggreenberg@gsgpa.com