IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, et al.,

        Defendant.

_____/

**ORDER ON PLAINTIFF'S MOTION UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO VARIOUS DEFENDANTS' MOTIONS TO DISMISS**

THIS MATTER is before the Court on the Plaintiff, DONALD J. TRUMP's Motion for an Extension of Time to Respond to Defendants', FUSION GPS, GLENN SIMPSON, PETER FRITSCH, DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, DEBBIE WASSERMAN SCHULTZ, PERKINS COIE, LLC, NELLIE OHR, ROBERT E. MOOK, MICHAEL SUSSMAN, and MARC ELIAS, respective Motions to Dismiss or to file an Amended Complaint, as a matter of course, until June 20, 2022.

After having reviewed the Motion, it is hereby **ORDERED and ADJUDGED:**

For the same reasons articulated in the Court's Orders granting the Plaintiff's respective Motions for Extension of Time to respond to the Defendants HILLARY CLINTON [ECF No. 111] and JOHN PODESTA [ECF No. 148], the subject Motion is **GRANTED**.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this ___ day of May 2022.

2

_____

THE HONORABLE DONALD MIDDLEBROOKS
 UNITED STATES DISTRICT JUDGE

2