UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

          Plaintiff,

v.

HILLARY R. CLINTON, et al.,

          Defendants.

Case No. 2:22-cv-14102-DMM

**NOTICE TO STRIKE**

Undersigned counsel moves to Strike Docket Entry 150, pursuant to Clerk's Notice (DE 152).

Dated: May 17, 2022

Respectfully Submitted

/s/Paola Pinto
Paola Pinto (Florida Bar Number 1013933)
Robert P. Trout *
SCHERTLER ONORATO MEAD & SEARS
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004
Phone: (202) 628-4155
ppinto@schertlerlaw.com
rtrout@schertlerlaw.com

*Admitted *pro hac vice*

*Attorneys for Defendant HFACC, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022, I caused to be filed electronically the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on this matter who are on the CM/ECF system.

/s/ Paola Pinto
Paola Pinto