UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                Plaintiff,<br><br>v.<br><br>HILLARY R. CLINTON, et al.,<br><br>                Defendants. | Case No. 2:22-cv-14102-DMM |

**DEFENDANT HFACC, INC.'S RULE 7.1 DISCLOSURE**

Defendant HFACC, Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 17, 2022

Respectfully Submitted

/s/Paola Pinto
Paola Pinto (Florida Bar Number 1013933)
Robert P. Trout *
SCHERTLER ONORATO MEAD & SEARS
555 13th Street, N.W.
Suite 500 West
Washington, D.C.  20004
Phone: (202) 628-4155
ppinto@schertlerlaw.com
rtrout@schertlerlaw.com

*Admitted *pro hac vice*

*Attorneys for Defendant HFACC, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022, I caused to be filed electronically the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on this matter who are on the CM/ECF system.

/s/ Paola Pinto
Paola Pinto