UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>  v.<br><br>HILLARY R. CLINTON, et al.,<br><br>    Defendants. | Case No. 2:22-cv-14102-DMM<br>Middlebrooks/Reinhart |

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

  In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Samantha L. Southall, Esquire of the law firm of Buchanan Ingersoll & Rooney PC, Two Liberty Place, 50 South 16th Street, Suite 3200, Philadelphia, Pennsylvania 19102, Telephone: (215) 665-8700, for purposes of appearance as co-counsel on behalf of Defendant, NEUSTAR, INC. ("Neustar") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Samantha L. Southall, Esquire to receive electronic filings in this case, and in support thereof states as follows:

  1. Samantha L. Southall, Esquire is not admitted to practice in the Southern District of Florida and is a member in good standing of the Pennsylvania Bar and Eastern District of Pennsylvania.

  2. Movant, Jennifer Olmedo-Rodriguez, Esquire, of the law firm of Buchanan Ingersoll & Rooney PC, One Biscayne, Tower, Two South Biscayne Blvd., Suite 1500, Miami, Florida 33131-1822, Telephone: (305) 347-4080, is a member in good standing of The Florida Bar

and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant hereby consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Samantha L. Southall, Esquire, has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit "A" and a proposed Agreed Order is attached hereto as Exhibit "B".

4. Samantha L. Southall, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Samantha L. Southall, Esquire at email address: samantha.southall@bipc.com.

WHEREFORE, Jennifer Olmedo-Rodriguez, Esquire, moves this Court to enter an Order, allowing Samantha L. Southall, Esquire, to appear before this Court on behalf of Defendant, NEUSTAR, INC., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Samantha L. Southall, Esquire at samantha.southall@bipc.com.

Dated: May 20, 2022                                   Respectfully submitted,

                                              **BUCHANAN INGERSOLL & ROONEY PC**
One Biscayne Tower
2 South Biscayne Blvd., Suite 1500
Miami, Florida 33131
Tel: (305) 347-4080
Fax: (305) 347-4089

By: */s/ Jennifer Olmedo-Rodriquez*
    Jennifer Olmedo-Rodriguez, Esq.
    Flarida Bar No. 605158
    Email: jennifer.olmedo-rodriguez@bipc.com

*Counsel for Defendant Neustar, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by Clerk of Court using CM/ECF, on May 20, 2022, on all counsel or parties of record.

                                               */s/ Jennifer Olmedo-Rodriguez*
                                               BUCHANAN INGERSOLL & ROONEY PC