# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HILLARY R. CLINTON, et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-14102-DMM<br>Middlebrooks/Reinhart |

### CERTIFICATION OF SAMANTHA L. SOUTHALL, ESQUIRE

Samantha L. Southall, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;

(2) I am a member in good standing of Pennsylvania Bar and the Eastern District of Pennsylvania; and

(3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

Dated:  May 20, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Samantha L. Southall*
　　　　　　　　　　　　　　　　　　Samantha L. Southall
　　　　　　　　　　　　　　　　　　PA Bar ID #80709
　　　　　　　　　　　　　　　　　　Email: samantha.southall@bipc.com
　　　　　　　　　　　　　　　　　　Buchanan, Ingersoll & Rooney, PC
　　　　　　　　　　　　　　　　　　Two Liberty Place
　　　　　　　　　　　　　　　　　　50 South 16th Street, Suite 3200
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　Telephone:(215) 665-8700
　　　　　　　　　　　　　　　　　　Facsimile: (215) 665-8760