# EXHIBIT "B"

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                Plaintiff,<br><br>v.<br><br>HILLARY R. CLINTON, et al.,<br><br>                Defendants. | Case No. 2:22-cv-14102-DMM<br>Middlebrooks/Reinhart |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Samantha L. Southall, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Samantha L. Southall, Esquire, may appear and participate in this action on behalf of Defendant, NEUSTAR, INC.  The Clerk shall provide electronic notification of all electronic filings to Samantha L. Southall, Esquire, at samantha.southall@bipc.com

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___ day of _____ 2022.

                                                                                                                     United States District Judge

Copies furnished to:  All Counsel of Record