UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>  Plaintiff,<br><br>  v.<br><br>HILLARY R. CLINTON, et al.,<br><br>  Defendants. | Case No. 2:22-cv-14102- DMM<br>Middlebrooks/Reinhart |

### DEFENDANT NEUSTAR, INC.'S
### MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Neustar, Inc. ("Neustar"), pursuant to Local Rule 7.1(a) and 11.1(d), hereby moves the Court to enter an Order substituting Jennifer Olmedo-Rodriguez, Esq. of Buchanan Ingersoll & Rooney PC as counsel for Neustar and granting leave for Alexandria N. Epps, Esq. of Quilling, Selander, Lownds, Winslett & Moser to withdraw as counsel in this action. In support of its Motion for Substitution of Counsel ("Motion"), Neustar respectfully states as follows:

1. Neustar has requested to substitute Jennifer Olmedo-Rodriguez, Esq., attorney of the law firm Buchanan Ingersoll & Rooney PC, as counsel of record on behalf of Defendant in place of its present counsel of record, Alexandria N. Epps, Esq. of Quilling, Selander, Lownds, Winslett & Moser, and requests that Alexandria N. Epps, Esq. and Quilling, Selander, Lownds, Winslett & Moser be relieved of all further responsibility for representation of Neustar in this matter.

2. Neustar further requests that all future correspondence and pleadings to be served upon Neustar be furnished to Jennifer Olmedo-Rodriguez, Esq. of Buchanan Ingersoll & Rooney, as counsel for Defendant.

BUCHANAN INGERSOLL & ROONEY PC :: One Biscayne Tower :: 2 South Biscayne Boulevard, Suite 1500 :: Miami, FL 33131 :: T 305 347 4080 :: F 305 347 4089

1

**MEMORANDUM OF LAW**

Local Rule 11.1(d) allows an attorney, who has made a general appearance in this case, to withdraw upon receiving written leave of the Court. Prior to seeking leave of the Court, the attorney must give notice to the client and include a current mailing address for the client's new counsel.

Jennifer Olmedo-Rodriguez is an attorney admitted to practice before this Court. Pursuant to Local Rule 11.1(d), the undersigned certifies that Neustar has been provided with notice of this motion and that Neustar consents to the withdrawal and substitution of counsel. Additionally, Plaintiff does not oppose the relief sought herein. No delay in the litigation or prejudice to any party will result from the substitution.

WHEREFORE, Defendant Neustar, Inc. respectfully requests that the Court grant this Motion for Substitution of Counsel, together with such other and further relief this Court deems just and proper.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

I HEREBY CERTIFY that on May 20, 2022, undersigned counsel for Neustar communicated with counsel for all parties via email to confer with respect to the relief requested herein.  As of the filing of the instant Motion, undersigned counsel represents that she has communicated with the following counsel who represent that their clients do not object to the substitution of counsel:

(1) Peter David Ticktin, Esq.; Counsel for Plaintiff;

(2) Stephen P. Barry, Esq.; Counsel for Defendant Michael Sussman; and

(3) Steven Tyrrell, Esq.; Counsel for Defendant Rodney Joffe.

Undersigned counsel will continue working to confirm the position of the remaining Co-Defendants with respect to the relief requested herein and will advise the Court accordingly.

Dated: May 20, 2022                                       Respectfully submitted,

                                                          By: */s/ Jennifer Olmedo-Rodriguez*
                                                              Jennifer Olmedo-Rodriguez
                                                              Florida Bar No. 605158
                                                              BUCHANAN INGERSOLL & ROONEY PC
                                                              2 South Biscayne Blvd., Suite 1500
                                                              Miami, Florida 33131
                                                              Tel: (305) 347-4080
                                                              Fax: (305) 347-4089
                                                              Email: jennifer.olmedo-rodriguez@bipc.com

                                                              *Counsel for Defendant Neustar, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                              */s/ Jennifer Olmedo-Rodriguez*
                                                              BUCHANAN INGERSOLL & ROONEY PC

4856-1137-0015, v. 3