# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| DONALD J. TRUMP ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:22-cv-14102-DMM |
| ) | |
| HILLARY R. CLINTON, ET AL ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |

## DECLARATION OF CHARLES HALLIDAY DOLAN

I, Charles, H. Dolan, declare and affirm as follows pursuant to 28 U.S.C. §1746:

1. My name is Charles H. Dolan. I reside in the Commonwealth of Virginia, in Arlington. I have lived in Virginia since 1986. I have been involved in consulting and public relations activities in the Washington., D.C. area since 1989.

2. I do not own any property in Florida, and never have. I have never resided in Florida.

3. I do not have any business or offices in Florida, nor have I provided any services in Florida. Nor have I solicited business in Florida, at least not in the last ten years.

4. I do not vacation regularly in Florida.

5. I have not traveled to Florida for any reason since at least November 2019, when I visited an aunt who lives just north of Tampa, for a couple of days. Before that, I had visited Florida intermittently over the years for personal reasons, to see my aunt, or to see friends.

6. I have no recollection or record of visiting Florida at any time during 2016.

7. I have reviewed the Complaint in this matter. I did have communications with Igor Danchenko during 2016, as we both discussed potentially doing business together. None of those conversations took place in Florida. Mr. Danchenko lived in the Washington, D.C. area. I had no communications during 2016 with any of the other individual defendants. My communications with Mr. Danchenko primarily related to doing some potential business together, related to Russia and possibly Cyprus, and mostly took place in the Washington, D.C. area. Mr. Danchenko and I did see each other in Russia on two occasions, when we were both there on business.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2022.

Arlington, Virginia.

*[signature]*

Charles Halliday Dolan, Jr