UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE comes before the Court upon Defendant Neustar, Inc.'s Unopposed Motion for Substitution of Counsel (DE 158), filed on May 20, 2022. The Motion represents that Defendant Neustar has requested to substitute Jennifer Olmedo-Rodriguez, Esq., of the law firm Buchanan Ingersoll & Rooney PC, as counsel of record in place of its current counsel of record, Alexandria N. Epps, Esq. of Quilling, Selander, Lownds, Winslett & Moser. (*Id.*). Having considered the Motion, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) Defendant Neustar, Inc.'s Motion to Substitute Counsel (DE 158) is **GRANTED**.

(2) Attorney Alexandria N. Epps of Quilling, Selander, Lownds, Winslett & Moser shall no longer have any responsibility for this matter. The Clerk of Court **SHALL** remove Attorney Alexandria N. Epps from the CM/ECF notification system.

(3) Attorney Jennifer Olmedo-Rodriguez **SHALL** be substituted as counsel of record for Defendant Neustar, Inc.

**SIGNED** in Chambers at West Palm Beach, Florida, this 23rd day of May, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record