UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>                    Plaintiff,<br><br>        v.<br><br>HILLARY R. CLINTON, et al.,<br><br>                    Defendants. | Case No. 2:22-cv-14102-DMM |

**JOINT CONSENT MOTION TO ADJOURN STATUS CONFERENCE**

Plaintiff Donald J. Trump and Defendants Hillary Clinton; Democratic National Committee; HFACC, Inc.; DNC Services Corporation; Perkins Coie, LLC; Michael Sussmann; Marc Elias; Debbie Wasserman Schultz; Jake Sullivan; John Podesta; Robert Mook; Fusion GPS; Peter Fritsch; Glenn Simpson; Nellie Ohr; Igor Danchenko; Neustar, Inc.; and Rodney Joffe hereby move to adjourn the status conference presently scheduled for June 2, 2022.  All defendants expressly reserve any and all defenses, including any objections to the adequacy of service and defenses as to jurisdiction.

In view of the Court's May 4, 2022, paperless order setting a June 2, 2022 status conference "to discuss the scheduling of the Rule 16 conference," counsel for the identified defendants and counsel for plaintiff have conferred and agree that such a conference should not be scheduled until after the disposition of the pending motions to dismiss the complaint and after the disposition of any later filed motions to dismiss (if any) addressing an amended complaint (if any).

Undersigned counsel have conferred with counsel for plaintiff and all counsel for defendants listed above, and obtained consent for this motion.

Dated: May 31, 2022

        Respectfully submitted,

*/s/ David Oscar Markus*
David Oscar Markus

MARKUS/MOSS PLLC
40 NW 3rd Street, PH 1
Miami, FL 33128
Tel.  (305) 379-6667

David E. Kendall*
Katherine M. Turner*
Michael J. Mestitz*

WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
dkendall@wc.com

\* Admitted *pro hac vice*

*Attorneys for Defendant Hillary Rodham Clinton*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, I caused to be filed electronically the foregoing Stipulated Motion to Adjourn Status Conference using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ David Oscar Markus*
David Oscar Markus