AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| DONALD J.  TRUMP, 45th PRESIDENT OF THE UNITED STATES<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>HILLARY R. CLINTON, et al.,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:22-cv-14102-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADAM SCHIFF
777 S Figueroa Street, Suite 4050
Los Angeles, California 90017-5864

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Ticktin, Esquire
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 22, 2022
_____

Select Courthouse



**SUMMONS**

Angela E. Noble
Clerk of Court

s/ Esperanza Buchhorst
_____
Deputy Clerk
U.S. District Courts