UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-14102-Civ-Middlebrooks

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## NOTICE OF RECUSAL

The undersigned Magistrate Judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

Dated at West Palm Beach, Florida this 22nd day of June, 2022.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge William Matthewman.

1

Copies of this Notice shall be served on all pending parties of record by United States Mail. All documents for filing this case shall carry the following case number and designation: 2:22-cv-14102-DMM/WM .

By order of the Court this 22nd day of June 2022.

ANGELA NOBLE
Clerk of Court

*John M. Ditullio*
By: Deputy Clerk