UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

      Plaintiff,

v.

HILLARY R. CLINTON, et al.,

      Defendants.

_____/

## ORDER

On June 21, 2022, Plaintiff Donald J. Trump filed an Amended Complaint. (DE 117). In light of the Amended Complaint, Defendants' currently pending Motions to Dismiss, listed below, are **DENIED AS MOOT**:

- Defendant Hillary Rodham Clinton's Motion to Dismiss (DE 52);

- Defendant John Podesta's Motion to Dismiss (DE 124);

- Defendants Fusion GPS, Glenn Simpson, and Peter Fritsch's Motion to Dismiss (DE 139);

- Defendants Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz's Motion to Dismiss (DE 141);

- Defendant Perkins Coie LLP's Motion to Dismiss (DE 143);

- Defendant Nellie Ohr's Motion to Dismiss (DE 144);

- Defendant Robert E. Mook's Motion to Dismiss (DE 145);

- Defendant Michael Sussmann's Motion to Dismiss (DE 146);

- Defendant Marc Elias's Motion to Dismiss (DE 147);

- Defendant HFACC, Inc.'s Motion to Dismiss (DE 149);

- Defendant Rodney Joffe's Motion to Dismiss (DE 157);

- Defendant Igor Danchenko's Motion to Dismiss (DE 159);

- Defendant Neustar, Inc.'s Motion to Dismiss (DE 160);

- Defendant Charles Halliday Dolan Jr.'s Motion to Dismiss (DE 162);

- Defendant Charles Halliday Dolan Jr.'s Motion to Dismiss (DE 163); and

- Defendant Jake Sullivan's Motion to Dismiss (DE 165).

**SIGNED** in Chambers in West Palm Beach, Florida on this 22nd day of June, 2022.

Donald M. Middlebrooks
United States District Judge

cc:     Counsel of Record