IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION
TO REDACT ADDRESS OF ROD ROSENSTEIN, A FORMER DEPARTMENT OF
JUSTICE EMPLOYEE, FROM THE PUBLIC RECORD**

THIS MATTER is before the Court upon the Plaintiff's Motion to Redact the address of the Defendant, ROD ROSENSTEIN, a Former Department of Justice Employee from the Public Record. Having carefully considered the same, and finding good cause has been shown, it is hereby

ORDERED AND ADJUDGED that the Plaintiff's Motion to Redact the Address of ROD ROSENSTEIN, a former Department of Justice employee from the Public Record is hereby GRANTED.

DONE AND ORDERED at Palm Beach, Florida, this _____ day of June 2022.

                                                          _____
                                                          **UNITED STATES DISTRICT JUDGE**

cc: counsel of record