UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14102-CIV-MIDDLEBROOKS/MATTHEWMAN

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**ORDER OF RECUSAL**

    THIS CAUSE is before the Court *sua sponte*. The undersigned U.S. Magistrate Judge is currently assigned as the paired U.S. Magistrate Judge on this case. The Undersigned certifies that there are no referred, pending motions at the present time. Pursuant 28 U.S.C. § 455 and the Court's Internal Operating Procedures, the undersigned Magistrate Judge recuses himself and refers this matter to the Clerk of the Court for reassignment.

    DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 27th day of June, 2022.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge

In accordance with the Internal Operating Procedures for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge __Alicia O. Valle__.

Copies of this Order shall be served on all pending parties of record by United States Mail. All documents for filing this case shall carry the following case number and designation: __2:22-cv-14102-DMM/AOV__.

Dated this __27th__ day of __June__, 2022.

ANGELA E. NOBLE
Clerk of Court

*John M. Ditullio*

_____
By: Deputy Clerk