UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REDACT

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion to Redact the Address of Rod Rosenstein, a Former Employee of the Department of Justice, from the Public Record, filed on June 27, 2022. (DE 189). Since my first Order granting the United States' Motion to Redact, Plaintiff has, for the third time, filed documents in the court record (namely, a summons) containing sensitive information—this time, the address of Defendant Rod Rosenstein, a former Department of Justice employee. (DE 181-1). Plaintiff now seeks to have this information redacted. (DE 189). For the same reasons explained in my first Order (DE 12), Plaintiff's Motion is granted.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Unopposed Motion to Redact (DE 189) is **GRANTED**.

(2) The Clerk of Court is directed to **STRIKE** and **REMOVE** Docket Entry 181-1 from the record.

(3) Plaintiff **SHALL FILE** a redacted version of the summons in the record **on or before July 1, 2022**.

**SIGNED** in Chambers at West Palm Beach, Florida this 28th day of June, 2022.

Donald M. Middlebrooks
United States District Judge