UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.
_____/

## ORDER REQUIRING STATUS REPORT

THIS CAUSE is before the Court *sua sponte*. The record does not contain executed summonses for Defendants James Comey, Peter Strzok, and Lisa Page. As such, I am unable to determine whether those Defendants have been served and, if so, on what date. Plaintiff is therefore directed to file a Status Report **on or before July 1, 2022** informing the Court of the status of those Defendants. If Plaintiff files any executed summonses as proof of service, **he must redact Defendants' addresses**.

**SIGNED** in Chambers in West Palm Beach, Florida on this 28 day of June, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record

1