AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JAMES COMEY

was received by me on *(date)* 04/01/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Samuel Hendrix , who is designated by law to accept service of process on behalf of *(name of organization)* James Comey on *(date)* 04/01/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/29/2022

*Server's signature*

J.P. Lozano- Legal Assistant
*Printed name and title*

270 SW Natura Avenue
Deerfield Beach, Florida 33441

*Server's address*

Additional information regarding attempted service, etc: