# JP Lozano

**From:** Samuel Hendrix <SLHendrix@fbi.gov>
**Sent:** Friday, April 1, 2022 12:08 PM
**To:** JP Lozano
**Cc:** Peter Ticktin
**Subject:** RE: Donald Trump v. Clinton, Hillary R., et al., Case No.: Case 2:22-cv-14102-DMM

Thank you, Mr. Lozano (and adding Peter Ticktin). This will confirm my receipt of your below email, which attached the complaint, summons to former FBI Director Comey, and civil cover sheet. This will further confirm that I have accepted service on behalf of former FBI Director Comey.

Thanks to both you and Mr. Ticktin.

Samuel L. Hendrix
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, NW
Room 10140
Washington, DC 20535

---

**From:** JP Lozano <jlozano@legalbrains.com>
**Sent:** Friday, April 1, 2022 11:53 AM
**To:** Hendrix, Samuel L. (OGC) (FBI) <SLHendrix@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Donald Trump v. Clinton, Hillary R., et al., Case No.: Case 2:22-cv-14102-DMM

Good morning Mr. Hendrix,
   Attached please find the Complaint and Summons issued on Mr. Comey, I have advised my process server to cease all service on Mr. Comey as you have accepted service on his behalf, I hope this is to your satisfaction.

Best regards,

JP Lozano
Legal Assistant



THE TICKTIN
LAW GROUP
EST. 1991
"The lawyers you want between you and your problems."

The Ticktin Law Group, PLLC
270 SW Natura Avenue | Deerfield Beach, Florida 33441
Phone: (954) 570-6757 | Fax: (954) 418-7120
General Email: jlozano@LegalBrains.com

1