# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 22CV14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**
vs.
Defendant: **HILLARY R. CLINTON, ET AL**



For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of March, 2022 at 7:56 am to be served on **ANDREW MCCABE,** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Sean Gordon, do hereby affirm that on the __5th__ day of __April__, 20__22__ at __2:06p__ .m., executed service by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving __Barbara McCabe__ as __Wife of Andrew McCabe__ who is over the age of 15.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS: (X) YES ( ) NO ( ) REFUSED

MILITARY STATUS: ( ) YES (X) NO ( ) REFUSED

COMMENTS: I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Age __40-50__  Sex M (F)  Race __Caucasian__  Height __5'9"__  Weight __130-170__  Hair __Black__  Glasses Y (N)

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

State/Commonwealth of __VIRGINIA__
[ ] City  [X] County of __PRINCE WILLIAM__

Subscribed and sworn to before me by the affiant who is personally known to me.

_Sean_ (signature)
PROCESS SERVER # __N/A__
Appointed in accordance with State Statutes

_Ballikeep_ (Notary signature)
Notary Public

April 8, 2022 | February 28, 2025 | 7943375
Date | Commission Expires | Reg. No.

Brooke A. Wilcox
Commonwealth of Virginia
Notary Public
Commission No. 7943375
My Commission Exp. 02/28/2025

**Burke Process Service**
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116

Our Job Serial Number: 2022004357

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i