Exhibit "A"

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ROD ROSENSTEIN

was received by me on *(date)*  06/22/2022  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Paul Y. Kiyonaga, Esquire , who is
designated by law to accept service of process on behalf of *(name of organization)*  Rod Rosenstein
_____ on *(date)*  06/28/2022  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/30/2022

_____
Server's signature

J.P. Lozano-Legal Assistant
*Printed name and title*

270 SW Natura Avenue
Deerfield Beach, Florida 33441

*Server's address*

Additional information regarding attempted service, etc:

**JP Lozano**

| | |
|---|---|
| **From:** | Paul Kiyonaga <pkiyonaga@kiyosol.com> |
| **Sent:** | Tuesday, June 28, 2022 12:44 PM |
| **To:** | JP Lozano |
| **Cc:** | dsoltis@kiyosol.com; Anthony Erickson-Pogorzelski; Stephen.Terrell2@usdoj.gov; Jamie Sasson; Alina Habba; Michael T. Madaio; Peter Ticktin |
| **Subject:** | RE: Trump v. Clinton, et al., CASE NO. 22-CV-14102-MIDDLEBROOKS |
| **Categories:** | Green Category |
| **TimeMattersID:** | MAEA1AEDD912A636 |
| **TM Contact:** | Trump, Donald J. |
| **TM Matter No:** | 22-0062 |
| **TM Matter Reference:** | Donald Trump v. Clinton, Hillary, et al., |

Acknowledging receipt of service.

Thank you for the instruction to the process server.

Paul Y. Kiyonaga
Kiyonaga & Soltis, P.C.
1827 Jefferson Place, N.W.
Washington, D.C. 20036
Tel: 202-363-2776
Fax: 202-363-2749
http://www.kiyosol.com

NOTICE:
This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 363-2776) and immediately delete this message and all its attachments.

---

**From:** JP Lozano [mailto:jlozano@legalbrains.com]
**Sent:** Tuesday, June 28, 2022 12:12 PM
**To:** Paul Kiyonaga
**Cc:** dsoltis@kiyosol.com; Anthony Erickson-Pogorzelski; Stephen.Terrell2@usdoj.gov; Jamie Sasson; Alina Habba; Michael T. Madaio; Peter Ticktin
**Subject:** Trump v. Clinton, et al., CASE NO. 22-CV-14102-MIDDLEBROOKS

Good afternoon Mr. Kiyonaga,
    Attached please find the Summons on Mr. Rosenstein and the Amended Complaint, I have instructed our process server to cease all attempts of service on Mr. Rosenstein, as you have agreed to accept electronic service on his behalf.


Best regards,

1