AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ADAM SCHIFF**

was received by me on *(date)* **06/22/2022**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Douglas Letter, Esquire**, who is designated by law to accept service of process on behalf of *(name of organization)* **Adam Schiff** on *(date)* **06/28/2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **06/30/2022**

_____
Server's signature

**J.P. Lozano-Legal Assistant**
Printed name and title

270 SW Natura Avenue
Deerfield Beach, Florida 33441

Server's address

Additional information regarding attempted service, etc:

**JP Lozano**

| | |
|---|---|
| **From:** | Letter, Douglas <Douglas.Letter@mail.house.gov> |
| **Sent:** | Tuesday, June 28, 2022 8:08 PM |
| **To:** | JP Lozano |
| **Cc:** | Tatelman, Todd; Alina Habba; Michael T. Madaio; Peter Ticktin; Jamie Sasson |
| **Subject:** | RE: Trump v. Clinton, No. 2:22-cv-14102 DMM (SD Fl) |
| **Categories:** | Green Category |
| **TimeMattersID:** | M9587AEDE9198472 |
| **TM Contact:** | Letter, Douglas N. |
| **TM Matter No:** | 22-0062 |
| **TM Matter Reference:** | Donald Trump v. Clinton, Hillary, et al., |

Thank you. As I indicated in my prior emails, I am authorized to and willing to accept service of process for Congressman Adam Schiff by these electronic means. Under Federal Rule of Civil Procedure 4(i), you still are required by law to serve the US Atty for the Southern District of Florida, and the U.S. Attorney General, as provided for by that rule. The time to respond to the complaint does not begin to run until those tasks are accomplished.

**From:** JP Lozano <jlozano@legalbrains.com>
**Sent:** Tuesday, June 28, 2022 9:34 AM
**To:** Letter, Douglas <Douglas.Letter@mail.house.gov>
**Cc:** Tatelman, Todd <Todd.Tatelman@mail.house.gov>; Alina Habba <ahabba@habbalaw.com>; Michael T. Madaio <mmadaio@habbalaw.com>; Peter Ticktin <pt@legalbrains.com>; Jamie Sasson <jsasson@legalbrains.com>
**Subject:** RE: Trump v. Clinton, No. 2:22-cv-14102 DMM (SD Fl)

Good morning Mr. Letter,
   Attached please find the Summons on Mr. Schiff and the Amended Complaint, I have instructed our process servicer to cease all attempts of service on Mr. Schiff, as you have agreed to accept service on his behalf.


Best regards,


JP Lozano
Legal Assistant



THE TICKTIN
LAW GROUP
EST. 1991
"The lawyers you want between you and your problems."

*The Ticktin Law Group, PLLC*
*270 SW Natura Avenue | Deerfield Beach, Florida 33441*
*Phone: (954) 570-6757 | Fax: (954) 418-7120*
*General Email: jlozano@LegalBrains.com*

**From:** Letter, Douglas <Douglas.Letter@mail.house.gov>
**Sent:** Thursday, June 23, 2022 10:15 PM

1