UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

          Plaintiff,

v.

HILLARY R. CLINTON, et al.,

          Defendants.

Case No. 2:22-cv-14102-DMM

**PROPOSED JOINT STIPULATION REGARDING
RESPONSE TIME TO AMENDED COMPLAINT**

Defendant Hillary Rodham Clinton and Plaintiff Donald J. Trump jointly request approval by the Court of the dates set out below for the submission of responses to the Amended Complaint, filed on June 21, 2022. The twenty three non-federal defendants are attempting, insofar as possible, to consolidate their responses.

Defendants' responses to Amended Complaint: July 27, 2022

Plaintiff's response(s): September 8, 2022

Defendants' replies: September 29, 2022

Plaintiff has authorized the filing of this joint motion.

    Respectfully submitted,

    */s/ David Oscar Markus*
    David Oscar Markus
    MARKUS/MOSS PLLC
    40 NW 3rd Street, PH 1
    Miami, FL 33128
    Tel.  (305) 379-6667

    David E. Kendall*
    Katherine M. Turner*
    Michael J. Mestitz*

    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street N.W.
    Washington, DC 20005
    Tel: (202) 434-5000
    Fax: (202) 434-5029
    dkendall@wc.com

    * Admitted *pro hac vice*

    *Attorneys for Defendant Hillary Rodham Clinton*