UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

Case No. 2:22-cv-14102-DMM

**ORDER ON JOINT STIPULATION REGARDING
RESPONSE TIME TO AMENDED COMPLAINT**

This matter is before the Court on Defendant Hillary Rodham Clinton and Plaintiff Donald J. Trump's joint request that the Defendants' responses to the Amended Complaint shall be filed no later than July 27, 2022. The Plaintiff's response shall be filed no later than September 8, 2022, and Defendants' replies by September 29, 2022.

Done and Ordered this ___ day of _____, 2022.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE