UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.
_____/

## ORDER ON THE PARTIES' PROPOSED JOINT STIPULATION REGARDING RESPONSE TIME TO AMENDED COMPLAINT

The Parties have filed a Proposed Joint Stipulation Regarding Response Time to Amended Complaint. (DE 199). In the Stipulation, they propose that I set Defendants' deadline to respond to the Amended Complaint as July 27, 2022; Plaintiff's deadline to respond as September 8, 2022; and Defendants' deadline to reply as September 29, 2022. In support, the Parties represent that "[t]he twenty-three non-federal defendants are attempting, insofar as possible, to consolidate their responses."

Motions for extension of time must establish good cause supported by specific facts. While I appreciate Defendants' efforts to streamline the briefing in this matter, these efforts do not constitute good cause to extend the response deadlines. This case has been pending for several months already, and it is in the interest of both the Parties and this Court to resolve it as expeditiously as possible. Moreover, Plaintiff's Amended Complaint did not significantly alter the allegations as to most Defendants, and the arguments in support of dismissal of the Amended Complaint should therefore be substantially similar to the arguments in support of dismissal of Plaintiff's original Complaint. As such, I am strongly disinclined to further extend any deadlines.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Parties' Proposed Joint Stipulation (DE 199) is **DENIED**.

**SIGNED** in Chambers in West Palm Beach, Florida on this 30 day of June, 2022.

Donald M. Middlebrooks
United States District Judge