## VERIFIED RETURN OF SERVICE

State of Florida          County of          U.S. District Court

Case Number: 2:22-CV-14102-DMM


BII2022008907

Plaintiff:
**DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant:
**HILLARY R. CLINTON, ET AL**

For:
Peter Ticktin, Esq.
The Ticktin Law Group
270 S.W. Natura Avenue
Deerfield Beach, FL 33441

Received by Burke Process Service on the 22nd day of June, 2022 at 4:37 pm to be served on **NEUSTAR SECURITY SERVICES, 45980 CENTER OAK PLAZA, STERLING, VA 20166**.

I, Process Server VA LLC, being duly sworn, depose and say that on the **29th day of June, 2022** at **2:00 pm**, I:

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Action and Amended Complaint for Damages and Demand for Trial by Jury** with the date and hour of service endorsed thereon by me, to: **RAJINDER GILL** as **SECURITY GUARD**, employed therein and authorized to accept service for **NEUSTAR SECURITY SERVICES**, at the address of: **45980 CENTER OAK PLAZA, STERLING, VA 20166**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 5'9, Weight: 155, Hair: GREY, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2). I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Courtney Adams

Subscribed and Sworn to before me on the 30th day of June, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Scott K. Balwin, Jr.
NOTARY PUBLIC
REG. #7838071
MY COMMISSION EXPIRES
12/31/2023
COMMONWEALTH OF VIRGINIA

Burke Process Service
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116

Our Job Serial Number: BII-2022008907
Ref: 22-0062

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k