UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

        Plaintiff,

   v.

HILLARY R. CLINTON, et al.,

        Defendants.

Case No. 2:22-cv-14102-DMM

### MICHAEL BOSWORTH'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHAEL SUSSMAN

Attorney Michael Bosworth moves for leave to withdraw as counsel of record for Defendant Michael Sussman in this case. Mr. Sussman will continue to be represented by attorneys at the law firms of Latham & Watkins LLP and Colson Hicks Eidson, P.A., whose mailing addresses are provided below. Per Local Rules 7.1(a)(3) and 11.1(d)(3), notice was provided to Mr. Sussman and counsel for Plaintiff Donald J. Trump, and the undersigned is authorized to represent that neither oppose this motion.

Date July 1, 2022.

    Respectfully submitted,

    By: */s/ Roberto Martínez*

    **COLSON, HICKS, EIDSON, P.A.**

    Roberto Martínez (Florida Bar No. 305596)
    bob@colson.com
    Zachary Lipshultz (Florida Bar No. 123594)
    zach@colson.com

255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
(305) 476-7400

**LATHAM & WATKINS LLP**

Sean M. Berkowitz*
sean.berkowitz@lw.com
330 N. Wabash, Suite 2800
Chicago, IL 60611
(312) 876-7700

Michael S. Bosworth*
michael.bosworth@lw.com
1271 Avenue of the Americas
New York, NY 10020
(212) 916-1221

Stephen P. Barry*
stephen.barry@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Michael F. Houlihan*
michael.houlihan@lw.com
200 Clarendon Street
Boston, MA 02116
(617) 880-4642

*Admitted pro hac vice*

Attorneys for Defendant Michael Sussmann

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court. I also certify that the foregoing document is being served this 1 July 2022, on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                By: s/ Roberto Martínez
                                                        Roberto Martínez