UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>  v.<br><br>HILLARY R. CLINTON, et al.,<br><br>    Defendants. | Case No. 2:22-cv-14102-DMM |

**[PROPOSED] ORDER GRANTING MICHAEL
BOSWORTH'S UNOPPOSED MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL FOR DEFENDANT MICHAEL SUSSMAN**

  Before the Court is attorney Michael Bosworth's unopposed motion to withdraw as at counsel for Defendant Michael Sussman. (the "Motion," ECF No. ___.) The Motion is **GRANTED**. The **Clerk of Court** is instructed to terminate Michael Bosworth as counsel of record in this case.

  **DONE AND ORDERED**, in chambers, at West Palm Beach, Florida, on July ___, 2022.

                          Donald M. Middlebrooks
                          United States District Judge