UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY RODHAM CLINTON, et al.,

        Defendants.

Case No. 2:22-cv-14102-DMM

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Hillary Rodham Clinton, on behalf of Defendants, respectfully requests a two-week and one day extension of time to respond to Plaintiff's Amended Complaint, until July 20, for the following reasons:

1) Plaintiff filed his Amended Complaint on June 21, which added 85 pages and three Defendants, making it 193 pages long against 31 named defendants.

2) At the June 2, 2022 status conference, Judge Reinhart urged the Defendants to find "a more efficient way for everybody to make their arguments and present their issues to the Court without filing 15 separate motions." T. 21.

3) On June 23, this Court entered an order advising the Defendants that they may readopt their prior Motions to Dismiss and that to the extent Defendants seek to raise "the same arguments," they are encouraged to consolidate their responses "where appropriate."

1

4) The twenty-three non-federal Defendants (all the Defendants except James Comey, Peter Strzok, Lisa Page, Bruce Ohr, Andrew McCabe, Kevin Clinesmith, Rod Rosenstein and Adam Schiff) are engaged in discussions as to how to file a consolidated Rule 12(b)(6) motion to dismiss which will adequately respond to all the claims in the Amended Complaint and avoid filing twenty-three separate motions (which could total 460 pages). The many experienced lawyers involved are working hard to submit to the Court a streamlined motion, which should save the Court and counsel time. A short two-week continuance will give adequate time for all counsel to give appropriate consideration and input.

5) The intervening July 4th holiday has complicated communications among counsel.

6) The extension date requested, July 20, is the date that newly added defendant Neustar Security Services is required to respond to the Amended Complaint, so this extension will assure that all non-federal Defendants are aligned in responding to the Amended Complaint.

7) Plaintiff does not oppose this extension request.

Respectfully submitted,

*/s/ David Oscar Markus*
David Oscar Markus
MARKUS/MOSS PLLC
40 NW 3rd Street, PH 1
Miami, FL 33128
Tel.  (305) 379-6667

David E. Kendall*
Katherine M. Turner*
Michael J. Mestitz*

WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
dkendall@wc.com

* Admitted *pro hac vice*

*Attorneys for Defendant Hillary Rodham Clinton*