UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY RODHAM CLINTON, et al.,

        Defendants.

Case No. 2:22-cv-14102-DMM

**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

This matter is before the Court on Defendant Hillary Rodham Clinton's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint and

After due consideration, the motion is GRANTED. The Response will be filed no later than _____.

Done and Ordered this \_\_\_ day of _____, 2022.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE