UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff

v.

HILLARY R. CLINTON, *et al.*,

    Defendants.

_____/

## [PROPOSED] ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT

Before the Court is non-party United States' motion for an enlargement of time to respond to the Amended Complaint (ECF No. 177), filed on behalf of current and former federal employee defendants James Comey, Andrew McCabe, Peter Strzok, Lisa Page, Kevin Clinesmith, Bruce Ohr, Rod Rosenstein, and Adam Schiff.  Upon review of the same, and for good cause shown, the motion is GRANTED.

It is ORDERED that the responsive pleading deadline for James Comey, Andrew McCabe, Peter Strzok, Lisa Page, Kevin Clinesmith, Bruce Ohr, Rod Rosenstein, and Adam Schiff shall be the later of:

    (1)    September 6, 2022; or

    (2)    the latest deadline per Rule 12(a)(3) for any of the identified defendants to respond to the Amended Complaint.

All identified federal defendants will have the same responsive pleading deadline.

IT IS SO ORDERED.

Dated: _____          _____
                                         Donald M. Middlebrooks
                                         United States District Judge