UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE comes before the Court on Michael Bosworth's Unopposed Motion for Leave to Withdraw as Counsel for Defendant Michael Sussman, filed on July 1, 2022. (DE 202). The Motion explains that Mr. Sussman will continue to be represented by attorneys at the law firms of Latham & Watkins LLP and Colson Hicks Eidson, P.A. The Court having considered the Motion and for good cause having been shown, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Attorney Michael Bosworth's Unopposed Motion for Leave to Withdraw as Counsel for Defendant Michael Sussman (DE 202) is **GRANTED**.

2. Attorney Michael Bosworth shall no longer have any responsibility for this matter. Defendant Michael Sussman will continue to be represented by attorneys at the law firms of Latham & Watkins LLP and Colson Hicks Eidson, P.A.

**SIGNED** in Chambers in West Palm Beach, Florida this 1st day of July, 2022.

Donald M. Middlebrooks
United States District Judge