UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS/VALLE

DONALD J. TRUMP

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

### ORDER OF RECUSAL AND REASSIGNMENT

The undersigned Magistrate Judge, to whom the above-styled case has been assigned, hereby recuses herself pursuant to 28 U.S.C. § 455 and the Code of Judicial Conduct, and refers the case to the Clerk of Court for reassignment.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on July 1, 2022.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States Magistrate Judge __Jared M. Strauss__.

All documents for filing in this case shall carry the following case number and designation: 22-CV-14102-MIDDLEBROOKS/STRAUSS.

By Order of Court this __1st__ day of July.

        ANGELA E. NOBLE
        Clerk of Court
        By:

        /s/ Bryan J. McGuinness
        Deputy Clerk

Copies furnished to:
Donald M. Middlebrooks U.S. District Judge
Alicia O. Valle, U.S. Magistrate Judge
All Counsel of Record