UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-DMM

**DONALD J. TRUMP,**

    Plaintiff,

v.

**HILLARY R. CLINTON,** *et al.*,

    Defendants.

_____/

**ORDER OF RECUSAL**

    The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Internal Operating Procedure 2.16.00 for the Southern District of Florida.

    DATED in Fort Lauderdale, Florida, this 1st day of July 2022.

*[signature: Jared Strauss]*

**Jared M. Strauss**
**United States Magistrate Judge**

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge <u>Patrick M. Hunt</u>.

Copies of this Notice shall be served on all pending parties of record in accordance with CM/ECF Administrative Procedures.

By Order of the Court this ___1st___ day of July 2022.

ANGELA E. NOBLE
Clerk of Court

/s/ Bryan J. Mc Guinness

By: Deputy Clerk

Copies to:

Donald M. Middlebrooks, United States District Judge
Jared M. Strauss, United States Magistrate Judge

Patrick M. Hunt , United States Magistrate Judge
All Counsel of Record and/or Pro Se Parties