UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## ORDER GRANTING IN PART NON-PARTY UNITED STATES' MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court on non-party United States' Motion for Enlargement of Time, filed on July 1, 2022. (DE 205). The United States requests a 63-day extension of the deadline for the former and current federal employee Defendants—James Comey, Andrew McCabe, Peter Strzok, Lisa Page, Kevin Clinesmith, Bruce Ohr, Rod Rosenstein, and Adam Schiff—to respond to Plaintiff's Amended Complaint. (DE 177). The United States represents that such an extension is warranted to provide the Department of Justice with additional time to review the Westfall Act certification requests it has received and anticipates it will receive in the future.

With respect to the Defendants that were included in Plaintiff's original Complaint—Defendants Comey, McCabe, Strzok, Page, Clinesmith, and Bruce Ohr (the "Original Federal Defendants")—I do not find good cause for a 63-day extension. This action has been pending for several months now, and both the Original Federal Defendants and the United States have had over sixty days to determine how to proceed. However, in the interest of setting a uniform response deadline with the other Defendants in this action, I will grant the Motion in part and extend the deadline for the Original Federal Defendants to respond to the Complaint to **July 14, 2022**. The

Motion is denied as to Defendants Rosenstein and Schiff, who shall respond within the time period provided for in Rule 4(i)(1)(A)(i).

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The United States' Motion for Enlargement of Time (DE 205) is **GRANTED IN PART**. It is granted insofar as the deadline for the Original Federal Defendants to respond to the Amended Complaint (DE 177) is extended to **July 14, 2022**. It is denied in all other respects.

**SIGNED** in Chambers at West Palm Beach, Florida this 5th day of July, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record