IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

       Plaintiff,

v.

HILLARY R. CLINTON, et al.,

       Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO REDACT THE NOTICE OF FILING PROPOSED SUMMONS ON
<u>ROD ROSENSTEIN</u>**

THIS MATTER is before the Court upon the Plaintiff's Unopposed Motion to Redact the Notice of Filing Proposed Summons on the Defendant, ROD ROSENSTEIN, (D.E. 179) a Former Department of Justice Employee from the Public Record.  Having carefully considered the same, and finding good cause has been shown, the Plaintiff's Motion is granted.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Plaintiff's Unopposed Motion to Redact the Notice of Filing Proposed Summons on the Defendant, ROD ROSENSTEIN, (D.E. 179) is **GRANTED**.

2. The Clerk of Court is Directed to **STRIKE** and **REMOVE** Docket Entry 179 from the record.

DONE AND ORDERED at Palm Beach, Florida, this _____ day of July 2022.

_____
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record