UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS/HUNT

DONALD J. TRUMP,

Plaintiff,

v.

HILLARY R. CLINTON, et al.,

Defendants.

## NOTICE OF ATTORNEY APPEARANCE

James E. Gillenwater, Esq., of the law firm of Greenberg Traurig, P.A., serves this Notice of Appearance as counsel for Defendant, Neustar Security Services in the above-styled matter. Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Dated: July 9, 2022

Respectfully submitted,

/s/ *James E. Gillenwater*
JAMES E. GILLENWATER
Florida Bar No. 1013518
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: gillenwaterj@gtlaw.com
         collazoe@gtlaw.com
         flservice@gtlaw.com

*Attorneys for Neustar Security Services*