UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-CV-14102-MIDDLEBROOKS/HUNT

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendants Perkins Coie, LLP ("Perkins"), Rodney Joffe ("Joffe"), Neustar, Inc. ("Neustar"), and Charles Halliday Dolan, Jr. ("Dolan") (collectively, "the Moving Defendants"), pursuant to Local Rule 7.1(c)(2), move the Court for leave to exceed the page limit provided in the Local Rules for the Motion to Dismiss Plaintiff's First Amended Complaint that the Moving Defendants intend to file jointly with the other non-federal defendants who have been served to date.[1] In support, the Moving Defendants state:

    1.    On March 24, 2022, plaintiff Donald Trump ("Plaintiff") filed his initial Complaint with twenty-eight (28) named defendants. *See* [ECF No. 1]. Defendants filed 15 separate motions to dismiss totaling hundreds of pages. Thereafter, on June 21, 2022, Plaintiff filed the First Amended Complaint. *See* [ECF No. 177].

---

[1] Perkins anticipates that the former federal officials and agents named as defendants will file separate briefing.

2. The First Amended Complaint is 185 pages long—approximately 80 pages longer than the initial Complaint—and includes 31 named defendants, not including unidentified John Does and ABC Corporations. Although the allegations as to most defendants were not drastically altered from the initial Complaint, there are nevertheless additional defendants and issues to address in the defendants' moving papers. Twenty-one (21) served non-federal defendants, intend to file a joint Motion to Dismiss the First Amended Complaint on July 14, 2022 (the "Joint Motion to Dismiss"). The motion will respond to all claims in the First Amended Complaint asserted against these defendants and obviate the need for 21 separate motions totaling up to 420 pages.

3. Under Southern District of Florida Local Rule 7.1(c)(2), an incorporated memorandum of law for a motion shall not exceed twenty (20) pages absent prior approval from the Court. Due to the length and complexity of the First Amended Complaint, including the number of defendants filing a joint motion to dismiss, the 21 served non-federal defendants respectfully request thirty-five (35) additional pages for their Joint Motion to Dismiss to adequately address the legal defects in the First Amended Complaint. While these defendants acknowledge that the requested enlargement is more than twice the length of a normal memorandum of law, this proposed streamlined 55-page motion will be far shorter than these defendants filing separate (and unnecessarily duplicative) motions, and will help reduce costs and conserve judicial resources in this action.

4. In addition, defendants Joffe, Neustar, and Dolan, who will join in the Joint Motion to Dismiss, respectfully seek permission to file individual, supplemental motions to dismiss that shall not exceed five (5) pages each. Those individual, supplemental motions shall address issues that are unique to them, namely lack of personal jurisdiction under Rule 12(b)(2), or that are potentially adverse to another defendant.

5. This Motion is filed in good faith and not for any dilatory purpose, and Plaintiff will not be prejudiced by this request, as evidenced by his consent to the requested relief.

WHEREFORE, the Moving Defendants respectfully request that this Court grant this Unopposed Motion for Leave to Exceed Page Limit in Defendants' Motion to Dismiss First Amended Complaint, extending the page limit for the 21 served non-federal defendants' impending Joint Motion to Dismiss by 35 pages so as not to exceed 55 pages total (exclusive of the title page preceding the first page of text, table of contents, table of citations, any "request for hearing" section, exhibits, signature pages, certificate of good faith conference, and certificate of service), granting permission for defendants Joffe, Neustar, and Dolan to file individual, supplemental motions to dismiss that shall not exceed five (5) pages each, and granting such other relief it deems just and proper.

### **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that they have conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in this motion, and Plaintiff agrees to the relief requested.

Dated: July 11, 2022.

        Respectfully submitted,

        *s/ Eleni Kastrenakes Howard*
        Eleni Kastrenakes Howard (Fla. Bar No. 73073)
        AKERMAN LLP
        777 South Flagler Drive
        Suite 1100, West Tower
        West Palm Beach, FL  33401
        Telephone: (561) 653-5000
        Fax: (561) 659-6313
        eleni.kastrenakeshoward@akerman.com
        luke.bovat@akerman.com
        claudia.rodriguez@akerman.com

Howard J. Harrington (Fla. Bar No. 118719)
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Tel: (904) 798-3700
Fax: (904) 798-3730
jay.harrington@akerman.com
susan.scott@akerman.com

*Counsel for Defendant Perkins Coie LLP*

s/ Samantha L. Southall_____
Samantha L. Southall (admitted *pro hac vice*)
Pennsylvania Bar No. 80709
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Tel: (215) 665-8700
Fax (215) 667-8760
samantha.southall@bipc.com

Jennifer Olmedo-Rodriguez (Fla. Bar No. 605158)
BUCHANAN INGERSOLL & ROONEY PC
2 South Biscayne Blvd., Suite 1500
Miami, Florida 33131
Tel: (305) 347-4080
Fax: (305) 347-4089
jennifer.olmedo-rodriguez@bipc.com

*Counsel for Defendant Neustar, Inc.*

/s/ Edward Soto_____
Edward Soto (Fla. Bar No. 0265144)
**WEIL GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Tel: (305) 577-3100
Fax: (305) 374-7159

Steven A. Tyrrell *(admitted pro hac vice)*
**WEIL GOTSHAL & MANGES LLP**
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
Tel: (202) 682-7000
Fax: (202) 857-0940

*Attorneys for Rodney Joffe*

4

/s/ *Jonathan Edward Levine*
Jonathan Edward Levine (FBN 937711)
LEVINE & ASSOCIATES, PLLC
5311 Lee Highway
Arlington, VA 22207
Tel: (703) 525-2669

George R.A. Doumar (admitted *pro hac vice*)
MAHDAVI, BACON,
HALFHILL & YOUNG PLLC
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
Tel: (703) 352-1300

*Attorneys for Charles Halliday Dolan, Jr.*