UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS/HUNT

DONALD J. TRUMP,

Plaintiff,

v.

HILLARY R. CLINTON et al.,

Defendants.

### CERTIFICATION OF JOHN M. MCNICHOLS

John M. McNichols, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the D.C., Maryland, and Virginia bars, as well as numerous federal courts; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

John M. McNichols