UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS/HUNT

DONALD J. TRUMP,

Plaintiff,

v.

HILLARY R. CLINTON et al.,

Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Allison S. Eisen of the law firm of Williams & Connolly LLP, 680 Maine Ave., S.W., Washington, DC 20024; (202) 434-5000, for purposes of appearance as co-counsel on behalf of Neustar Security Services in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Allison S. Eisen to receive electronic filings in this case, and in support thereof states as follows:

1. Allison S. Eisen is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York bar, as well as numerous federal courts.

2. Movant, James E. Gillenwater, of the law firm of Greenberg Traurig, P.A., 333 SE 2nd Ave. Suite 4400, Miami, Florida 33131; (305) 579-0767, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Allison S. Eisen has made payment of this Court's admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Allison S. Eisen, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Allison S. Eisen at email address: AEisen@wc.com.

WHEREFORE, James E. Gillenwater, moves this Court to enter an Order for Allison S. Eisen, to appear before this Court on behalf of Neustar Security Services, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Allison S. Eisen.

Dated: July 12, 2022                                         Respectfully submitted,

*/s/ James E. Gillenwater*
James E. Gillenwater (Bar No. 1013518)
GREENBERG TRAURIG, P.A.
333 SE 2nd Ave., Suite 4400
Miami, FL 33131
Telephone: (305) 579-0767
Fax: (305) 579-0717
gillenwaterj@gtlaw.com