## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 2:22-CV-14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant: **HILLARY R. CLINTON, ET AL**


BII2022009125

For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of June, 2022 at 3:21 pm to be served on **LISA PAGE,** ~~████████████~~, I, ___Paul___ ___Koch___, do hereby affirm that on the __7th__ day of ___July___, 20_22_ at _7_ : _48a_.m., executed service by delivering a true copy of the **Summons in a Civil Action, Amended Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____ who is over the age of 15.

( ) CORPORATE SERVICE: By serving _____ as
_____.

( ) POSTED SERVICE: After attempting service on ____/____ at _____ and on ____/____ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS: ( ) YES ( ) NO (X) REFUSED

MILITARY STATUS: ( ) YES (X) NO ( ) REFUSED

COMMENTS:_____
_____
_____
_____

Age 40-50   Sex M (F)   Race _Caucasian_   Height _5'8"_   Weight _150-160_   Hair _Black_   Glasses Y (N)

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

State/Commonwealth of        **VIRGINIA**

[ ] City   [X] County of   **PRINCE WILLIAM**

*Subscribed and sworn to before me by the affiant who is peronsally known to me.*

Notary Public

| July 7, 2022 | October 31, 2023 | 173948 |
|---|---|---|
| Date | Commission Expires | Reg. No. |

PROCESS SERVER # 1065397
Appointed in accordance with State Statutes

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: 2022009125

Charles T. Proffitt
Commonwealth of Virginia
Notary Public
Commission No. 173948
My Commission Exp.10/31/2023