UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

      Plaintiff,

v.

HILLARY R. CLINTON, *et al.*,

      Defendants.

_____/

## DECLARATION OF DEBORAH A. CRUM

I, Deborah A. Crum, declare as follows:

1.     I am employed by the Federal Bureau of Investigation (FBI) as a Supervisory Paralegal Specialist, currently assigned as the Unit Chief of the Discovery Unit (DU), Litigation and Technology Management Section, Litigation Branch, Office of the General Counsel (OGC), located in Washington, D.C.  I have served in this capacity from approximately September, 2010 to present.  I have been employed by the FBI since April, 1990.

2.     The statements contained in this declaration are based upon my personal knowledge, review and consideration of documents available to me in my official capacity, discussions with OGC counsel involved with this matter, and on information obtained from other FBI employees.

3.     I have access to the records contained in the FBI's Central Records System (CRS). I am also personally familiar with the FBI records maintenance and retrieval system.

4.     The records in the CRS include administrative claims submitted to the FBI under the Federal Tort Claims Act.  All administrative claims submitted to the FBI are indexed into the CRS.  Once indexed, a record of an administrative claim is retrievable through a search of the

general indices to the CRS.  In short, the CRS is the official system of records for all investigative, administrative, and official business of the FBI.

5.      The CRS enables the FBI to maintain information that it has acquired in the course of fulfilling its mandated law enforcement responsibilities. The records maintained here consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes.  Searching the CRS is the means by which the FBI can determine what retrievable information, if any, the agency may have in its files on a particular subject matter or individual.

6.      The DU is responsible for locating, reviewing, and processing for release any and all responsive materials which pertain to litigation and administrative matters in which the FBI is either directly or indirectly involved.

7.      I oversee the paralegals of the DU.  At my direction, a diligent search of the general indices to the CRS was conducted on July 8, 2022.  This search of the CRS did not locate any administrative claim submitted by or on behalf of the Plaintiff Donald Trump directly to the FBI.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed this *13*ᵗʰ day of July 2022.

Deborah A. Crum
Unit Chief
Discovery Unit
Office of the General Counsel
Federal Bureau of Investigation
Washington, D.C.

2