UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,                )
                                )
Plaintiff,                      )
                                )
v.                              )
                                )   Case No. 2:22-cv-14102-DMM
                                )
HILLARY R. CLINTON, ET AL.,     )
                                )
                                )
Defendants.                     )
                                )

## SECOND DECLARATION OF CHARLES DOLAN

I, Charles H. Dolan, declare and affirm as follows pursuant to 28 U.S.C §1746:

1. My name is Charles H. Dolan. I reside in the Commonwealth of Virginia, in Arlington. I have lived in Virginia since 1986.

2. I do not own any property in New York, and never have. I have never resided in New York.

3. I do not have any business or offices in New York, nor have I provided any services in New York. Nor have I solicited business in New York, as least not in the last ten years.

4. I do not vacation regularly in New York.

5. I was previously identified in the initial complaint as a former Chairman of the DNC. That was utterly false and just plain uninformed. The Amended Complaint now identifies me as the former Chairman of a national Democratic political organization. That is also not true. I am also identified in the Amended Complaint as a senior Hillary Clinton for President campaign official. That is utterly false and just plain uninformed by the plaintiff and his attorneys. The fact of the matter is that my involvement in the 2016 campaign was as a volunteer knocking on doors in New Hampshire for the last week of the campaign.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2022.

Arlington, Virginia.

Charles Halliday Dolan, Jr.