# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 2:22-CV-14102-DMM

Plaintiff: **DONALD J. TRUMP, 45TH PRESIDENT OF THE UNITED STATES**

vs.

Defendant: **HILLARY R. CLINTON, ET AL**



For: Peter Ticktin, Esq.
The Ticktin Law Group

Received by Burke Process Service on the 28th day of June, 2022 at 3:21 pm to be served on **PETER STRZOK,** ████████████████████████, **Patrice Rehrig**, do hereby affirm that on the __2nd__ day of __July__, 20__22__ at __2 : 26 pm__., executed service by delivering a true copy of the **Summons in a Civil Action, Amended Complaint for Damages and Demand for Jury Trial and Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ who is over the age of 15.

( ) CORPORATE SERVICE: By serving _____ as _____.

(X) POSTED SERVICE: After attempting service on __06 / 29 / 22__ at __3:45 pm__ and on __06 / 30 / 22__ at __7:39 pm__ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

MARITAL STATUS: ( ) YES ( ) NO ( ) REFUSED

MILITARY STATUS: ( ) YES ( ) NO ( ) REFUSED

COMMENTS:_____

**Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found) as allowed by VIRGINIA Code § 8.01-296 (2)(b).**

Age ____ Sex M F  Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).
I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served.

State/Commonwealth of VIRGINIA

[ ] City  [X] County of PRINCE WILLIAM

Subscribed and sworn to before me by the affiant who is peronsally known to me.

Notary Public

July 7, 2022    October 31, 2023    173948
Date            Commission Expires   Reg. No.

Patrice Rehrig • Private Process Server
PROCESS SERVER # ____N/A____
Appointed in accordance with State Statutes

Burke Process Service
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116

Our Job Serial Number: 2022009126

Charles T. Proffitt
Commonwealth of Virginia
Notary Public
Commission No. 173948
My Commission Exp: 10/31/2023