UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff

v.

HILLARY R. CLINTON, *et al.*,

    Defendants.

_____/

**UNITED STATES' NOTICE OF RECEIPT OF SERVICE OF SUMMONSES AND AMENDED COMPLAINT**

The United States hereby provides notice that plaintiff effectuated personal service on Representative Adam Schiff on June 22, Affidavit of Service (ECF No. 198), and on Rod Rosenstein on June 28, Affidavit of Service (ECF No. 197), and that the United States Attorney's Office received service of the summonses and Amended Complaint for these defendants on July 5, 2022.  Thus, per Rule 12(a)(3), Rep. Schiff and Mr. Rosenstein's responsive pleading deadline is September 6, 2022.  Fed. R. Civ. P. 12(a)(3).  By e-mail dated July 19, 2022, counsel for plaintiff confirmed that plaintiff agrees with the United States' calculated responsive pleading deadline for Rep. Schiff and Mr. Rosenstein.

Dated: July 20, 2022

                                                          Respectfully submitted,

                                                          JUAN ANTONIO GONZALEZ
                                                          United States Attorney

                                                          ANTHONY ERICKSON-POGORZELSKI
                                                          Assistant U.S. Attorney

                                                          JAMES G. TOUHEY, JR.
                                                          Director, Torts Branch

                                     s/ Stephen R. Terrell
                                     STEPHEN R. TERRELL
                                     Trial Attorney
                                     Torts Branch, Civil Division
                                     United States Department of Justice
                                     P.O. Box 888
                                     Washington, DC 20044
                                     Stephen.Terrell2@usdoj.gov
                                     (202) 353-1651

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have transmitted by electronic mail and caused to be transmitted by United States Mail the document to the following non-CM/ECF participants:

Rod Rosenstein
c/o Paul Y. Kiyonaga, Esq.
Kiyonaga & Soltis, P.C.
1827 Jefferson Place, N.W.
Washington, DC  20036
*pkiyonaga@kiyosol.com*

Hon. Adam Schiff
c/o Douglas N. Letter, Esq.
General Counsel
United States House of Representatives
5140 O'Neill House Office Building
Washington, DC  20515
*douglas.letter@mail.house.gov*

                                     s/ Stephen R. Terrell