IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendant.

_____/

**ORDER ON PLAINTIFF'S MOTION UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MOTIOSN TO DISMISS**

THIS MATTER is before the Court on the Plaintiff, DONALD J. TRUMP's Motion for an Extension of Time, seeking fourteen (14) additional days, to Respond to the various Defendants' respective Motions to Dismiss, until August 11, 2022.

After having reviewed the Motion, it is hereby **ORDERED and ADJUDGED:** The Plaintiff, DONALD J. TRUMP, is granted a fourteen (14) day extension of time and shall file his Response to the various Defendant's respective Motions to Dismiss on or before August 11, 2022. Also, as to his Response to the Motion to Dismiss filed by Hillary Clinton and the non-government Defendants, he may file up to 55 pages.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this \_\_\_\_\_ day of July 2022.

_____
THE HONORABLE DONALD MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE