IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, et al.,

        Defendant.

_____/

## PLAINTIFF'S MOTION TO EXTEND TRIAL DATE AND TO ENTER SCHEDULING ORDER

        The Plaintiff, DONALD J. TRUMP, by and through his undersigned counsel, hereby files his Motion to Extend Trial Date, pursuant to S.D. Fla L.R. 7.6, and to Enter a Scheduling Order, in support states as follows:

        1.    On April 15, 2022, the Court entered an Order Setting a Trial Date [DE 39]. Pursuant to that Order, the Calendar Call of the above case is set for May 3, 2023.

        2.    The Plaintiff hereby seeks to reset the trial date, moving the trial date from May, 2023 to November, 2023.

        3.    This is a complex case, simply as so much evidence will need to be reviewed. Due to the multitude of Defendants in the action, and various complexities of the case, the Plaintiff would request that the Trial Date be pushed back 6 months, which is a reasonable amount of time based on the amount of anticipated discovery and motion practice, that will occur.

4. Furthermore, there are two defendants in England who have not yet been served due to the constraints of the Hague Convention, and there are five former federal employees who are not required to file an Answer or Response to the Complaint until September 6, 2022.

5. Moreover, as the Court has not yet issued a Scheduling Order, pursuant to Rule 16, and the parties have been unable to begin the discovery process, including, but not limited to, taking depositions, and conducting writing discovery. Due to the voluminous amount of anticipated discovery in this case, with the trial being ten months away, the parties will need additional time to properly litigate the case, and to prepare their respective cases.

6. The parties did meet and confer on July 15, 2022, in an effort to come up with a joint scheduling report, and to discuss the extension of the trial date. At the meet and confer were over 41 attorneys, with David Kendall, counsel for Defendant, CLINTON, taking the lead on behalf of the non-governmental defendants.

7. Mr. Kendall, on behalf of the non-government defendants objected to the Continuance of the Trial being extend, and he refused to give any consideration to the proposed Joint Scheduling Report until this Court determines all of the motions to dismiss. He also opposed moving the May trial date. In the event that Mr. Kendall should have his way, there will be extremely little time, if any, for discovery. It would be nothing less than a denial of due process. Also, Joshua Levy, on behalf of Fusion, Peter Frisch and Glenn Simpson objected, as well.

8. This Motion is being filed, at the earliest practicable date, prior to trial, and after the parties met and conferred.

9. Exceptional circumstances exist, due to the complexities of the case, amount of parties involved in the litigation, and the amount of anticipated discovery that will need to be

conducted. Pursuant to Local Rule 7.6, attached to this Motion, as Exhibit "A". is an Affidavit signed by Peter Ticktin, Esquire, as counsel for the Plaintiff, setting forth a full showing of good cause, in order for the resetting or the continuance to be granted.

10. Moreover, attached as Exhibit "B" and "C", respectively, is the Plaintiff's proposed Scheduling Report and proposed Scheduling Order. These documents have also been filed contemporaneously with the filing of this Motion.

11. As such, the Plaintiff hereby requests an extension of time of the trial date, from the May 2023 trial period to November, 2023, and for the Court to enter a proposed Scheduling Order.

12. As stated before, counsel for the Defendants advise that they oppose the relief sought in this motion.

WHEREFORE, the Plaintiff, DONALD J. TRUMP, requests that this Court extend the Trial Date from May 2023 to November, 2023, and enter the proposed Scheduling Order, and such further and other relief that this Court may deem just and proper.

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(3)

The undersigned counsel conferred with counsel for the Defendants in a good faith effort to resolve the issues raised in this Motion and has been advised that the Defendants oppose the relief sought herein. The majority pursuant to David Kendall refused to discuss it until this Court decides the Motions to Dismiss.

