IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, et al.,

        Defendant.

_____/

**PLAINTIFF'S PROPOSED SCHEDULING REPORT**
**AND PROPOSED SCHEDULING ORDER**

      The Plaintiff, DONALD J. TRUMP. pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida ("S.D. Fla. L.R.") hereby submits the following proposed Scheduling Report and Proposed Scheduling Order:   In the event that this Court agrees to Extend the Trial Date, pursuant to the Plaintiff's Motion to Extend Trial Date, the Plaintiff would ask that all deadlines be pushed back six (6) months.

**A.**    **Likelihood of Settlement**.

      Possible, but not likely.

**B.**    **The Likelihood of Appearance in the Action of Additional Parties**.

      At this time, it is likely that additional parties will be added to this action. However, if additional parties are required to be added, said parties will added by the deadline adopted by the Court.

**C.**    **Proposed Limits on the Time.**[1]

---

[1] Attached hereto as Exhibit "A" is the Parties' Joint Proposed Scheduling Order.

1

     i. *To join other parties and to amend the pleadings:* The Plaintiff proposes that the deadline to join other parties or to amend the pleadings be set for 70 days prior to Calendar Call.

     ii. *To file and hear motions:* The parties propose that the filing of all dispositive motions and supporting memoranda, including motions for summary judgment, shall take place on or before 60 Days prior to Calendar Call. The parties further agree that all pretrial motions, including motions *in limine* shall be filed by 45 Days prior to Calendar Call.

     iii. *To complete* discovery: The Parties propose that all fact and expert discovery should conclude on 40 Days prior to Calendar Call..

**D.** **Proposal for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims and Defenses.**

The parties will continue to work cooperatively to informally resolve as many issues as possible without the Court's assistance. As the matter progresses, the parties will determine the number and timing of issues that may be resolved via summary judgment.

**E.** **The Necessity or Desirability of Amendments to the Pleadings.**

Probably High.

**F.** **The Possibility of Obtaining Admissions of Fact, Electronically stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding the Authenticity of Documents, and the Need for Advance Rulings from the Court on the Admissibility of Evidence.**

Extremely High.

**G.** **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

None, at this time. However, the parties will work cooperatively to avoid the unnecessary proof and of cumulative evidence

.

**H.     Suggestions on the Advisability of Referring Matters to a Magistrate Judge.**

High for all matters non-determinative.

**I.  A Preliminary Estimate of the Time Required for Trial.**

The parties anticipate forty five (45) days will be needed for Trial as the Planitff has demanded a Jury Trial.

**J.  Requested Date or Dates for Conferences Before Trial, A Final Pretrial Conference, And Trial Requested Dates.**

The Plaintiff request that a Conference before trial be set for 40 days prior to Calendar Call. A Final Pre-trial Conference be held on 20 days prior to Calendar Call. The parties shall be prepared to commence with trial in _____.

**K.  Any Other Information that Might Be Helpful to the Court in Setting the Case for Status or Pretrial Conference.**

None at this time.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this _____ day of July 2022.

_____
THE HONORABLE DONALD MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE