IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendant.

_____/

### PLAINITFF'S PROPOSED SCHEDULING ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **May 8, 2023.** The **Calendar Call** is set to be held at **1:15 p.m. on Wednesday, May 3, 2023.** The Plaintiff has filed a Motion to Extend the Trial Date, pushing the trial dates back 6 months, making the trial date start in October 2023. Based on the proposed new trial dates, the new trial date and the pre-trial schedule is set forth below.

1. Joinder of any additional parties and filing of motion to amend the pleadings by
   **02/01/2023 (Plus 6 Months if Trial Date is Extended.)**

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by
   **4/30/2023 (Plus 6 Months if Trial Date is Extended.)**

3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by
   **4/30/2023 (Plus 6 Months if Trial Date is Extended.)**

1

4. Defendants shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by
**4/30/2023 (Plus 6 Months if Trial Date is Extended.)**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by
**4/30/2023 (Plus 6 Months if Trial Date is Extended.)**

6. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by
**4/30/2023 (Plus 6 Months if Trial Date is Extended.)**

7. Fact discovery shall be completed by
**4/30/2023 (Plus 6 Months if Trial Date is Extended.)**

8. Expert discovery shall be completed by
**4/3-/2023 (Plus 6 Months if Trial Date is Extended.)**

9. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by
**4/40/2023 (Plus 6 Months if Trial Date is Extended.)**

10. Mediation shall be completed by
**4/30/2023 (Plus 6 Months if Trial Date is Extended.)**

11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by
**11/4/2022 (Plus 6 Months if Trial Date is Extended.)**

12. Joint pretrial stipulation, proposed join jury instructions, proposed join verdict form, and/or proposed findings of fact and conclusions of law shall be filed by
    **4/30/2023 (Plus 6 Months if Trial Date is Extended.)**

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this _____ day of July 2022.

                                                                _____
                                                                THE HONORABLE DONALD MIDDLEBROOKS
                                                                UNITED STATES DISTRICT JUDGE