UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP<br><br>        Plaintiff,<br><br>  v.<br><br>HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, ORBIS BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, JOHN DOES 1 THROUGH 10 (said names being fictious and unknown persons), and ABC CORPORATIONS 1 THROUGH 10 (said names being fictitious and unknown entities), ,<br><br>        Defendants. | Case No.: 2:22-cv-14102-DMM<br><br><br>**DECLARATION OF ALINA HABBA, ESQ.** |

     I, Alina Habba, pursuant to 28 U.S.C. § 1746, declare as follows:

     1.     I am managing partner of the firm of Habba Madaio & Associates LLP, counsel for Donald J. Trump ("Plaintiff") in the above-captioned matter (the "Action").

     2.     I submit this declaration pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1, in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to

1

Dismiss the Amended Complaint. The facts herein are true and correct and, unless otherwise stated, are within my personal knowledge.

3. As counsel for Plaintiff, I have reviewed pleadings, and other documents related to the Action, and I am familiar with the facts and circumstances of this case.

4. Attached hereto as **Exhibit A** is a true and accurate copy of the First General Counsel's Report dated April 10, 2019 in the matter of *In the Matter of DNC Services Corp./Democratic National Committee and William Q. Derrough in his official capacity as treasurer; Hillary for America and Elizabeth Jones in her official capacity as treasurer; Perkins Coie LLP; Marc Elias; Fusion GPS; Christopher Steele*, Federal Election Commission (FEC), MURs 7291, 7331 and 7449, and the corresponding Certification of the FEC executive session dated July 26, 2021.

5. Attached hereto as **Exhibit B** is a true and accurate copy of the Indictment dated September 16, 2021 in the matter of *United States v. Sussmann*, case no. 1:21-cr-00582-CRC, United States District Court, District of Columbia.

6. Attached hereto as **Exhibit C** is a true and accurate copy of the Government's motion *in limine* dated April 4, 2022 in the matter of *United States v. Sussmann*, case no. 1:21-cr-00582-CRC, United States District Court, District of Columbia.

7. Attached hereto as **Exhibit D** is a true and accurate copy of the Indictment dated November 3, 2021 in the matter of *United States v. Danchenko*, case no. 1:21-cr-00245-AJT, Eastern District of Virginia.

Dated: August 4, 2022,      By:  _____
                                 Alina Habba, Esq.
                                 **HABBA MADAIO & ASSOCIATES LLP**
                                 1430 U.S. Highway 206, Suite 240
                                 Bedminster, New Jersey 07921

        -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Plaintiff,*
*Donald J. Trump*