UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff

v.

HILLARY R. CLINTON, *et al.*,

    Defendants.

_____/

**UNITED STATES' UNOPPOSED EXPEDITED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A COMBINED REPLY IN SUPPORT OF ITS MOTION TO SUBSTITUTE AND DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE THE GOVERNMENT'S CERTIFICATION**

    The United States hereby moves, pursuant to Rule 6 and Local Rule 7.1, for an extension of time of 14 days and seven days, respectively, (to, and including, August 25, 2022) to file its combined reply and response to to plaintiff's opposition to the United States motion to substitute and dismiss and cross-motion to set aside the government's certification (ECF No. 238). Because the United States' current deadline to file its reply is August 11, 2022, and its current deadline to file its response is August 18, 2022, the United States requests expedited consideration of this motion and a ruling by August 10, 2022.  Local Rule 7.1(d)(2).

    The Court may, upon a showing of good cause, extend the United States' deadline to file its reply and response briefs.  Fed. R. Civ. P. 6(b)(1)(A).  Here, good cause exists for several reasons.  First, counsel for the United States (Mr. Terrell) has a pre-planned and pre-paid vacation and scheduled leave between August 8 and 12, 2022.  Thus, he will be unavailable to prepare and file the United States' reply brief during that period.  Second, management within

both the Department of Justice and the Federal Bureau of Investigation require additional time to review the United States' draft reply and response brief once Mr. Terrell returns to the office. Finally, plaintiffs obtained additional time to file their opposition, Text Order of July 21, 2022 (ECF No. 232). The United States should have similar, limited, additional time to prepare its reply and response brief.

On August 5, 2022, counsel for the United States conferred with counsel for plaintiff telephone, and plaintiff's counsel informed counsel for the United States that plaintiff will not oppose this motion.

| | |
|---|---|
| Dated: August 5, 2022 | Respectfully submitted, |
| | JUAN ANTONIO GONZALEZ<br>United States Attorney |
| | ANTHONY ERICKSON-POGORZELSKI<br>Assistant U.S. Attorney |
| | JAMES G. TOUHEY, JR.<br>Director, Torts Branch |
| | s/ Stephen R. Terrell<br>STEPHEN R. TERRELL<br>Trial Attorney<br>Torts Branch, Civil Division<br>United States Department of Justice<br>P.O. Box 888<br>Washington, DC 20044<br>Stephen.Terrell2@usdoj.gov<br>(202) 353-1651 |