UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff

v.

HILLARY R. CLINTON, *et al.*,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED EXPEDITED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A COMBINED REPLY IN SUPPORT OF ITS MOTION TO SUBSTITUTE AND DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE THE GOVERNMENT'S CERTIFICATION**

Before the Court is the United States' expedited motion for an enlargement of time to file a combined reply in support of its motion to substitute and dismiss (ECF No. 224) and opposition to plaintiff's motion to set aside the government's certification (ECF No. 238). Upon review of the same, and for good cause shown, the motion is GRANTED.

It is ORDERED that:

1. The United States shall file a combined reply and response to to Plaintiff's Memorandum of Law in Opposition to Government Defendants' Motion to Dismiss the Amended Complaint and Memorandum in Support of Plaintiff's Motion to Set Aside the Government's Certification (ECF No. 238) on, or before, August 25, 2022.

IT IS SO ORDERED.

Dated: _____     _____
                                                                              Donald M. Middlebrooks
                                                                              United States District Judge