UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff

v.

HILLARY R. CLINTON, *et al.*,

    Defendants.

_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have transmitted by electronic mail and United States Mail the document to the following non-CN/ECF participants:

Rod Rosenstein
c/o Paul Y. Kiyonaga, Esq.
Kiyonaga & Soltis, P.C.
1827 Jefferson Place, N.W.
Washington, DC  20036
*pkiyonaga@kiyosol.com*

Hon. Adam Schiff
c/o Douglas N. Letter, Esq.
General Counsel
United States House of Representatives
5140 O'Neill House Office Building
Washington, DC  20515
*douglas.letter@mail.house.gov*

                                                                             s/ Stephen R. Terrell