IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Donald J. Trump,

           Plaintiff,

   v.

Hillary R. Clinton, *et al.*,

           Defendants.

Civil Action No. 2:22-14102-DMM

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants Hillary Clinton, HFACC, Inc., John Podesta, Robert Mook, Jake Sullivan, DNC, DNC Services Corporation, Debbie Wasserman Schultz, Perkins Coie LLP, Marc Elias, Michael Sussmann, Charles Halliday Dolan, Jr., Fusion GPS, Glenn Simpson, Peter Fritsch, Nellie Ohr, Bruce Ohr, Igor Danchenko, Rodney Joffe, Neustar Security Services, and Neustar, Inc. (collectively, "Moving Defendants"), move under Local Rule 7.1(c)(2) for the Court's leave to exceed the page limit provided in the Local Rules for their joint Reply brief in support of their jointly filed Motion to Dismiss. In support, Moving Defendants state:

1. On June 21, 2022, Plaintiff filed his First Amended Complaint, which is 185 pages long and includes 31 named defendants.

2. On July 11, 2022, the Court granted Moving Defendants additional pages for their Motion to Dismiss the First Amended Complaint, permitting the Moving Defendants up to 55 pages for that motion and incorporated memorandum of law.

3. On July 14, 2022, Moving Defendants submitted a 47-page, double-spaced Motion to Dismiss and incorporated memorandum of law.

4. On July 21, 2022, the Court found "good cause to allow Plaintiff the same number of pages [it] allowed Defendants," and accordingly permitted Plaintiff to file a 55-page Opposition.

5. On August 4, 2022, Plaintiff filed a 55-page, 1.5-line-spaced memorandum in opposition to Moving Defendants' Motion to Dismiss.

6. Under Southern District of Florida Local Rule 7.1(c)(2), a memorandum of law in reply in support of a motion shall not exceed 10 pages absent prior approval from the Court.

7. Due to the length of Plaintiff's Opposition and the number of claims at issue, Moving Defendants respectfully request an additional 10 pages for their joint Reply brief (for a total of 20 pages). This length is less than half the length of each of the principal briefs.

8. The Moving Defendants who filed separate Motions to Dismiss intend to also reply separately to Plaintiff's Oppositions to those motions, and those separate Replies will comport with the ordinary page limit in Local Rule 7.1(c)(2).

9. This Motion is filed in good faith and not for any dilatory purpose. Plaintiff will not be prejudiced by this request, as evidenced by his consent to the requested relief.

WHEREFORE, the Moving Defendants respectfully request that this Court grant this Unopposed Motion for Leave to Exceed Page Limit in Defendants' Reply in Support of Motion to Dismiss, extending the page limit for the Moving Defendants' Joint Reply by 10 pages so as not to exceed 20 pages total (exclusive of the title page preceding the first page of text, table of contents, table of citations, any "request for hearing" section, exhibits, signature pages, certificate of good faith conference, and certificate of service).

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that they have conferred with Plaintiff's counsel in good faith, and Plaintiff agrees to the relief requested.

Dated:  August 8, 2022                                      Respectfully submitted,

/*s/ David Oscar Markus*
David Oscar Markus
MARKUS/MOSS PLLC
40 NW 3rd Street, PH 1
Miami, FL 33128
Tel:  (305) 379-6667

/*s/ David E. Kendall*
David E. Kendall (pro hac vice)
Katherine M. Turner (pro hac vice)
Michael J. Mestitz (pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel:  (202) 434-5000
Fax:  (202) 434-5029
dkendall@wc.com

*Attorneys for Defendant Hillary Rodham Clinton*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2022, I caused a copy of the foregoing Motion for Leave to Exceed Page Limit in Defendants' Reply in Support of Motion to Dismiss to be served on all counsel of record via CM/ECF. All parties required to be served have been served.

                                               */s/ David Oscar Markus*
                                                 David Oscar Markus