**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-CIV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**UNOPPOSED MOTION TO SET**
**DEFENDANT ORBIS BUSINESS INTELLIGENCE LTD.'S**
**RESPONSE DEADLINE TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Orbis Business Intelligence Ltd. ("Orbis"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), hereby respectfully moves the Court for an Order setting the time for Orbis' response to the Amended Complaint [DE No. 177] in this action to September 2, 2022 ("Motion"). This Motion is made without waiving any of Orbis' objections or defenses in this matter, including those based on lack of personal jurisdiction. In support of the Motion, Orbis states as follows:

    1.    Plaintiff Donald J. Trump filed the Complaint in this action on March 24, 2022. The Complaint is 108-pages, relates to multiple events that allegedly took place dating back to 2015, and is asserted against more than two dozen defendants. [DE No. 1].

    2.    On June 21, 2022, Plaintiff filed an Amended Complaint, which added 85 pages and three Defendants, for a total of 193 pages against 31 named defendants. [DE No. 177].

    3.    A service attempt was made on Orbis, but it is facially unclear from the service papers the date on which service was attempted. *See* **Exhibit A** (purported service documents

1

on Orbis). Accordingly, Orbis is uncertain of the deadline to answer or otherwise respond to the Complaint.

4. Orbis respectfully requests an Order of this Court setting its deadline to respond to the Amended Complaint for September 2, 2022.

5. Good cause exists for the requested deadline. Orbis recently retained its undersigned counsel, and Orbis and its counsel require time to evaluate the wide-ranging allegations in Plaintiff's lengthy Amended Complaint. Further, the requested deadline will permit Orbis' counsel the opportunity to coordinate with counsel for other defendants, in an effort to minimize duplication in arguments presented to the Court.

6. This is Orbis' first appearance in this matter.

7. Counsel for the parties met and conferred by electronic mail regarding this Motion on August 9, 2022, and Plaintiff does not oppose Orbis' request. *See* S.D. Fla. L. R. 7.1(a)(3).

8. Through this Motion, Orbis does not waive any objection or defense that is available to it, including without limitation any defenses related to lack of personal jurisdiction. *See Lane v. XYZ Venture Partners, L.L.C.*, 322 F. App'x 675, 678 (11th Cir. 2009).

**WHEREFORE**, Defendant Orbis Business Intelligence Ltd. respectfully requests that this Court enter an Order setting the time for its response to the Amended Complaint in this action for September 2, 2022.

### Certificate of Compliance with Local Rule 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), the undersigned conferred with Peter Ticktin, Esq., counsel for Plaintiff, on August 8, 2022, who represented on August 9, 2022 that lead counsel for Plaintiff, Alina Habba, Esq., is not objecting to the requested response deadline.

<table>
<tr><td>Dated: August 9, 2022</td><td>Respectfully submitted,<br><br>/s/ *Enjoliqué Aytch Lett*<br>ENJOLIQUÉ AYTCH LETT, Esq.<br>Florida Bar No. 0104881<br>Email: lette@gtlaw.com<br>AKIESHA GILCRIST SAINVIL, Esq.<br>Florida Bar No. 1003260<br>Email: sainvila@gtlaw.com<br>**GREENBERG TRAURIG, P.A.**<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile: (305) 579-0717<br><br>*Counsel for Defendant*<br>*Orbis Business Intelligence Ltd.*</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 9, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/DE system, which will send a notice of electronic filing to all counsel of record.

                                                      */s/ Enjoliqué Aytch Lett*
                                                     Enjoliqué Aytch Lett