UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CIV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT ORBIS BUSINESS
INTELLIGENCE LTD.'S UNOPPOSED MOTION TO SET
A RESPONSE DEADLINE TO PLAINTIFF'S AMENDED COMPLAINT**

THIS CAUSE having come before the Court on Defendant Orbis Business Intelligence Ltd.'s Unopposed Motion to Set a Response Deadline to Plaintiff's Amended Complaint (the "Motion"), and the Court having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** for good cause shown. Defendant Orbis Business Intelligence Ltd. shall answer or otherwise respond to the Amended Complaint by September 2, 2022.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ____ day of August, 2022.

 

                                                                       DONALD M. MIDDLEBROOKS
                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record