UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-DMM

DONALD J. TRUMP,

   Plaintiff,

v.

HILLARY R. CLINTON et al.,

   Defendants.

## NOTICE OF ATTORNEY APPEARANCE

Akiesha Gilcrist Sainvil, Esq., of the law firm of Greenberg Traurig, P.A., serves this Notice of Appearance as counsel for Defendant, Orbis Business Intelligence Ltd., in the above-styled matter. Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Dated: August 11, 2022

Respectfully submitted,

/s/ *Akiesha Gilcrist Sainvil*
AKIESHA GILCRIST SAINVIL
Florida Bar No. 1003260
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: sainvila@gtlaw.com
       cohenpa@gtlaw.com

*Attorneys Orbis Business Intelligence Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ Akiesha Gilcrist Sainvil*
AKIESHA GILCRIST SAINVIL