**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 2:22-CV-14102-DMM

DONALD J. TRUMP,

      Plaintiff,

v.

HILLARY R. CLINTON, et al.,

      Defendants.

                                                 /

## NOTICE OF CHANGE OF ADDRESS

Attorney Akiesha Gilcrist Sainvil files this Notice of Change of Address in the above-

captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| **Address to be Removed:** | **Address to be Added:** |
| --- | --- |
| Foley & Lardner LLP | Greenberg Traurig, P.A. |
| 2 South Biscayne Blvd., Ste. 1900 | 333 S.E. 2nd Avenue, 44th Floor |
| Miami, FL 33131 | Miami, FL 33131 |
| 3054828600 | 305-579-0642 |
| Fax: 3054828600 | Fax: 305-579-0717 |
| Email: sainvila@gtlaw.com | Email: sainvila@gtlaw.com |

Dated: August 15, 2022                      Respectfully submitted,

                                         /s/ *Akiesha Gilcrist Sainvil*
                                         AKIESHA GILCRIST SAINVIL, Esq.
                                         Florida Bar No. 1003260
                                         Email: sainvila@gtlaw.com
                                         **GREENBERG TRAURIG, P.A.**
                                         333 S.E. 2nd Avenue, Suite 4400
                                         Miami, Florida 33131
                                         Telephone: (305) 579-0500
                                         Facsimile: (305) 579-0717

                                         *Counsel for Defendant*
                                         *Orbis Business Intelligence Ltd.*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 15, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Akiesha Gilcrist Sainvil
Akiesha Gilcrist Sainvil