UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff

v.

HILLARY R. CLINTON, *et al.*,

    Defendants.

_____/

**CERTIFICATION OF THE DIRECTOR OF THE TORTS BRANCH,
CIVIL DIVISION, UNITED STATES DEPARTMENT OF JUSTICE**

    I, James G. Touhey, Jr., am the Director of the Torts Branch, Civil Division, United States Department of Justice, responsible for most civil litigation under the Federal Tort Claims Act.  I have read the amended complaint dated June 21, 2022, in the above-captioned case.  Pursuant to 28 U.S.C. § 2679, and by virtue of the authority vested in me pursuant to 28 C.F.R. § 15.4, I hereby certify, on the basis of the information now available with respect to the incidents alleged in the operative complaint, that defendant Adam Schiff was acting within the scope of his office with the United States House of Representatives and that defendant Rod Rosenstein was acting within the scope of his employment with the United States Department of Justice at the time of the alleged conduct at issue.

    Dated: August 18, 2022

                                              _____
                                              JAMES G. TOUHEY, JR.
                                              Director, Torts Branch
                                              Civil Division, United States Department of Justice