IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP, | ) |
| | ) Civil Action No. 2:22-cv-14102-DMM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HILLARY R. CLINTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION

I, Sarah E. Clouse, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am employed as an Associate General Counsel in the Office of General Counsel of the United States House of Representatives ("OGC").

2. OGC handles the receipt and processing of all administrative tort claims filed with the United States House of Representatives ("House") pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2670 *et seq.* Therefore, OGC maintains records of all administrative tort claims filed with the House.

3. I have conducted a search of OGC's records. Based on this search, and to the best of my knowledge, the named plaintiff, Donald Trump, has not filed an administrative tort claim with the House.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of August, 2022.

*/s/ Sarah Clouse*

Sarah E. Clouse
Associate General Counsel
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515