UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:22-cv-14102-DMM

DONALD J. TRUMP,

 Plaintiff,

v.

HILLARY R. CLINTON, *et al.*,

 Defendants.

_____/

### DECLARATION OF ELIJAH F. JENKINS

In accordance with the provisions of 28 U.S.C. § 1746, I, Elijah F. Jenkins, hereby declare as follows with respect to the above-styled case:

1.  I am employed as a Supervisory Technical Support Specialist within the United States Department of Justice (the Department), Washington, D.C. As such, I am familiar with the processing of administrative claims presented under 28 U.S.C. § 2672 to the Department, which are based on the activities of employees of the Department.

2.  All administrative tort claims under the Federal Tort Claims Act pertaining to the Department's activities are handled by the Civil Division of the Department except for those claims specifically directed to activities of the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Federal Prisons Industries, the United States Marshals Service, the Drug Enforcement Administration, and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

3.  I have caused the appropriate Records Systems within the Civil Division of the Department to be searched and there is no record of an administrative claim being presented by Donald J. Trump.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this __16th__ day of August 2022, at Washington, D.C.

*Elijah F. Jenkins*

Digitally signed by ELIJAH JENKINS
Date: 2022.08.16 10:11:00 -04'00'

_____
ELIJAH F. JENKINS
Supervisory Technical Support Specialist
Civil Division