UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff

v.

HILLARY R. CLINTON, *et al.*,

    Defendants.

_____/

## [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO SUBSTITUTE AND DISMISS

Before the Court is the United States' motion to substitute itself as defendant for the Honorable Adam Schiff and Rod Rosenstein, and to dismiss. Upon review of the same, and for good cause shown, the motion is GRANTED.

It is ORDERED that:

1. The United States is substituted as defendant for the Honorable Adam Schiff and Rod Rosenstein; and

2. The United States is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.


Dated: _____    _____
                                                                       Donald M. Middlebrooks
                                                                       United States District Judge