UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CV-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**DEFENDANT ORBIS BUSINESS INTELLIGENCE LTD.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, ORBIS BUSINESS INTELLIGENCE LTD., pursuant to Fed. R. Civ. P. 7.1, and without waiving any available motion or defense, hereby files its Corporate Disclosure Statement, as follows: Orbis Business Intelligence Ltd. is a private limited corporation formed under the laws of England and wholly owned by Orbis Business International Ltd., which is also a private limited corporation formed under the laws of England.

Dated: August 18, 2022

Respectfully submitted,

/s/ *Enjoliqué Aytch Lett*
ENJOLIQUÉ AYTCH LETT, Esq.
Florida Bar No. 0104881
Email: lette@gtlaw.com
AKIESHA GILCRIST SAINVIL, Esq.
Florida Bar No. 1003260
Email: sainvila@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Defendant*
*Orbis Business Intelligence Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2022, I electronically filed the foregoing document with the Court using CM/ECF, which will send a Notice of Electronic Filing generated by CM/ECF to counsel of record or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Enjoliqué Aytch Lett*
ENJOLIQUÉ AYTCH LETT, Esq.
Florida Bar No. 0104881
Email: lette@gtlaw.com