UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.
_____/

## ORDER SUBSTITUTING PARTIES

THIS CAUSE comes before the Court on the United States' Motion to Substitute and Dismiss, filed on August 18, 2022. (DE 256). For the reasons explained below, the Motion is granted insofar as the United States is substituted as defendant for Adam Schiff and Rod Rosenstein. I will defer ruling on the United States' dismissal arguments until a later time.

The Westfall Act "accords federal employees absolute immunity from common-law tort claims arising out of acts they undertake in the course of their official duties." *Osborn v. Haley*, 549 U.S. 225, 229 (2007). The Westfall Act empowers the Attorney General (or his delegate) to certify that the employee "was acting within the scope of his office or employment at the time of the incident out of which the claim arose." 28 U.S.C. § 2679(d)(1). Upon such certification, "the employee[s] [are] dismissed from the action and the United States is substituted in [their] stead." *Omnipol, A.S. v. Multinational Def. Servs., LLC*, 32 F.4th 1298, 1305 (11th Cir. 2022). This is automatic. *See S.J. & W. Ranch, Inc. v. Lehtinen*, 913 F.2d 1538, 1543 (11th Cir. 1990) ("Although, as discussed above, this scope certification is not dispositive for purposes of substitution, it indicates that the United States is *substituted as an automatic consequence* of the Attorney General's certification.") (emphasis added). The United States remains the defendant "unless and

until the district court determines that the federal officer originally named as defendant was acting outside the scope of his employment." *Osborn*, 549 U.S. at 252.

James G. Touhey, Jr., Director of the Torts Branch, Civil Division, United States Department of Justice, a delegate of the Attorney General, has certified that "[D]efendant Adam Schiff was acting within the scope of his office with the United States House of Representatives and that [D]efendant Rod Rosenstein was acting within the scope of his employment with the United States Department of Justice at the time of the alleged conduct at issue." (DE 256-1). The United States is therefore due to be substituted as defendant in their stead under the Westfall Act.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The United States' Motion to Substitute and Dismiss (DE 256) is **GRANTED IN PART** and I will **DEFER RULING IN PART**. It is granted with respect to the United States' substitution argument, and I will defer ruling on the United States' dismissal argument.

(2) The United States is **SUBSTITUTED** as defendant for Adam Schiff and Rod Rosenstein.

(3) Defendants Adam Schiff and Rod Rosenstein are **DISMISSED** from this action

**SIGNED** in Chambers at West Palm Beach, Florida, this 18th day of August, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record