# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 2:22-CIV-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**DECLARATION OF CHRISTOPHER BURROWS IN SUPPORT OF DEFENDANT**
**ORBIS BUSINESS INTELLIGENCE LTD.'S MOTION TO DISMISS FOR**
**INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION**

    I, Christopher Burrows, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a Director and Joint Founder of Orbis Business Intelligence Ltd. ("Orbis"), a Defendant named in the Amended Complaint filed in the above-referenced action. I have personal knowledge of the matters set forth below, and if called as a witness, could and would competently testify with respect thereto. I make this Declaration in support of Orbis' motion to dismiss this action for insufficient service of process and lack of personal jurisdiction.

    2.    I understand that Plaintiff filed a Complaint in this action on March 24, 2022 in the United States District Court for the Southern District of Florida naming Orbis as a defendant to the action. I also understand Plaintiff filed the Amended Complaint thereafter on June 21, 2022.

    3.    On July 19 2022, an unidentified individual arrived at Orbis' registered office located at Hopper, Williams and Bell (HWB), Highland House, Mayflower Close, Chandlers Ford, Eastleigh, Hampshire SO53 4AR, UK, and indicated that he wanted to serve some documents. The individual was greeted by an office receptionist. The individual did not indicate what the documents pertained to.

4.     The receptionist informed the individual that she was not authorized to accept service of any documents, and that the persons authorized to accept service—Richard Hurst and Christopher Wignall, were unavailable.

5.     The individual dropped the documents on the floor of Orbis' registered office and exited the premises.

6.     To date, the documents in question were never served on those registered and authorized to accept service for Orbis.

7.     I understand that the Amended Complaint filed in this action alleges that Orbis was involved in the creation and production of a series of reports, referred to in the Amended Complaint as the "Steele Dossier." According to the Amended Complaint, such alleged conduct "arise[s] out of or relate[s] to [Orbis'] conduct in and/or affecting, among other jurisdictions, Florida." [See DE 177, ¶ 32].

8.     However, no acts involving or relating to the creation of the dossier occurred in Florida.

9.     Orbis has no offices, no employees, and no business representatives in Florida. Orbis does not conduct, engage in, or carry on any business or business venture in Florida, and it is not authorized or registered to carry on any business in Florida. Orbis pays no taxes in Florida.

10.    Orbis is a private limited company formed under the laws of England that specializes in corporate intelligence consultancy. Orbis was incorporated on March 16, 2009 in London, England. Orbis' sole place of business is in London, England.

11.    Orbis' business is generated by personal contacts and referrals, which takes place in the United Kingdom—not in the United States.

12. Orbis owns no real or other property in Florida nor leases any real property in Florida.

13. Orbis does not have a mailing address, telephone number, or bank account in Florida.

14. Orbis does not advertise or conduct marketing in Florida, nor does it target Florida in any way with respect to any advertising or marketing, whether online or otherwise.

15. Orbis does not provide any services in or to Florida, and does not derive any revenue or otherwise receive any income or proceeds from any services in or to Florida.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 18th day of August, 2022, in London, England.

_____
Christopher Burrows