F.P ref: **QF-2022-004867**

T.A Ref: Orbis Business Intelligence Limited

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention

L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

That the documents listed and attached to the Hague Request Form date 19-04-2022

1) that the document has been served the (date) 19-07-2022

que le demande a ete executee     le (date)

-at (place, street, number)   Orbis Business Intelligence Limited

-a (localite, rue, numero)    Hwb Highland House Mayflower Close, Chandlers Ford, Eastleigh,, Hampshire SO53 4AR

- in one of the following methods authorised by article 5:

-dans une des formes suivantes prevues a l'article 5:

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention

selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily

par remise simple

The documents referred to in the request have been delivered to:   **Receptionist**

Les documents mentionnes dans la demande ont ete remis a:

- (identity and description of person)                              **Unknown**

- (identite et qualite de la personne)

- relationship to the addressee (family, **business** or other)

- liens de parente de subordination ou autres avec

le desinataire de l'acts

F.P ref: **QF-2022-004867**

T.A Ref: Orbis Business Intelligence Limited

2) that the document has not been served, by reason of the following facts:

que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.

Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes

Documents returned

Pieces renvoyees

Done at London

fait a

in appropriate cases, documents establishing the service:

le cas echeant, les documents justicatifs de l'execution:

the **12-08-2022**

[Stamp: SENIOR COURTS OF ENGLAND AND WALES · FOREIGN PROCESS SECTION · 1 2 AUG 2022]

Signature and/or stamp:

Signature et/ou cachet:

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| L. Celeste Ingalls | The Senior Master, Royal Courts of Justice |
| Crowe Foreign Services | For the attention of the Foreign Process Section |
| 733 SW Vista Avenue | Room E16 |
| Portland, Oregon 97205 | Royal Courts of Justice |
| USA | Strand |
| Email: Lci@foreignservices.com | LONDON WC2A 2LL |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Orbis Business Intelligence Limited
Hwb Highland House Mayflower Close
Chandlers Ford
Eastleigh, Hampshire SO53 4AR

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** <br> selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)\*:** <br> selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** <br> le cas échéant, par remise simple (article 5, alinéa 2)\* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

**List of documents** / *Énumération des pièces*

- Hague "Summary" with Warning Page
- Summons in a Civil Action
- Complaint for Damages
- Civil Cover Sheet
- 
- Case No. 22cv14102-DMM

\* if appropriate / s'il y a lieu

**Done at** / Fait à Portland, Oregon USA,

**The** / le  April 19, 2022

**Signature and/or stamp**
Signature et / ou cachet

*[signature: Celeste Ingalls]*

OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC - OREGON
COMMISSION NO. 1021981
MY COMMISSION EXPIRES FEB. 21, 2026

Permanent Bureau July 2017