UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, ORBIS BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, JOHN DOES 1 THROUGH 10 (said names being fictious and unknown persons), and ABC CORPORATIONS 1 THROUGH 10 (said names being fictitious and unknown entities),<br>,<br><br>　　　　Defendants. | Case No.: 2:22-cv-14102-DMM<br><br><br>**DECLARATION OF ALINA HABBA, ESQ.** |

　　I, Alina Habba, pursuant to 28 U.S.C. § 1746, declare as follows:

　　1.　　I am managing partner of the firm of Habba Madaio & Associates LLP, counsel for

Donald J. Trump ("Plaintiff") in the above-captioned matter (the "Action").

　　2.　　As counsel for Plaintiff, I have reviewed pleadings, and other documents related to

the Action, and I am familiar with the facts and circumstances of this case.

1

3. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Orbis Business Intelligence LTD's Motion to Dismiss and in support of Plaintiff's Cross-Motion for Alternative Service. The facts herein are true and correct and, unless otherwise stated, are within my personal knowledge.

4. Attached hereto as **Exhibit A** is a true and accurate copy of the request to the Central Authority of the United Kingdom on April 19, 2012, and the corresponding Certificate of Service dated August 12, 2022, as was filed on September 1, 2022 (ECF Doc. No. 261).

Dated: September 1, 2022        By: _____
                                    Alina Habba, Esq.
                                    **HABBA MADAIO & ASSOCIATES LLP**
                                    1430 U.S. Highway 206, Suite 240
                                    Bedminster, New Jersey 07921
                                    -and-
                                    112 West 34th Street, 17th & 18th Floors
                                    New York, New York 10120
                                    Telephone: (908) 869-1188
                                    Facsimile: (908) 450-1881
                                    E-mail: ahabba@habbalaw.com
                                    *Attorneys for Plaintiff,*
                                    *Donald J. Trump*