UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## ORDER REGARDING PLAINTIFF'S RESPONSE TO UNITED STATES' MOTION TO SUBSTITUTE AND DISMISS

THIS CAUSE comes before the Court *sua sponte*. On August 18, 2022, the United States filed a Motion to Substitute and Dismiss as to Defendants Adam Schiff and Rod Rosenstein. (DE 256). That same date, I granted the United States' motion in part, and entered an Order substituting the United States as Defendant for Mr. Schiff and Mr. Rosenstein. (DE 259). In the same Order, I expressly deferred ruling on the United States' dismissal arguments. *Id.*

Plaintiff's response to the United States' motion was due on September 1, 2022. The record does not reflect that Plaintiff has filed a response, nor has Plaintiff moved for an extension of time to do so. In the interest of rendering a fully informed ruling on the issues raised in the United States' motion, I will accept a late-filed substantive response, if Plaintiff chooses to submit one. To this end, I will extend the filing deadline to September 6, 2022.

I caution Plaintiff that if no response to the United States' motion is timely filed by the extended deadline, then I will evaluate the merits of the United States' motion without the benefit of counterargument, and I will grant the motion if I am satisfied that there is a sufficient legal basis to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's deadline to respond to the United States' Motion to Substitute and Dismiss (DE 256) is hereby extended to September 6, 2022.

**SIGNED** in Chambers at West Palm Beach, Florida, this 2nd day of September, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record