UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cv-14102-DMM

DONALD J. TRUMP,

                Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC.,
DEMOCRATIC NATIONAL COMMITTEE,
DNC SERVICES CORPORATION, PERKINS
COIE, LLC, MICHAEL SUSSMANN, MARC
ELIAS, DEBBIE WASSERMAN SCHULTZ,
CHARLES HALLIDAY DOLAN, JR., JAKE
SULLIVAN, ADAM SCHIFF, JOHN PODESTA,
ROBERT E. MOOK, PHILLIPE REINES,
FUSION GPS, GLENN SIMPSON, PETER
FRITSCH, NELLIE OHR, BRUCE OHR, ORBIS
BUSINESS INTELLIGENCE, LTD.,
CHRISTOPHER STEELE, IGOR DANCHENKO,
NEUSTAR, INC., NEUSTAR SECURITY SERVICES,
RODNEY JOFFE, JAMES COMEY, PETER STRZOK,
LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE,
ROD ROSENSTEIN, JOHN DOES 1 THROUGH 10
(said names being fictitious and unknown persons),
and ABC CORPORATIONS 1 THROUGH 10 (said
names being fictitious and unknown entities),

                Defendants.

**ORDER**

_____

    This Matter, having come before the Court on the Plaintiff's cross-motion to set aside the Defendants' Adam Schiff and Rod Rosenstein (collectively, the "Defendants") Westfall Certification and in opposition to their motion to dismiss; and it appearing, upon argument of counsel and for good cause shown, that the Motion should be granted.

    **IT IS HEREBY**,

**ORDERED** that Defendants' Westfall Certification shall be set aside and the Government's motion to substitute the United States as Defendant is denied in its entirety;

**ORDERED** that, in the alternative, the Court shall hold an evidentiary hearing as to whether the Defendants acted within the scope of their employment in maliciously prosecuting Plaintiff;

**ORDERED** that Defendants, Adam Schiff and Rod Rosenstein, shall be substituted in place of the United States as defendants in the instant action; and

**ORDERED** that Defendants' Motion to Dismiss shall be denied in its entirety.


DATED: _____

Hon. Donald M. Middlebrooks
United States District Judge