IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Donald J. Trump,

        Plaintiff,

v.

Hillary R. Clinton *et al.*,

        Defendants.

Civil Action No. 2:22-14102-DMM

# **ORDER**

On this ___ day of _____ 2022 came the Parties, on Defendant Mr. Dolan's Motion for Rule 11 sanctions, and upon the parties' briefing and arguments, it is

ORDERED that the Defendant Dolan's Rule 11 Motion is GRANTED. Plaintiff Donald J. Trump and the Ticktin Law Group PA, Habba Madaio & Associates LLP, Jamie Alan Sasson, Alina Habba, Michael T. Madaio, and Peter David Ticktin in their individual capacities and through their business entities, are liable to Mr. Dolan, jointly and severally, in the amount of $16,274.23.

Entered this ___ day of _____ 2022.

_____
The Honorable Judge Middlebrooks
United States District Judge

cc: All counsel of record