IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Donald J. Trump,<br><br>        Plaintiff,<br><br>v.<br><br>Hillary R. Clinton *et al.*,<br><br>        Defendants. | Civil Action No. 2:22-14102-DMM |

## **PRAECIPE**

Defendant Charles Halliday Dolan ("Mr. Dolan") files this praecipe in connection with his Rule 11 motion ("Motion") against both Plaintiff and his counsel, jointly and severally.

Defendant Dolan through counsel has advised Plaintiff and his attorneys of Mr. Dolan's intent to move for sanctions initially via a letter sent to Plaintiff's attorneys on May 31, 2022. Plaintiff's counsel refused to withdraw the Complaint against Mr. Dolan. On July 15, 2022 the Rule 11 Motion was served on Plaintiff's attorneys. Plaintiff's attorneys still declined to withdraw their allegations. On September 18, 2022, Defendant Dolan through counsel proposed a compromise amount to resolve this matter, and has still not heard back. Defendant Dolan also intends to seek sanctions under 28 U.S.C. §1927, but the Rule 11 motion was served on July 15 and is ripe for filing and decision now. Mr. Dolan reserves his right to join other defendants in their motions for sanctions under 28 U.S.C. §1927 as appropriate, provided fees and costs are collected under the Motion.

Indeed, the Amended Complaint made new false allegations as to Dolan, such as that he was a resident of New York, which reflects a complete lack of any reasonable inquiry or due diligence. Defendant Dolan has now incurred $16,274.23 in attorneys' fees, and has paid $2,045 toward that balance, leaving a total outstanding of $14,229.10. Invoices attached. More than 21

days have elapsed since service of the Rule 11 motion, which is now filed in the same form in which it was served, but now with a cover praecipe.

In accordance with Local Rule 7.3, Defendant Dolan files its Motion within 60 days of the Court's final ruling of September 8, 2022 as prescribed by Local Rule 7.3(a)(1).

As an aside, Mr. Dolan believes that the filing of this lawsuit and related adverse publicity has prevented Mr. Dolan from obtaining credit, and also led to a significant loss of consulting business.

In accordance with Local Rule 7.3(a)(5), attorneys for Mr. Dolan state the following: Counsel who worked on this matter for Defendant Dolan included attorneys George Doumar, Jonathan Levine, Mamoun Mahayni, Daniel Hernandez, and Robert Cimmino, most of whom billed minimal time on discrete areas. Most of the time was billed at a discounted, "low bono" rate of $100 per hour, both as a favor to Mr. Dolan and in recognition that the lawsuit against him was unmerited.

Attorney Doumar has over 35 years litigating and trying cases. He was a member of the Virginia Law Review Editorial Board and Order of the Coif. Attorney Levine served as Florida counsel and has been practicing for 22 years. Attorneys Mamoun Mahayni and Robert Cimmino both graduated law school in 2019, and are recent members of the Virginia and New York bar respectively. Attorney Hernandez was licensed to practice law in 2020. Each of these junior attorneys were limited to discrete tasks.

Mr. Dolan seeks sanctions awarding him a total of $16,274.23 in attorneys' fees and costs. To avoid any dispute over particular time entries, and resolve this quickly, Mr. Dolan is happy for the Court to deduct any time entries deemed duplicative, but strongly believes the overall amount is reasonable.

## Certification of Attempt to Resolve

Counsel for Mr. Dolan has communicated with Plaintiff's counsel repeatedly to resolve this issue, including before serving the Rule 11 motion, and then before filing the Rule 11 motion.

Respectfully submitted,

/s/ George R. A. Doumar
George R.A. Doumar
*Pro Hac Vice*
Jonathan E. Levine, Esquire
Florida Bar No. 937711
Mahdavi Bacon Halfhill & Young, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia, 22030
Tel: (703) 352-1300
Fax: (703) 352-1301
Email: gdoumar@doumarmartin.com

Counsel for Charles H. Dolan

## **VERIFICATION**

I hereby verify that the fees claimed have been incurred, that bills have been sent monthly to Mr. Dolan, and that the facts set forth above are true to the best of my knowledge.

George R. A Doumar

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2022, I caused a copy of the foregoing Defendants' Motion for Sanctions to be served on all counsel of record via CM/ECF. All parties required to be served have been served.

>/s/ George R. A. Doumar
George R.A. Doumar
*Pro Hac Vice*
Jonathan E. Levine, Esquire
Florida Bar No. 937711
Mahdavi Bacon Halfhill & Young, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia, 22030
Tel: (703) 352-1300
Fax: (703) 352-1301
Email: gdoumar@doumarmartin.com

Counsel for Charles H. Dolan