# Doumar Martin PLLC

# INVOICE

11350 Random Hills Road, Suite 700
Fairfax, VA 22030

Invoice # 651
Date: 06/24/2022
Due Upon Receipt

### 2861

## Charles Dolan

#### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 05/02/2022 | GRD | Updated filings in court, issues for potential briefing | 0.40 | $100.00 | $40.00 |
| 05/03/2022 | GRD | Review new filings | 0.20 | $100.00 | $20.00 |
| 05/04/2022 | GRD | Review cases re personal jurisdiction | 0.50 | $100.00 | $50.00 |
| 05/06/2022 | GRD | Review filings in Trump case re arguments for dismissal | 0.40 | $100.00 | $40.00 |
| 05/09/2022 | MM | Legal research | 1.00 | $100.00 | $100.00 |
| 05/09/2022 | GRD | Review briefs from Florida counsel, telcon re same, | 0.70 | $100.00 | $70.00 |
| 05/10/2022 | MM | Draft motion to dismiss | 2.30 | $100.00 | $230.00 |
| 05/10/2022 | GRD | Draft affidavit for Chuck/revise | 0.50 | $100.00 | $50.00 |
| 05/11/2022 | MM | Further draft motion | 0.40 | $100.00 | $40.00 |
| 05/11/2022 | GRD | Review current draft of brief | 0.50 | $100.00 | $50.00 |
| 05/11/2022 | RC | Telcon with GRD to receive instructions and case background {HH} | 0.30 | $100.00 | $30.00 |
| 05/12/2022 | MM | Continue drafting motion | 4.50 | $100.00 | $450.00 |
| 05/12/2022 | GRD | Review current draft of brief | 0.50 | $100.00 | $50.00 |
| 05/13/2022 | MM | Modify motion | 0.60 | $100.00 | $60.00 |
| 05/13/2022 | GRD | Brief changes, revisions, cases re extension, issues re extension | 1.50 | $100.00 | $150.00 |
| 05/13/2022 | RC | Review draft motion to dismiss; telcon with GRD {HH} | 1.00 | $100.00 | $100.00 |

| 05/16/2022 | GRD | Review new filings for dismissal in Trump case | 0.70 | $100.00 | $70.00 |
|---|---|---|---|---|---|
| 05/17/2022 | GRD | Review Danchenko indictment for issues | 0.90 | $100.00 | $90.00 |
| 05/17/2022 | RC | Edit motion to dismiss; review GRD e-mails and telcon re same {HH} | 1.30 | $100.00 | $130.00 |
| 05/18/2022 | MM | Develop 12(b)(6) portion of motion | 1.30 | $100.00 | $130.00 |
| 05/18/2022 | GRD | Update draft | 0.80 | $100.00 | $80.00 |
| 05/18/2022 | GRD | Review new filings | 0.20 | $100.00 | $20.00 |
| 05/18/2022 | RC | Review complaint and edit motion to dismiss; legal research on ; draft e-mail to GRD {HH} | 2.50 | $100.00 | $250.00 |
| 05/19/2022 | MM | Review motion | 2.10 | $100.00 | $210.00 |
| 05/19/2022 | MM | Review indictment; confer with GRD | 1.00 | $100.00 | $100.00 |
| 05/20/2022 | MM | Draft motion | 4.30 | $100.00 | $430.00 |
| 05/20/2022 | GRD | Affidavit and brief changes | 0.80 | $100.00 | $80.00 |
| 05/21/2022 | GRD | Rewrite brief | 3.00 | $100.00 | $300.00 |
| 05/21/2022 | RC | Edit motion to dismiss and e-mail GRD re same {HH} | 0.70 | $100.00 | $70.00 |
| 05/23/2022 | MM | Modify and review motion; review local rules for filing; generate tables of content and authorities; finalize exhibits; draft proposed order | 5.80 | $100.00 | $580.00 |
| 05/23/2022 | GRD | Final changes, ready brief for filing | 1.50 | $100.00 | $150.00 |
| 05/25/2022 | GRD | Further filings re motions | 0.20 | $100.00 | $20.00 |
| 05/27/2022 | MM | Draft Rule 11 letter | 2.30 | $100.00 | $230.00 |
| 05/27/2022 | GRD | Rule 11 letter draft | 0.40 | $100.00 | $40.00 |
| 05/28/2022 | GRD | Light edits to Chuck edits, e-mail | 0.30 | $100.00 | $30.00 |
| 05/31/2022 | GRD | Review court filings re attempt to move status call date | 0.30 | $100.00 | $30.00 |
| 05/31/2022 | MM | Prepare Rule 11 notice letter for send out | 1.90 | $100.00 | $190.00 |
| 05/31/2022 | GRD | Finalizing and edit Rule 11 letter | 0.60 | $100.00 | $60.00 |

