UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP

        Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, ORBIS BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, JOHN DOES 1 THROUGH 10 (said names being fictious and unknown persons), and ABC CORPORATIONS 1 THROUGH 10 (said names being fictitious and unknown entities),

        Defendants.

Case No.: 2:22-cv-14102-DMM

**DECLARATION OF ALINA HABBA, ESQ.**

I, Alina Habba, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am managing partner of the firm of Habba Madaio & Associates LLP, counsel for Donald J. Trump ("Plaintiff") in the above-captioned matter (the "Action").

2. I submit this declaration pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1, in support of Plaintiffs' Memorandum of Law in Opposition to the Motion for Sanctions filed by the defendant, Charles Halliday Dolan. The facts herein are true and correct and, unless otherwise stated, are within my personal knowledge.

1

3. As counsel for Plaintiff, I have reviewed pleadings, and other documents related to the Action, and I am familiar with the facts and circumstances of this case.

4. Attached hereto as **Exhibit A** is a true and accurate copy of the Indictment dated November 3, 2021 in the matter of *United States v. Danchenko*, case no. 1:21-cr-00245-AJT, Eastern District of Virginia.

5. Attached hereto as **Exhibit B** is a true and accurate copy of the Government's Opposition to Defendant's Motion to Dismiss the Indictment dated September 16, 2022 in the matter of *United States v. Danchenko*, case no. 1:21-cr-00245-AJT, Eastern District of Virginia.

Dated: October 5, 2022            By: _____
                                      Alina Habba, Esq.
                                      **HABBA MADAIO & ASSOCIATES LLP**
                                      1430 U.S. Highway 206, Suite 240
                                      Bedminster, New Jersey 07921
                                      -and-
                                      112 West 34th Street, 17th & 18th Floors
                                      New York, New York 10120
                                      Telephone: (908) 869-1188
                                      Facsimile: (908) 450-1881
                                      E-mail: ahabba@habbalaw.com
                                      *Attorneys for Plaintiff,*
                                      *Donald J. Trump*