United States District Court

District Of Florida On Washington

FILED BY _____ D.C.
OCT 06 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

John J. McCarthy,
plaintiff, defendant,

No — Unknown at This Time Waiting For Clerks Reopening And Identify

No 22-CV-14102

Middlebrooks

V.

United States Of America,
c/o Donald Trump.
Mar-a-Lago.

9-11-2022

McCarthys Omnibus Many Things Motion Herein, Motion, <u>Nunc Pro Tunc</u>

1. John J. McCarthy is a pretrial detainee for Technical violations of Federal Supervised Release. He is held at Neuro Restoritive for TBI. He is also addicted to Methadone and a patient of the New Season Clinic in Sarasota Florida for pain management and addiction Services;

Page 2-

2. McCarthy objects to Magistrate jurisdiction in this case for not following statements in 28 U.S.C. §636; and Civ. R. O. P., for Magistrate judges set forth in 28 USC §636; § Magistrate Rules and concordant Civil Rules of Procedure therein — see; McCarthy. v Bronson, ___ U.S ___ (1991-2)

3. McCarthy objects to Special Master jurisdiction of Mar-a-Lago relevant posture. McCarthy also claims that the Magistrate judge had no jurisdiction to appoint a Special Master pursuant to relevant Rules of Procedure and what is state in paragraph 2. Id.

4. McCarthy also objects to Magistrate judge jurisdiction and for not following the relevant Civil Rules; Title 28 Rules for Special Master And Local Rules for Magistrate judges and Special Master jurisdiction under paragraphs 2-4 Civil and Local Rules and Title VI Accordingly; and Title: 28 U.S.C §636;

Page 3

5. McCarthy also makes this Motion pursuant Rules 5 and 5.2 for joinder and Rules 22 Fed. Civ. R. Pro; as well as all Relevant Local Rules;

6. McCarthy makes Counter Claims pursuant to Rules 14-15; 25, 25(a); and Rule 13, Id

7. McCarthy's appearance is appropriate and Compliant to Rules 5, 5.-5; 22; 25 et seq; joins Class Action of all Interested United States Legal Citizens 23(b),(4) Title VI; Rules 14-15; Title 28 USC §1367; Article III U.S. Constitution

8. Class Action is appropriate pursuant to Rule (b) of 23 Rules Civil Procedures;

9. This Motion is justiciable pursuant to All Rules of Civil and Criminal; Rules of Local Requirements; Title III U.S. Constitution; Title 18 and 28 Accordingly

10. McCarthy also relies on appropriate

ability because filing this motion is the only way that he knows how to protect his rights pursuant to McCarthy v. Madigan, ___ U.S. ___ (1991-2) and all other language therein and within; McCarthy v. Bronson ___ U.S. ___ (1991-2); and Article III U.S. Constitution; Amendments IV, V, VIII; amendments (VI); there in for jurisdiction of anyone as well Accordingly.

11. McCarthy also claims Jurisdiction applies and this case pursuant to all rules and statutes cited herein; and the Liberal Construction for pro se filed cases and that the United States including statutes pursuant to all claims herein; and paragraphs that the United States and Relevant parts of Civil and Criminal Rules and Statutes; including responsible people holding McCarthy so to punish him for prior action (through 87) cited LEXIS-NEXUS. - Cost to Cost and appropriate case law, Rules, Statutes and Constitutional Provisions Article III and others addressing McCarthy's rights to file cases; exhaust administrative Remedies; denial of Rules Civil and Crim'l using clever

manufactured ways so to deny McCarthy access to Law Books or Assistance from anyone appropriately;

12. Magistrate Judge violated all rules that are apply to a Magistrate Judge and consistent to Title 28 U.S.C. §636; and already cited Law, herein;

13. The same applies to Special Master appointment and Statutes, Laws; Rules and Constitutional provisions of Article III Constitution and Amendments I - Through VIII;

14 McCarthys Objections and appearance are appropriate to McCarthys inclusion and Special Master appointments;

15 McCarthys Liberal Construction Doctrine due process, and, articles I through 28 of Statutes Laws and Rules including Nunc Pro Tunc jurisdiction;

pg. 6

I hereby swear and state the foregoing is True and Correct according to Rules, Statutes, and Constitution pursuant to 28 U.S.C. § 1746

Executed on September 11, 2022
By: John J. McCarthy
    John J. McCarthy

Respectfully Submitted

John J. McCarthy,
John J. McCarthy
7117 Baxley Lane
Sarasota, Florida 34241;

John J McCarthy
John J McCarthy
28 Bonnie Brae Drive
Newtown, Connecticut 06470

Certification

I hereby swear and state I filed by mail and sent a full copy of this motion to the:

United States Attorney General
Justice Department
Washington, D.C.,
Open

Mailed September 17, 2022

By John J. McCarthy
John J. McCarthy

Title 28 U.S.C. § 1746

Respectfully Submitted By
John J. McCarthy
John F. McCarthy
Neuro Restorative
7447 Boxley Lane
Sarasota, FL 34241

John J. McCarthy 38051-066
7117 Baxley Lane
Sarasota FL 34241

Clerk
U.S. District Court
400 N. Miami Ave
Miami, FL 33126

33128-771899

USMS
INSPECTED
RECEIVED