UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>       Plaintiff,<br><br>v.<br><br>HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, ADAM SCHIFF, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, DEFENDANT BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., NEUSTAR SECURITY SERVICES, RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, ROD ROSENSTEIN, JOHN DOES 1 THROUGH 10 (said names being fictitious and unknown persons), and ABC CORPORATIONS 1 THROUGH 10 (said names being fictitious and unknown entities),<br><br>       Defendants. | CASE NO. 2:22-cv-14102-DMM<br><br>**NOTICE OF CIVIL APPEAL** |

Notice is hereby given that the plaintiff, Donald J. Trump, appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of the Hon. Donald M. Middlebrooks entered on September 8, 2022 (ECF No. 267) in the instant action.

Dated: October 11, 2022                    Respectfully submitted,

/s/ Jared Roberts
Jared J. Roberts (FL Bar #1036550)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com

*Counsel for Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, a true copy of the foregoing was sent via first class, postage prepaid, to all attorneys of record as listed on the Court's CM/ECF for this matter.

Dated: October 11, 2022            /s/ Jared Roberts
                                                       Jared J. Roberts

                                                       *Counsel for Donald J. Trump*

Cut along this line

# Check appears upside down intentionally

## How to use this check

**Need help?** Visit eChecks.com or call 877-333-6964

| Step 1<br>Print the check | Step 2<br>Validate it printed correctly | Step 3<br>Deposit like normal |
|---|---|---|
| ✓ **Any printer works**<br>✓ **Black or color ink**<br>✓ **Basic white paper** | ✓ **Correct if bank numbers are:**<br>Centered in white space<br>Parallel to edge of the page<br>Clearly printed in dark black ink<br>✗ **Reprint if bank numbers are:**<br>Cut off, skewed, or off-center<br>Smudged or wrinkled<br>Too light to read | 1. **Cut on the dotted line above**<br>2. **Endorse the back**<br>3. **Deposit like normal:**<br>In-person at a bank or credit union<br>Using an ATM<br>Via smartphone mobile deposit<br>With an office check scanner |

**Does your financial institution have questions about this check?**
- This check was printed from an authorized check record. It is not a Check 21 Image Replacement Document.
- To confirm this check was issued by the account holder and details (pay to, amount, routing/account number) remain unmodified, the item's authenticity can be verified using the Deluxe Inc. Check Verification service at https://echecks.com/verify.

**Questions?** Visit eChecks.com or call 877-333-6964

## For your records

**Issued date:** 2022-10-11
**Check number:** VV174
**From:** Elizabeth McIntyre-Williams
**Amount:** $505.00
**Payable to:** CLERK, US DISTRICT COURT ...
**Delivery email:** None
**Memo:** filing fee

Are you a business? To save time, money, and resources, make payments using Deluxe Payment Exchange. Call 877-333-6964 to get started today!


deluxe. PAYMENT EXCHANGE

Generated: Oct 11, 2022 2:20PM                                                                 Page 1/1



# U.S. District Court

## Florida Southern - Fort Pierce

Receipt Date: Oct 11, 2022 2:20PM

Elizabeth McIntyre-Williams
Paradise Process & Pro-Se Services, LLC
3340 SE Federal Highway
Unit 291
Stuart, FL 34997

Rcpt. No: 3042                    Trans. Date: Oct 11, 2022 2:20PM                    Cashier ID: #MB

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 505.00 | 505.00 |

| CD | Tender |        |            | Amt      |
|----|--------|--------|------------|----------|
| CH | Check  | #VV174 | 10/11/2022 | $505.00  |

|                      |          |
|----------------------|----------|
| Total Due:           | $505.00  |
| Total Tendered:      | $505.00  |
| Total Cash Received: | $0.00    |
| Cash Change Amount:  | $0.00    |

**Comments**: Donald Trump v. Hillary Clinton et al 2:22-cv-14102-DMM

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.