AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Donald J. Trump | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-cv-14102-DMM |
| Hillary R. Clinton, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump

Date: 10/12/2022

*Attorney's signature*

Jared J. Roberts (FL Bar #1036550)
*Printed name and bar number*

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
*Address*

jared@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*