UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP, <br><br> Plaintiff, <br><br> v. <br><br> HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, ADAM SCHIFF, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, DEFENDANT BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., NEUSTAR SECURITY SERVICES, RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, ROD ROSENSTEIN, JOHN DOES 1 THROUGH 10 (said names being fictitious and unknown persons), and ABC CORPORATIONS 1 THROUGH 10 (said names being fictitious and unknown entities), <br><br> Defendants. | CASE NO. 2:22-cv-14102-DMM <br><br> <u>NOTICE OF CIVIL APPEAL</u> |

Notice is hereby given that the plaintiff, Donald J. Trump, appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of the Hon. Donald M. Middlebrooks entered on September 8, 2022 (ECF No. 267) in the instant action.

Dated: October 11, 2022                                    Respectfully submitted,


                                                           /s/ Jared Roberts
                                                           Jared J. Roberts (FL Bar #1036550)
                                                           BINNALL LAW GROUP, PLLC
                                                           717 King Street, Suite 200
                                                           Alexandria, VA 22314
                                                           Tel: (703) 888-1943
                                                           Fax: (703) 888-1930
                                                           jared@binnall.com

                                                           *Counsel for Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, a true copy of the foregoing was sent via first class, postage prepaid, to all attorneys of record as listed on the Court's CM/ECF for this matter.

Dated: October 11, 2022                    /s/ Jared Roberts
                                           Jared J. Roberts

                                           *Counsel for Donald J. Trump*