**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

_____/

**ORDER STRIKING MOTION FOR MISCELLANEOUS RELIEF**

    THIS CAUSE comes before the Court on non-party John J. McCarthy's Omnibus Motion for "Many Things Motion Herein, Motion Nunc Pro Tunc" filed on October 6, 2022. (DE 271). The Motion does not state who John J. McCarthy is or why he has any interest in this litigation. Accordingly, it is **ORDERED AND ADJUDGED** that Mr. McCarthy's Motion (DE 271) is **STRICKEN**.

    **SIGNED** in Chambers at West Palm Beach, Florida, this 20th day of October, 2022.

*[signature]*

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record