/s/ *Peter Ticktin*
Peter Ticktin, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 21st day of July, 2022, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

     /s/ *Peter Ticktin*

| | |
|---|---|
| **THE TICKTIN LAW GROUP** | **HABBA MADAIO & ASSOCIATES** |
| Peter Ticktin, Esquire | Alina Habba, Esquire |
| Florida Bar No.: 887935 | ahabba@habbalaw.com |
| Serv512@LegalBrains.com | Michael T. Madaio, Esquire |
| Jamie Alan Sasson, Esquire | mmadaio@habbalaw.com |
| Florida Bar No.: 10802 | 1430 US Highway 206 Suite 240 |
| Serv513@LegalBrains.com | Bedminster, New Jersey 07921 |
| 270 SW Natura Avenue | Telephone: (908) 869-1188 |
| Deerfield Beach, Florida 33441-1610 | *Attorneys for the Plaintiff* |
| Telephone: (954) 570-6757 | |
| *Attorneys for the Plaintiff* | |

## SERVICE LIST

Anthony Erickson-Pogorzelski, Esquire
Fla. Bar No. 619884
Anthony.Pogorzelski@usdoj.gov
**Assistant U.S. Attorney**
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: 305- 961-9296
*Attorneys for Defendant*
*United States of America*

David E. Kendall, Esquire
dkendall@wc.com
**Williams & Connolly, LLP**
725 12th Street NW
Washington, DC 20005-3901
Telephone: 202-434-5000
*PRO HAC VICE*
*Attorney for the Defendant*
*Hillary R. Clinton*

David Oscar Markus, Esquire
dmarkus@markuslaw.com
**Markus/Moss, LLP**
40 N.W. Third Street
Penthouse 1
Miami, Florida 33128
Telephone: 305-379-6667
*Attorneys for the Defendant*
*Hillary R. Clinton*

Katherine M. Turner, Esquire
kturner@wc.com
**Williams & Connolly, LLP**
725 12th Street NW
Washington, DC 20005-3901
Telephone: 202-434-5000
*PRO HAC VICE*
*Attorney for the Defendant*
*Hillary R. Clinton*

Michael J. Mestitz, Esquire
mmestitz@wc.com
**Williams & Connolly, LLP**
725 12th Street NW
Washington, DC 20005-3901
Telephone: 202-434-5000
*PRO HAC VICE*
*Attorney for the Defendant*
*Hillary R. Clinton*

Jonathan Edward Levine, Esquire
Jonathan.levine@levinepllc.com
**Levine & Associates, PLLC**
5311 Lee Highway
Arlington, Virginia 22207
Telephone: 703-525-2668
*Attorney for Defendant*
*Charles Halliday Dolan, Jr.*

George R.A. Doumar, Esquire
gdoumar@doumarmartin.com
**Mahdavi, Bacon, Halfhill & Young, PLLC**
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
Telephone: 703-352-1300
*PRO HAC VICE*
*Attorney for Defendant*
*Charles Halliday Dolan, Jr*

Franklin G. Monsour, Jr., Esquire
fmonsour@orrick.com
**Orrick, Herrington & Stcliffe, LLP**
51 West 52nd Street
New York, New York 10019
Telephone: 202-339-8533
*PRO HAC VICE*
*Attorney for Defendant*
*Igor Danchenko*