Services Subtotal $4,820.00

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 05/31/2022 | Lexis Nexis | 1.00 | $111.53 | $111.53 |
| 05/31/2022 | Consultant: Florida Counsel - Mahdavi Bacon Halfhill & Young, | 8.10 | $300.00 | $2,430.00 |

PLLC - May Invoice - Jon Levine

| | |
|---|---|
| **Expenses Subtotal** | **$2,541.53** |
| **Subtotal** | **$7,361.53** |
| **Invoice Discount** | **$70.00** |
| **Total** | **$7,291.53** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 745 | 07/12/2022 | $2,594.08 | $0.00 | $2,594.08 |
| 852 | 08/10/2022 | $1,643.49 | $0.00 | $1,643.49 |
| 966 | 09/08/2022 | $2,700.00 | $0.00 | $2,700.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 651 | 06/24/2022 | $7,291.53 | $0.00 | $7,291.53 |
| | | | **Outstanding Balance** | **$14,229.10** |
| | | | **Total Amount Outstanding** | **$14,229.10** |

### IOLTA

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 04/26/2022 | | Payment for trust request: #545 | 2861 | | $1,000.00 | $1,000.00 |
| | | | | **IOLTA Balance** | **$0.00** | |

Please make all amounts payable to: Doumar Martin PLLC

Payment is due upon receipt.

# Doumar Martin PLLC

11350 Random Hills Road, Suite 700
Fairfax, VA 22030

# INVOICE

Invoice # 745
Date: 07/12/2022
Due Upon Receipt

### 2861

## Charles Dolan

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 06/01/2022 | GRD | Update review of filings, telcon Chuck re Rule 11 letter | 0.50 | $100.00 | $50.00 |
| 06/02/2022 | MM | Contact SD Florida to get link for status call | 0.20 | $100.00 | $20.00 |
| 06/02/2022 | GRD | Updates re filings | 0.50 | $100.00 | $50.00 |
| 06/02/2022 | GRD | Court hearing | 0.50 | $100.00 | $50.00 |
| 06/03/2022 | GRD | Follow-up with other defense counsel re status of hearing, defense counsel meeting | 0.50 | $100.00 | $50.00 |
| 06/09/2022 | GRD | Follow-up re Rule 11 letter, send to Trump's attorneys | 0.60 | $100.00 | $60.00 |
| 06/09/2022 | GRD | Telcon Chuck | 0.30 | $100.00 | $30.00 |
| 06/10/2022 | GRD | Court docket issues, filings | 0.30 | $100.00 | $30.00 |
| 06/13/2022 | GRD | Review new court filings | 0.20 | $100.00 | $20.00 |
| 06/14/2022 | MM | Meet and confer with GRD; research Steele dossier | 1.30 | $100.00 | $130.00 |
| 06/14/2022 | GRD | Follow-up telcon Chuck/filings | 0.40 | $100.00 | $40.00 |
| 06/14/2022 | GRD | Steele dossier issues and review | 0.40 | $100.00 | $40.00 |
| 06/16/2022 | GRD | Brief follow-up of talking points | 0.40 | $100.00 | $40.00 |
| 06/16/2022 | GRD | Follow-up Chuck | 0.30 | $100.00 | $30.00 |
| 06/22/2022 | MM | Review amended complaint | 1.70 | $100.00 | $170.00 |
| 06/22/2022 | GRD | Check court filings | 0.20 | $100.00 | $20.00 |
| 06/23/2022 | MM | Further review amended complaint | 2.40 | $100.00 | $240.00 |

| 06/23/2022 | GRD | Review court updates | 0.20 | $100.00 | $20.00 |
| 06/24/2022 | MM | Continue amended complaint review | 0.50 | $100.00 | $50.00 |
| 06/27/2022 | MM | Amended complaint review | 2.00 | $100.00 | $200.00 |
| 06/27/2022 | GRD | Filings re possible extension | 0.30 | $100.00 | $30.00 |
| 06/28/2022 | MM | Review complaint; begin drafting Rule 11 motion | 1.90 | $100.00 | $190.00 |
| 06/28/2022 | GRD | Follow-up re extensions, review prior motion to dismiss | 0.30 | $100.00 | $30.00 |
| 06/29/2022 | MM | Legal research; further draft Rule 11 motion | 2.50 | $100.00 | $250.00 |
| 06/30/2022 | MM | Conduct legal research and continue drafting Rule 11 motion | 5.00 | $100.00 | $500.00 |
| 06/30/2022 | GRD | Make edits to Rule 11 motion, declaration | 1.50 | $100.00 | $150.00 |
| 06/30/2022 | GRD | Order and ancillary document drafting | 0.50 | $100.00 | $50.00 |