5

| | |
|---|---|
| Diana Marie Fassbender, Esquire<br>dszego@orrick.com<br>**Orrick, Herrington & Stcliffe, LLP**<br>1152 15th Street NW<br>Washington, D.C. 20005<br>*PRO HAC VICE*<br>*Attorney for Defendant*<br>*Igor Danchenko* | kcrenny@levyfirestone.com<br>**Levy Firestone Muse, LLP**<br>900 17th Street NW, Suite 1200<br>Washington, D.C., 20006<br>Telephone: 202-845-3215<br>*PRO HAC VICE*<br>*Attorney for the Defendant*<br>*Fusion GPS*<br>*Glenn Simpson*<br>*Peter Fritsch* |
| Jennifer Olmedo-Rodriguez, Esquire<br>Florida Bar No.: 605158<br>Jennifer.olmedo@bipc.com<br>**Buchanan Ingersoll & Rooney, P.C.**<br>2 South Biscayne Boulevard, Suite 1500<br>Miami, Florida 33131<br>Telephone: 305-347-4080<br>*Attorney for the Defendant*<br>*Neustar, Inc.* | Joshua Levy, Esquire<br>jal@levyfirestone.com<br>**Levy Firestone Muse, LLP**<br>900 17th Street NW, Suite 1200<br>Washington, D.C., 20006<br>Telephone: 202-845-3215<br>*PRO HAC VICE*<br>*Attorney for the Defendant*<br>*Fusion GPS*<br>*Glenn Simpson*<br>*Peter Fritsch* |
| Samantha L. Southall, Esquire<br>Samantha.southall@bipc.com<br>**Buchanan Ingersoll & Rooney, P.C.**<br>50 South 16th Street, Suite 3200<br>Two Liberty Place<br>Philadelphia, PA 19102<br>Telephone: 215-665-3884<br>*PRO HAC VICE*<br>*Attorney for the Defendant*<br>*Neustar, Inc* | Rachel Clattenburg, Esquire<br>rmc@levyfirestone.com<br>**Levy Firestone Muse, LLP**<br>900 17th Street NW, Suite 1200<br>Washington, D.C., 20006<br>Telephone: 202-845-3215<br>*PRO HAC VICE*<br>*Attorney for the Defendant*<br>*Fusion GPS*<br>*Glenn Simpson*<br>*Peter Fritsch* |
| Adam Seth Fels, Esquire<br>afels@ffslawfirm.com<br>Florida Bar No.: 0114917<br>**Fridman Fels & Soto, PLLC**<br>2525 Ponce de Leon Blvd., Ste 750<br>Coral Gables, FL 33134<br>Telephone: 305-569-7701<br>*Attorney for the Defendant*<br>*Bruce Ohr and Nellie Ohr*<br>*Fusion GPS*<br>*Glenn Simpson*<br>*Peter Fritsch* | Joshua Berman, Esquire<br>Joshua.Berman@cliffordChance.com<br>**Clifford Chance US, LLP**<br>2011 K. Street, NW<br>Washington, D.C., 20006-1001<br>Telephone: 202-912-5000<br>*PRO HAC VICE*<br>*Attorney for Defendants*<br>*Nellie Ohr and Bruce Ohr* |
| Kevin P. Crenny, Esquire | Benjamin Peacock, Esquire |

6

Benjamin.Peacock@cliffordChance.com
**Clifford Chance US, LLP**
2011 K. Street, NW
Washington, D.C., 20006-1001
Telephone: 202-912-5000
*PRO HAC VICE*
*Attorney for Defendants*
*Nellie Ohr and Bruce Ohr*


Eugene K. Pettis, Esquire
cmarr@hpslegal.com
Service@hpslegal.com
**Haliczer Pettis & Schwamm P.A.**
100 SE 3rd Avenue, 7th Floor
Fort Lauderdale, FL 33394
Telephone: 954-523-9922
*Attorneys for Defendant*
*Marc Elias*


Debra P. Klauber, Esquire
dklauber@hpslegal.com
Service@hpslegal.com
**Haliczer Pettis & Schwamm P.A.**
100 SE 3rd Avenue, 7th Floor
Fort Lauderdale, FL 33394
Telephone: 954-523-9922
*Attorneys for Defendant*
*Marc Elias*

April A. Otterberg, Esquire
aotterberg@jenner.com
**Jenner & Block, LLP**
353 N. Clark Street
Chicago, Il 60654-3454
Telephone: 312-222-9350
*PRO HAC VICE*
*Attorney for the Defendant*
*Marc Elias*

Reid J. Schar, Esquire
rschar@jenner.com
**Jenner & Block, LLP**
353 N. Clark Street
Chicago, Il 60654-3454

Telephone: 312-222-9350
*PRO HAC VICE*
*Attorney for the Defendant*
*Marc Elias*

Roberto Martinez, Esquire
Bob@colson.com
becky@colson.com
Florida Bar No.: 305596
**Colson Hicks Eidson, P.A.,**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: 305-476-7400
*Attorney for the Defendant*
*Michael Sussmann*

Zachary Lipshultz, Esquire
zach@colson.com
Florida Bar No.: 123594
**Colson Hicks Eidson, P.A.,**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: 305-476-7400
*Attorney for the Defendant*
*Michael Sussmann*

Michael S. Bosworth, Esquire
Michael.Bosworth@lw.com
**Latham & Watkins, LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-916-1221
*PRO HAC VICE*
*Attorney for the Defendant*
*Michael Sussmann*

Michael F. Houlihan, Esquire
Michael.Houlihan@lw.com
**Lathem & Watkins, LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: 617-880-4642
*PRO HAC VICE*
*Attorney for the Defendant*
*Michael Sussmann*

7

Sean M. Berkowitz, Esquire
Sean.Berkowitz@lw.com
**Latham & Watkins, LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312-876-7700
*PRO HAC VICE*
*Attorney for the Defendant*
*Michael Sussmann*