**Services Subtotal**  **$2,540.00**

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 06/30/2022 | Lexis Nexis | 1.00 | $104.08 | $104.08 |
| 06/30/2022 | Consultant: Florida Counsel - Mahdavi Bacon Halfhill & Young, PLLC - June Invoice - Jon Levine | 1.00 | $450.00 | $450.00 |

**Expenses Subtotal**   **$554.08**

**Subtotal**   **$3,094.08**

**Invoice Discount**   **$500.00**

**Total**   **$2,594.08**

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 651 | 06/24/2022 | $7,291.53 | $0.00 | $7,291.53 |
| 852 | 08/10/2022 | $1,643.49 | $0.00 | $1,643.49 |
| 966 | 09/08/2022 | $2,700.00 | $0.00 | $2,700.00 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 745 | 07/12/2022 | $2,594.08 | $0.00 | $2,594.08 |
| | | | **Outstanding Balance** | **$14,229.10** |
| | | | **Total Amount Outstanding** | **$14,229.10** |

## IOLTA

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 04/26/2022 | | Payment for trust request: #545 | 2861 | | $1,000.00 | $1,000.00 |
| | | | | **IOLTA Balance** | **$0.00** | |

Please make all amounts payable to: Doumar Martin PLLC

Payment is due upon receipt.

# Doumar Martin PLLC

# **INVOICE**

11350 Random Hills Road, Suite 700
Fairfax, VA 22030

Invoice # 852
Date: 08/10/2022
Due Upon Receipt

Charles Dolan

## 2861

## Charles Dolan

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 07/01/2022 | MM | Draft motion to dismiss; declaration; review amended complaint and initial complaint | 3.00 | $100.00 | $300.00 |
| 07/01/2022 | GRD | Review filings, motions, e-mails, and draft motion to dismiss to be filed | 1.20 | $100.00 | $120.00 |
| 07/05/2022 | GRD | Further review of filings | 0.30 | $100.00 | $30.00 |
| 07/07/2022 | GRD | Follow-up re Danchenko counsel, matters | 0.30 | $100.00 | $30.00 |
| 07/08/2022 | MM | Review Rule 11 motion | 1.20 | $100.00 | $120.00 |
| 07/08/2022 | MM | Check federal rules for Rule 11 sanctions procedure | 0.20 | $100.00 | $20.00 |
| 07/08/2022 | GRD | Telcon Danchenko counsel | 0.50 | $100.00 | $50.00 |
| 07/10/2022 | MM | Review Rule 11 motion | 0.60 | $100.00 | $60.00 |
| 07/10/2022 | GRD | Briefing issues, e-mails | 0.40 | $100.00 | $40.00 |
| 07/11/2022 | GRD | Issues re updated motions filing | 0.60 | $100.00 | $60.00 |
| 07/12/2022 | GRD | E-mail follow-up, many lawyers | 0.30 | $100.00 | $30.00 |
| 07/13/2022 | GRD | E-mails re dispositive filings | 0.40 | $100.00 | $40.00 |
| 07/14/2022 | DH | Review and revise Rule 11 motion and motion to dismiss | 0.90 | $250.00 | $225.00 |
| 07/14/2022 | GRD | Finalize supplemental filing, Rule 11 motion | 2.50 | $100.00 | $250.00 |
| 07/15/2022 | DH | Review and revise Rule 11 motion | 1.00 | $250.00 | $250.00 |
| 07/15/2022 | GRD | Issues re Rule 11 filing, changes from Chuck/defense counsel call report | 0.50 | $100.00 | $50.00 |

| 07/16/2022 | GRD | Follow-up and forward Rule 11 | 0.40 | $100.00 | $40.00 |
| 07/21/2022 | GRD | Status call with defense attorneys | 0.50 | $100.00 | $50.00 |
| 07/26/2022 | GRD | Report on defense call | 0.30 | $100.00 | $30.00 |
| | | | **Services Subtotal** | | **$1,795.00** |

### Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 07/31/2022 | Lexis Nexis | 1.00 | $18.49 | $18.49 |
| 07/31/2022 | Consultant: Florida Counsel - Mahdavi Bacon Halfhill & Young, PLLC - July Invoice - Jon Levine | 1.00 | $330.00 | $330.00 |
| | | **Expenses Subtotal** | | **$348.49** |
| | | **Subtotal** | | **$2,143.49** |
| | | **Invoice Discount** | | **$500.00** |
| | | **Total** | | **$1,643.49** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 651 | 06/24/2022 | $7,291.53 | $0.00 | $7,291.53 |
| 745 | 07/12/2022 | $2,594.08 | $0.00 | $2,594.08 |
| 966 | 09/08/2022 | $2,700.00 | $0.00 | $2,700.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 852 | 08/10/2022 | $1,643.49 | $0.00 | $1,643.49 |
| | | | **Outstanding Balance** | **$14,229.10** |
| | | | **Total Amount Outstanding** | **$14,229.10** |

Invoice # 852 - 08/10/2022

**IOLTA**

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|------|------|-------|--------|----------|----------|---------|
| 04/26/2022 | | Payment for trust request: #545 | 2861 | | $1,000.00 | $1,000.00 |

**IOLTA Balance** $0.00

Please make all amounts payable to: Doumar Martin PLLC

Payment is due upon receipt.