Stephen P. Barry, Esquire
Stephen.Barry@lw.com
**Latham & Watkins, LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
*PRO HAC VICE*
*Attorney for the Defendant*
*Michael Sussmann*

Eleni Kastrenakes Howard, Esquire
Eleni.kastrenakeshoward@akerman.com
Florida Bar No.: 73073
**Akerman, LLP**
777 S. Flagler Drive, Suite 1100, West Tower
West Palm Beach, Florida 33401
Telephone: 561-653-5000
*Attorney for the Defendant*
*Perkins Coie, LLP*

Howard Jay Harrington, Esquire
Jay.harrington@akerman.com
Florida Bar No.: 0118719
**Akerman, LLP**
777 S. Flagler Drive, Suite 1100, West Tower
West Palm Beach, Florida 33401
Telephone: 561-653-5000
*Attorney for the Defendant*
*Perkins Coie, LLP*

F. Joseph Warin, Esquire
fwarin@gibsondunn.com
**Gibson Dunn & Crutcher, LLP**
1050 Connecticut Avenue NW
Washington, D.C., 20036-5306
Telephone: 202-887-3609
*PRO HAC VICE*
*Attorney for the Defendant*
*Perkins Coie, LLP*

Geoffrey M. Sigler, Esquire
gsigler@gibsondunn.com
**Gibson Dunn & Crutcher, LLP**
1050 Connecticut Avenue NW
Washington, D.C., 20036-5306
Telephone: 202-887-3609
*PRO HAC VICE*
*Attorney for the Defendant*
*Perkins Coie, LLP*

Katherine M. Meeks, Esquire
kmeeks@gibsondunn.com
**Gibson Dunn & Crutcher, LLP**
1050 Connecticut Avenue NW
Washington, D.C., 20036-5306
Telephone: 202-887-3609
*PRO HAC VICE*
*Attorney for the Defendant*
*Perkins Coie, LLP*

Nancy E. Hart, Esquire
nhart@gibsondunn.com
**Gibson Dunn & Crutcher, LLP**
1050 Connecticut Avenue NW
Washington, D.C., 20036-5306
Telephone: 202-887-3609
*PRO HAC VICE*
*Attorney for the Defendant*
*Perkins Coie, LLP*

Gerald E. Greenberg, Esquire
ggreenberg@gsgpa.com
Florida Bar No.: 440094
**Gelber Schachther & Greenberg, P.A.**
One South East Third Avenue, Suite 2600
SunTrust International Center
Miami, Florida 33131
Telephone: 305-728-0950
*Attorney for the Defendant*

8

*Democratic National Committee*
*DNC Services Corporation*
*Debbie Wasserman Schultz*

Shawn G. Crowley, Esquire
scrowley@kaplanhecker.com
**Kaplan Hecker & Fink, LLP**
350 5th Avenue, 63rd Floor
New York, New York 10118
Telephone: 212-763-0883
*PRO HAC VICE*
*Attorney for the Defendants*
*Democratic National Committee*
*DNC Services Corporation*

Maximillian Feldman, Esquire
mfeldman@kaplanhecker.com
**Kaplan Hecker & Fink, LLP**
350 5th Avenue, 63rd Floor
New York, New York 10118
Telephone: 212-763-0883
*PRO HAC VICE*
*Attorney for the Defendants*
*Democratic National Committee*
*DNC Services Corporation*

Roberta A. Kaplan, Esquire
rkaplan@kaplanhecker.com
**Kaplan Hecker & Fink, LLP**
350 5th Avenue, 63rd Floor
New York, New York 10118
Telephone: 212-763-0883
*PRO HAC VICE*
*Attorney for the Defendants*
*Democratic National Committee*
*DNC Services Corporation*

Edward Soto, Esquire
Edward.soto@weil.com
Florida Bar No.: 0265144
**Weil Gotshal & Manges, LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: 305-577-3100
*PRO HAC VICE*
*Attorney for the Defendant*

*Rodney Joffee*

Steven Tyreell, Esquire
Steven.tyrrell@weil.com
**Weil, Gotshal & Manges, LLP**
2001 M St. NW, Suite 600
Washington, D.C. 20063
Telephone:
*PRO HAC VICE*
*Attorney for the Defendant*
*Rodney Joffee*