# Doumar Martin PLLC

# INVOICE

11350 Random Hills Road, Suite 700
Fairfax, VA 22030

Invoice # 966
Date: 09/08/2022
Due Upon Receipt

**2861**

## Charles Dolan

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 08/01/2022 | GRD | Counsel e-mails | 0.20 | $100.00 | $20.00 |
| 08/05/2022 | RC | Downloading all responsive filings on Pacer | 0.20 | $100.00 | $20.00 |
| 08/05/2022 | RC | Meet and confer with GRD on reply brief | 0.60 | $100.00 | $60.00 |
| 08/05/2022 | RC | Call with defense counsels re reply to plaintiff's response to motion to dismiss | 1.10 | $100.00 | $110.00 |
| 08/05/2022 | RC | Draft reply to plaintiff's opposition to Dolan's motion to dismiss | 0.70 | $100.00 | $70.00 |
| 08/05/2022 | GRD | Update re defense counsel meeting, filings, and reply drafting | 0.80 | $100.00 | $80.00 |
| 08/08/2022 | RC | Further draft reply to plaintiff's opposition to Dolan's motion to dismiss | 6.70 | $100.00 | $670.00 |
| 08/08/2022 | GRD | Various e-mails, motion for longer brief, telcon Chuck re mysterious Jan 17 e-mails | 0.80 | $100.00 | $80.00 |
| 08/09/2022 | RC | Continue drafting reply to plaintiff's opposition to motion to dismiss | 1.20 | $100.00 | $120.00 |
| 08/09/2022 | RC | Discuss motion edits with GRD | 0.30 | $100.00 | $30.00 |
| 08/09/2022 | GRD | Separate brief edits, review omnibus brief | 1.20 | $100.00 | $120.00 |
| 08/10/2022 | RC | Review joint reply | 0.60 | $100.00 | $60.00 |
| 08/10/2022 | GRD | E-mails re reply, review draft reply and edit for Chuck | 0.80 | $100.00 | $80.00 |
| 08/11/2022 | RP | Revise reply re motion to dismiss amended complaint | 1.40 | $100.00 | $140.00 |
| 08/11/2022 | RC | Draft and file reply | 5.50 | $100.00 | $550.00 |

| 08/11/2022 | GRD | Review briefing issues, filing | 0.80 | $100.00 | $80.00 |
| 08/12/2022 | RC | Research on timeliness of Rule 11 motions | 0.50 | $100.00 | $50.00 |
| 08/12/2022 | RP | Review RC e-mail re timeliness of Rule 11 motion | 0.20 | $100.00 | $20.00 |
| 08/16/2022 | GRD | Review filings | 0.40 | $100.00 | $40.00 |
| 08/18/2022 | GRD | Updated review of pleadings, motion to dismiss Neustar | 0.60 | $100.00 | $60.00 |

**Services Subtotal**  **$2,460.00**

## Expenses

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| 08/31/2022 | Consultant: Florida Counsel - Mahdavi Bacon Halfhill & Young, PLLC - August Invoice - Jon Levine | 0.80 | $300.00 | $240.00 |

**Expenses Subtotal**  **$240.00**

**Subtotal**  **$2,700.00**

**Total**  **$2,700.00**

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 651 | 06/24/2022 | $7,291.53 | $0.00 | $7,291.53 |
| 745 | 07/12/2022 | $2,594.08 | $0.00 | $2,594.08 |
| 852 | 08/10/2022 | $1,643.49 | $0.00 | $1,643.49 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 966 | 09/08/2022 | $2,700.00 | $0.00 | $2,700.00 |

**Outstanding Balance**  **$14,229.10**

**Total Amount Outstanding**  **$14,229.10**

Invoice # 966 – 09/08/2022

**IOLTA**

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|------|------|-------|--------|----------|----------|---------|
| 04/26/2022 | | Payment for trust request: #545 | 2861 | | $1,000.00 | $1,000.00 |

| | | | IOLTA Balance | | $0.00 | |

Please make all amounts payable to: Doumar Martin PLLC

Payment is due upon receipt.