Noah Brozinsky, Esquire
nbrozinsky@kaiserDillon.com
Florida Bar No.: 010470
**KaiserDillon, PLLC**
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
*Attorney for the Defendant*
*Kevin E. Clinesmith*

Christopher Muha, Esquire
CMuha@kaiserdillon.com
**KaiserDillon, PLLC**
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
Telephone: 202-640-2850
*PRO HAC VICE*
*Attorney for the Defendant*
*Kevin E. Clinesmith*

William Pittard, Esquire
Wpittard@kaiserdillon.com
**KaiserDillon, PLLC**
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
Telephone: 202-640-2850
*PRO HAC VICE*
*Attorney for the Defendant*
*Kevin E. Clinesmith*

Paola Pinto, Esquire
ppinto@schertlerlaw.com
Florida Bar No.: 1013933
**Schertler Onorato Mead & Sears**
555 13th Street, N.W.

9

Suite 500 West
Washington, D.C. 20004
Telephone: 202-628-4155
*Attorney for the Defendants*
*John Podesta*
*HFACC, Inc.*

Robert P. Trout, Esquire
Rtrout@schertlerlaw.com
**Schertler Onorato Mead & Sears**
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004
Telephone: 202-628-4155
*PRO HAC VICE*
*Attorney for the Defendants*
*John Podesta*
*HFACC, Inc.*

William R. Barzee, Esquire
williambarzee@barzeeflores.com
**Barzee Flores**
Courthouse Center, Penthouse One
40 NW Third Street
Miami, Florida 33128
Telephone: 3025-374-3998
*Counsel for the Defendants*
*Robert E. Mook*
*Jack Sullivan*

Andrew J. Ceresney, Esquire
aceresney@debevoise.com
**Debevoise & Plimpton, LLP**
919 Third Avenue
New York, NY 10022
Telephone: 212-909-6000
*PRO HAC VICE*
*Attorney for the Defendant*
*Robert E. Mook*

Isabela M. Garcez, Esquire
imgarcez@debevoise.com
**Debevoise & Plimpton, LLP**
919 Third Avenue
New York, NY 10022
Telephone: 212-909-6000

*PRO HAC VICE*
*Attorney for the Defendant*
*Robert E. Mook*

Wendy B. Reilly, Esquire
wbreilly@debevoise.com
**Debevoise & Plimpton, LLP**
919 Third Avenue
New York, NY 10022
Telephone: 212-909-6000
*PRO HAC VICE*
*Attorney for the Defendant*
*Robert E. Mook*

Brian L. Stekloff, Esquire
bstekloff@wilkinsonstekloff.com
**Wilkinson Stekloff, LLP**
2001 M. Street NW, 10th Floor
Washington, D.C. 20036
Telephone: 202-847-4030
*PRO HAC VICE*
*Attorney for the Defendant*
*Jake Sullivan*

Sarah E. Neuman, Esquire
sneuman@wilkinsonstekloff.com
**Wilkinson Stekloff, LLP**
2001 M. Street NW, 10th Floor
Washington, D.C. 20036
Telephone: 202-847-4030
*PRO HAC VICE*
*Attorney for the Defendant*
*Jake Sullivan*

James E. Gillenwater, Esquire
gillenwaterj@gtlaw.com,
**Greenberg Traurig, P.A.**
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: 305-579-0500
*Attorney for the Defendant*
*Neustar Security Services*

Allison S. Eisen, Esquire
aeisen@wc.com
**Williams & Connolly, LLP**

10

380 Maine Avenue, SW
Washington, D.C. 20024
Telephone: 202-434-5000
*PRO HAC VICE*
*Attorney for the Defendant*
*Neustar Security Services*

Kathryn E. Garza, Esquire
kgarza@wc.com
**Williams & Connolly, LLP**
380 Maine Avenue, SW
Washington, D.C. 20024
Telephone: 202-434-5000
*PRO HAC VICE*
*Attorney for the Defendant*
*Neustar Security Services*

John M. McNichols, Esquire
jmcnichols@wc.com
**Williams & Connolly, LLP**
380 Maine Avenue, SW
Washington, D.C. 20024
Telephone: 202-434-5000
*PRO HAC VICE*
*Attorney for the Defendant*
*Neustar Security Services*