# EXHIBIT 1

Document By **WESTLAW**

NewsRoom

9/10/22 FOX: Hannity (Pg. Unavail. Online)
2022 WLNR 28709447

FOX: Hannity
Copyright (c) 2022 Fox News Network, Inc.

September 10, 2022

Biden Again Slams Republicans

SEAN HANNITY, FOX NEWS HOST: And welcome to HANNITY this busy Friday news night.

Now, tonight, as heartfelt tributes pour in for the late Queen Elizabeth, woke, classless Democrats, they're spitting on her legacy. Now, that includes one professor at Carnegie Mellon wishing her an excruciating death. We're going to bring you the worst of the worst. That's coming up tonight.

Plus, we will outline a new far left plan to abolish law and order and empower violent criminals when -- just when you thought it couldn't get worse. But first, we are only 0 days away from the midterm elections and Democrats have nothing zero positive to run on.

After two years of majority, the economy is in a recession, inflation is at a 40-year high, gas prices have more than doubled, the supply chain is still a disaster, the housing market is in a huge tailspin violent crime on the rise in small towns and big cities all across the country, California, they can't even keep the lights on.

Meanwhile abroad, Europe is at war. China is threatening to blow us up and reunify with our ally Taiwan. And Afghanistan is once again a safe haven for the terrorists who perpetrated 9/11.

Now, naturally, according to Joe Biden and his fellow Democrats, MAGA Republicans are the greatest threat to America. That's their primary campaign message. Take a look.

(BEGIN VIDEO CLIP)

JOE BIDEN, PRESIDENT OF THE UNITED STATES: We got a little help from Republicans but not a lot but enough to get it passed. But the truth is, there are a lot more Republicans taking credit for that building we actually voted for it. I see them out there, and now, we're going to build this new bridge here, we're all for it. And by the way, this new road, and we're going to have an internet that's going to be always. I love them, man.

They ain't got no shame. They don't have any shame.

Republicans awaken the powerful force in this nation, women. W-O-W -- no, I'm not joking. I'm not joking.

(END VIDEO CLIP)

HANNITY: Quote: They ain't got no shame.

This coming from the guy that used his own crack addicted son as a bag man basically, a guy who cheated his way through law school and plagiarized his way through the Senate, a guy that lied about being a civil rights activist, a guy that worked with segregationists to stop integration of our public schools. He didn't want them to become racial jungles, his words.

A guy that checked his watch several times, remember that, during the ceremony for the 13 fallen U.S. service members that were killed because of his botched withdrawal in Afghanistan.

Joe Biden has no shame. Joe Biden has no class. He has no honor. He has no dignity. He has no morals. I don't think he has any clue what day it is and now he has a barely functioning brain.

Hillary Rodham Clinton meanwhile is just desperate for attention. Does anybody really care what she has to say? Yesterday, she declared that certain Republicans have got to be purged much like a disease. She actually said it. Take a look.

(BEGIN VIDEO CLIP)

HILLARY CLINTON, FORMER SECRETARY OF STATE: For reasons that are really hard to fully understand there is one of our political parties our major political parties and the people who support it and who they support seemingly at odds with democracy. The best thing that could happen for the country and frankly for what's left of the Republican Party is to defeat as many candidates that they have running now at all levels, national, state and local, and force them to purge their party of the disease that has unfortunately spread.

(END VIDEO CLIP)

HANNITY: Purge irredeemable, deplorables, bitter Americans that cling to god, their guns, their bibles, their religion, smelly Trump Walmart shoppers, or in this case, MAGA Republicans. And then Hillary echoing Joe Biden now wants to purge MAGA Republicans.

Now, let's be clear almost no one on earth actually likes or respects Hillary Clinton and she's never going to be president, but her remarks perfectly encapsulate what is the Democratic Party's midterm message. They want you to turn a blind eye to all the violent crime, the failing schools, all the economic suffering of their insane COVID policies their climate cultism and just focus on hating MAGA Republicans. In other words, focus on hating half the country.

Oh and they're also in the process of renaming now federal lands with words that don't offend them, 650 renamings apparently.

Now, don't let them gaslight you. We need this country back on track. That is what is at stake in 60 short days. I'll have more of my monologue in a minute.

But here with reaction, former White House chief of staff Reince Priebus, FOX News contributor Charlie Hurt.

Reince, let's get your reaction. This is all they have. There's nothing positive they can run on, not a single thing.

© 2022 Thomson Reuters. No claim to original U.S. Government Works.　　2

Now the question is, will this strategy of slander, smear, besmirchment, character assassination, will that work?

REINCE PRIEBUS, FORMER WHITE HOUSE CHIEF OF STAFF: I don't think it's going to work at all because I do think that the American people see that our economy is in the tank and gas is up, the border's not secure. But this is what they've got, and they have decided that since they have nothing, they've got ridicule. And as Alinsky -- I've been following this thing for since Obama -- Alinsky has always, when he wrote his rules for radicals, he said that ridicule is man's best weapon. And that's what they're doing.

They are targeting people. They are polarizing people. They're personalizing it and they're going after Republicans with these insane attacks.

And when you talk about fascism, put aside the fascism of Joe Biden through executive order shutting Keystone pipeline, shutting down the market, doing all the things he's done, when you talk about purging a party of disease -- that sounds like fascist language to me.

And you have these candidates out there, you talk about fascism, Mandela Barnes in Wisconsin running against Ron Johnson's talking about releasing of the state's prisoners, Fetterman, your buddy in Pennsylvania, Sean, is talking about releasing 30 percent of the state's prisoners. It doesn't get any more wild than that.

And finally, when Joe Biden comes to Wisconsin and Pennsylvania, as nuts as that platform sounds, those two candidates didn't want to go by Joe Biden. You know why? Because he's unpopular, the economy is in the tank and people know it.

HANNITY: Now, Charlie, if this election becomes about record high inflation, record high gas prices, record high prices for everything you buy in every store you go to, if it becomes about law and order and safety and security, if it's about education of our kids, if it's about all of these things and not about the ad hominem attacks and the name calling and the demonization of any conservative or Republican, I say Republicans win if that's what they run on.

Now, the question is -- which side is going to win the narrative?

CHARLIE HURT, FOX NEWS CONTRIBUTOR: Yeah, no, I think you're exactly right about that and I think that is exactly why you have Democrats maligning and insulting half of the country every time they talk. And, of course, there's nothing in the world that's more fascist than having a president calling half of the people he works for fascist or semi-fascist or having the former first lady talk about how our voters in this country -- her political opponents who don't support her are somehow a disease in this country. This is really sick language this kind of effort to dehumanize people is what fascists do. So the only fascists here are Hillary Clinton and Joe Biden.

But you're exactly right. They have absolutely nothing to run on. They control every lever of power in Washington, both chambers of Congress and the White House. They can -- they could run the tables. They could do whatever they want, and what they have done so far has been to destroy the country, and you've gone through all of those important things, whether it's skyrocketing crime, gas prices, inflation, open border, misery around the world, terrorism taking a new route in places like Afghanistan.

So they have nothing else to run on, but I think you're exactly right, Sean. I think, you know, these things -- people -- it's not just conservatives and Republicans who want their families to be safe or want to be able to afford gasoline, Democrat voters want that too. And as long as Republicans remain laser focused on that and talk about the ideas that we all spot -- you know, believe in and that Donald Trump talked about, then Republicans are going to walk away with this thing in two years and Republicans are going to walk away even bigger or, you know, next month they're going to walk away with it and then walk away even bigger I think in two years.

© 2022 Thomson Reuters. No claim to original U.S. Government Works.

HANNITY: All right. So, Reince, you had great success as the RNC chair. What do you tell people running for the House, running for the Senate? My understanding is next week that Kevin McCarthy will lay out his version of a Contract with America commitments to America.

I like that idea. I like the idea that every candidate signs their name and makes a pledge to do certain things before they run. I would like the Senate candidates to do the same.

What do Republicans need to do to keep the focus where it belongs?

PRIEBUS: Well, I agree with you too, I think number one, you got to tell people what you're for. I think a Contract with America or a new contract whatever he's going to call it is brilliant, number one. Number two, you cannot let these candidates like Mandela Barnes and Fetterman and these folks get away with portraying themselves as something that they're not.

They're on TV every minute telling people that they're mainstream while at the same time they're talking about releasing prisoners, they're talking about defunding the police and they're on the record talking about cashless bail, that people who commit violent crimes should not have to pay a cash bail in order to get out of prison. This is what the record is.

So I think Republicans have to be relentless in what they're for, relentless on pointing out what their opponent is for, and then they need to tell their own story about their own lives and their own families, and their own sacrifices. I think all of that together is important.

Last thing, you got to focus on the ground game and the grassroots. You got to focus on absentee ballot, request forms, targeting people, turning out voters and just obviously like Lincoln said, you know, have more ballots in the box than the other guy.

Do you feel the Republican Party has that technology? Are they prepared to compete with the Democrats on that level in terms of getting out the vote?

PRIEBUS: Yeah. I do, Sean, and I think that we've also learned a lesson about voting and election integrity and not waiting until after the election to do something about it and I think that's one of the things that's changed over the last couple years.

HANNITY: Charlie, we'll give you the last word.

HURT: Yeah, the most important thing they have to focus on personal security crime and the economy and the border. And if Republicans focus on those three things and hit these people as hard as they can about the fact that they have been for open borders, no bail, lawlessness, they've supported the riots for two years, you --as long as Republicans stay on that, I think that they're going to have a good day in November.

HANNITY: All right. Charlie, thank you. Reince, thank you.

Now, also tonight, Memphis, Tennessee, they are still reeling after a week of unthinkable violence. Remember the kindergarten teacher murdered by a career criminal in cold blood. She was only out for a jog, four others murdered after a mass shooting from another career criminal and now new fears after two young men filmed themselves threatening to kill white people in the city at random.

© 2022 Thomson Reuters. No claim to original U.S. Government Works.

The violent felons let out of jail because of what, liberal prosecutors, liberal judges and lawmakers are wreaking havoc on communities all across the country. The media mob, they don't seem to care. The primetime shows on fake news CNN, MSDNC totally ignoring the breaking news about the mass shooting that took place in Memphis. Why is that? What is -- is it because oh it wasn't a MAGA Republican pulling the trigger?

Similarly they all but ignored the horrific story out of Nevada where an elected Democrat murdered a journalist who was investigating him. ABC, CBS, NBC, MSDNC, they all failed to mention that the murder suspect was a Democratic official. Well, would they would they ignore it if it was a MAGA Republican? Why bother if it's not a MAGA Republican?

The media mob is so dedicated to attacking conservatives, protecting Democrats that they are turning a blind eye to a deadly problem in America in small towns and big cities. And as we speak, violent criminals are now roaming free all over the country, thanks to these far left policies. And by the way, in the state of Illinois, it is about to get even worse. You couldn't think possible. Take a look.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: As of January 1st, 2023, the following things will go into effect and people need to be aware of this. It abolishes cash bail for almost every offense. This includes but isn't limited to kidnapping, armed robbery, second-degree murder, drug-induced homicide, aggravated DUI, threatening a public official and aggravated fleeing and eluding.

Offenders released on electronic monitoring have to be in violation for 24 hours before law enforcement can act. They could almost drive to Alaska before we can even look for them. It denies victims their constitutional rights -- and keep this in mind, businesses and homeowners, officers will no longer be able to remove trespassers from your residence or your businesses.

(END VIDEO CLIP)

HANNITY: Is that not madness? Ask yourself, do you think that law and order is a good idea? Because every Democrat running in this upcoming election supports some version of that type of policy. Now, they also all support illegal immigration, sanctuary cities, sanctuary states. That is until those illegal immigrants start showing up in their cities.

In 2019, one Washington D.C. city councilwoman tweeted, quote: the district is a sanctuary city. That means our law enforcement does not cooperate with ICE. As a council member, I have called for an abolition of ICE and wrote D.C.'s law to establish a permanent immigrant legal services fund.

But after the latest busload of migrants from Texas courtesy of Governor Abbott, the councilwoman is now singing a much different tune. Pretty interesting. Take a look.

(BEGIN VIDEO CLIP)

DC CITY COUNCIL MEMBER: It's been said but it's worth reiterating that the governors of Texas and Arizona have created this crisis, and the federal government has not stepped up to assist the District of Columbia. So we, along with our regional partners, will do what we've always done. We'll rise to the occasion.

We've learned from border towns like El Paso and Brownsville, and in many ways, the governors of Texas and Arizona have turned us into a border town.

(END VIDEO CLIP)

HANNITY: And Chicago Mayor Lori Lightweight was also panic-stricken after a few busloads of migrants showed up in the Windy City and she decided to transport them out of her city and send them to the suburbs.

Now, keep in mind, around 8,000 migrants have been bused to Chicago and D.C., while over 1.1 million migrants have entered the state of Texas alone this year, never mind last year.

Here now with more, former Florida Attorney General Pam Bondi, FOX News contributor Tammy Bruce.

Pam, let me start with you. As a former prosecutor, you just heard the mayor, pretty much you can commit any violent crime, kidnapping, second- degree murder, no bail laws. And police can't do their job.

Now, how is that going to end? I don't think you need to be a fortune teller to figure it out.

HANNITY: Yeah, you don't have to be a prosecutor or a cop to figure it out. It's going to end in much more violence. You know, Sean, when I was a prosecutor, nobody recognized what political party you were. It was about protecting citizens, protecting kids so they could play in the park, protecting people so they could go to work, to make our communities safe.

People loved the police and these progressives and these socialists have turned our country into something so frightening and they're not stopping. And as we always say, that's why it's so important when you're hearing these politicians, you've got to start at your local level. You've got to support your tough sheriffs like Chad Chronister who we have in Florida, in my county. You have to support the great law enforcement elsewhere. You have to support tough prosecutors and get rid of the bad ones. You have to vote them out of office.

And these mayors and these state reps who want to create these crazy laws for cashless bail and after 48 hours, you still can't violate someone on house arrest, it's absurd. And that we're going to see so much more violence. And we see it's working great in the red states where we have law and order -- Texas, Florida, all the red states where we want to protect our citizens and keep people safe. And it's just not happening and it breaks my heart really for the people of this country who have to live in those other states.

HANNITY: You know, Tammy, we haven't talked about in a while, but decades ago, you were more left and less conservative than you are today. This new modern Democratic Party, this movement, you know, defund, dismantle, no bail laws, this radicalism that's taken over the Democratic Party, do you recognize any of this from the time that maybe you had some agreement with Democrats?

TAMMY BRUCE, FOX NEWS CONTRIBUTOR: You know, not, not really. I mean this is what's very interesting here, like my -- a lot of my work was about domestic violence and that work relied on having relationships with police departments, changing laws so that batterers could be arrested. Even if the victim did not want to press charges, it was about working with the justice system to make sure that the bad guys, the people who are beating up women, the people who are committing the crimes actually were going to be held to account.

And that really fostered good relationships within the work that I was doing with -- and there was universal agreement. It was, you know, not a feminist issue. It was a humanist issue and what we relied on was a justice system and police departments and sheriff departments that understood this, and that they were on our side because it is women and families.

When we see these mass shootings when we see the dynamic of what goes on, and women are out at the grocery store, women are jogging, women are with their families at you know in the public arena ,and when there is a local arena shooter, if you will, those women and those children are equally at risk. We see it at the border. It's children that are being used.

So when they've destroyed the relationship between community and the police and what we're seeing here is the result of what it tells young people especially, is that not only are there no repercussions, but the people in this community don't care about their own lives because even the bad guys know that the police matter and that people who care about the future rely on them. So, if you're -- if you're denigrating the police like all the blue cities and the blue states do, that flows over into a mentality that crime is okay and in fact maybe the people who are wanting saying defund the police, maybe it's because they want to be hurt.

And this is what we've got to stop now because that is a lie, and only conservatives, concerned Democrats, independents, concerned patriots, members of the community have got to step up and know you're being lied to that this is partisan. We know that it does not work. It makes lives worse because we have example after example in these blue cities.

HANNITY: It's unbelievable.

You know all the law-abiding, tax-paying, hard-working Americans now, they can't even walk down the street. It's gotten that bad in many parts of the country.

Tammy, thank you. Pam Bondi, as always, thank you.

Coming up, you won't believe how some on the left are now trashing the late Queen Elizabeth II. We have incredible low lights that you probably wouldn't believe, straight ahead.

(COMMERCIAL BREAK)

(NEWSBREAK)

HANNITY: All right. So, today, King Charles III gave his first address to the UK as monarch, following the passing of Queen Elizabeth, stressing the need for unity, thanking the British people for their love, their support and vowing to continue to rule with loyalty.

Sadly, the unhinged, woke left, they cannot help themselves and they're using the queen's death to launch baseless smear campaigns against the entire royal family, including this tweet from a professor at Carnegie Mellon. Quote, I heard the chief monarch of a thieving raping genocidal empire is finally dying. May her pain be excruciating.

Now, Twitter even took the tweet down saying it violated their terms of use. But the professor then double doubled down on this posting saying: If anyone expects me to express anything but disdain for the monarch who supervised a government that sponsored the genocide that massacred and displaced half my family, well, you can keep wishing across the star.

And, of course, the mob and the media, they're using the queen's death to spew even more hate against the royal family. Take a look.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: You played a clip of her speaking in Cape Town in 1947 in South Africa. That's the year apartheid took effect in South Africa. They -- that was something British colonialism ushered in. British colonialism which she presided over for all these years was had a terrible effect on much of the world. It's something that people uh revolt from.

I think it's something -- there's a weakness in the American character that still yearns for that era of hereditary privilege, which is the very thing that that we escaped from.

UNIDENTIFIED FEMALE: There is now an understanding of how much money the royal family may have made from slavery um their involvement in sort of colonialism and there are calls for reparations, right?

UNIDENTIFIED FEMALE: Because if you really think about what the monarchy um was built on, it was built on the backs of Black and Brown people. She wore a crown with pillaged stones from India and Africa.

(END VIDEO CLIP)

HANNITY: All right. Here with reaction, author and FOX News contributor Douglas Murray is with us, along with FOX News contributor, the guy that needs his own media show right here on FOX, Joe Concha.

By the way, he will be co-hosting the big Saturday show this weekend right here on FOX, which I'm glad to see.

Joe, let's start with you.

Even in death, a woman that served 70 years, the longest reigning monarch, she took the throne at the age of 25. What is it specifically that that brings out all of this hatred of the left towards her?

JOE CONCHA, FOX NEWS CONTRIBUTOR: No class and no shame I think to start, Sean. And look, you go -- you look at Queen Elizabeth, she took to the throne when Harry S. Truman was president of the United States and Winston Churchill was prime minister of Great Britain. So this is how long we're talking about here, and she's only carried herself a class in dignity.

But to go back to that Carnegie Mellon professor where you just read those tweets which are completely vile, I'm old enough to remember the year 2020, Sean, when the same Carnegie Mellon completely freaked out over Richard Grenell, formerly the Trump administration, acting director national intelligence, he was named a senior fellow at the university and something like almost faculty and staff signed an open letter pleading with the university to rescind the appointment.

And now, after one of their professors tweeted what that -- what she did about Queen Elizabeth II not long after she passed away, these same faculty and staff members are silent and the university doesn't appear that it's going to reprimand this person in any way. So, it just seems like nothing is sacred anymore, right?

I mean, do you remember when Nancy Reagan passed away in 2016, here was "The Washington Post" and their obituary of the former first lady. Quote: Nancy Reagan had an undeniable knack for inviting controversy. There were her extravagant spending habits at a time of double-digit employment, a chaotic relationship with their children and step children that could rival a soap opera plot, unquote.

This is a friggin' obituary. Again, no class, no shame, even moments after somebody so revered passes away at the age of 96, Sean.

HANNITTY: Douglas, when you go back to "may her pain be excruciating", you know, there are people I don't particularly like on this earth, I can't imagine ever, ever saying something like that upon the death of anybody. Where does that come from?

DOUGLAS MURRAY, FOX NEWS CONTRIBUTOR: No, I mean, it shows nothing except the extraordinary ignorance and the extraordinary evil of these people. The ignorance of what you've just read out from various of these non-entities. They know nothing about colonialism. They clearly know nothing about the decolonization process. They know nothing about the late queen's extraordinary work with the commonwealth countries.

If the queen would preside over this, was it a genocidal empire? Unbelievable. There'd be nobody alive if it had been a genocidal empire. And they smear her with his total lack of knowledge.

If she'd been the person they're talking about, why would all the heads of all of the commonwealth countries have all been in mourning in the last 24 hours?

You know, what we see here is a very vile, evil type of person who's very ignorant and luxuriates in their ignorance, and nothing though I think could stand in greater contrast to that than the life of service and dignity that Queen Elizabeth had and demonstrated. She was an extraordinary monarch, an extraordinary woman, a great mother, grandmother, a mother to the nation, and somebody who had a store of wisdom and knowledge and decency and service including sacrifice, of a kind that many people still admire but too few people still have.

You know, we live in an age where everybody moans and everyone thinks it's about them, and they throw out these ignorant opinions. They have no idea of what it -- what it is like to actually serve your country and to do what the queen said she would do when she was a girl and to give her whole life to the service of others. That's what we should remember.

And I hope these chattering figures never detract from the life of service of the late queen.

HANNITY: No class, period, end of sentence, at all whatsoever.

Anyway, thank you very much, Douglas. Joe, great to have you.

And coming up, Democrats running for the Senate could not be any more radical, it's only 60 days from the midterms. Their positions on key issues are downright scary. We'll tell you everything, every position that they're taking, what they are, so you are an informed voter come November.

(COMMERCIAL BREAK)

[21:37:49]

HANNITY: All right. The midterm race is now 60 days away. One thing is now more clear than ever, Democrats are running the most extreme, the most far left, the most radical candidates of any election cycle I've ever covered. And by the way, especially swing states like Pennsylvania, Georgia, Wisconsin, you have far left candidates doubling down on their pro-crime open borders green new deal socialism agenda.

For example, in Wisconsin, Mandela Barnes says that he wants to release half the prisoners across the state of Wisconsin. He wants to give illegal immigrants driver's licenses and in-state tuition. He wants to abolish the filibuster, even wants to let prisoners vote.

© 2022 Thomson Reuters. No claim to original U.S. Government Works.

Down in Georgia, Raphael Warnock, well, he has a history of far-left radicalism, repeatedly attacking the police as thugs and even worse, comparing them to thugs and gangsters, supports CRT in schools, offers kind words for the likes of Fidel Castro, praises Louis Farrakhan, a virulent anti-Semite and racist, even defending the radical hate America pastor, GD America Jeremiah Wright, among many other bizarre positions, and he wants to pack the courts.

In the great state of Pennsylvania -- well, phony, spoiled, never had a job, trust fund brat in a hoodie and tattoos, John Fetterman, never had a job in his life. He wants to, what, legalized drug dens, supports amnesty, wants to reduce Pennsylvania's prison population by at least a third, wants to eliminate put a moratorium on fracking and phase it out, doesn't support American energy independence. He continues to suffer following a stroke back in May and he won't answer a single question about his health.

His opponent, Dr. Mehmet Oz, is making it clear debates need to take place before any votes are cast and that needs to happen in all of these states.

Joining us now is Dr. Oz, along with former South Carolina Governor Nikki Haley, who is joining Dr. Oz on the campaign trail.

Nikki, why don't we start with you? All these extra extreme positions and John Fetterman has campaigned a whopping 20 minutes in total since the -- since the primary. That's it.

Now voting begins in 10 days. How do the people in the commonwealth of Pennsylvania vote when the guy hasn't answered one question on all of these radical positions?

NIKKI HALEY, FORMER SOUTH CAROLINA GOVERNOR: Well, thanks, Sean.

You know, first of all, I'll tell you, it's just total arrogance on the part of Fetterman. He thinks he doesn't have to show up/. He thinks he doesn't have to answer a question. But this -- if this guy gets elected, this should send a chill up every person's spine, not just in Pennsylvania but across the country.

The idea that he wants to go and take away law enforcement's ability to defend themselves or defend communities, this is a guy who said sanctuary cities make us all safer, not less safer. This is a guy who wants to take away life sentences for murders, a guy who wants to release a third of prisoners.

And I'll tell you, Dr. Oz and I did a couple of different events, the energy for him is great because they're so scared of what Fetterman's going to do. But we need everybody in the country to pay attention to this Pennsylvania race, because this guy makes the left look conservative compared to where he is. It would be a disaster.

HANNITY: He's to the left of Bernie Sanders. He endorsed Bernie Sanders.

Dr. Oz, I mean, you have not had an opportunity to hear him answer a single question. He's talking about a debate in, what, mid-October, late October? By that time, probably half the vote will be in the commonwealth of Pennsylvania. That by any measure is not fair to the people of Pennsylvania. How come that is being allowed to happen?

DR. MEHMET OZ (R), PENNSYLVANIA SENATE CANDIDATE: But, Sean, frankly he hasn't actually even offered a debate. Debates have to be held at a specific time, in a specific place, on TV stations, with hosts. We don't have any of these details.

So all I know is that I've agreed to six specific debates, three this month, three next month for the reason you stated, so the early folks can also get some information about where I stand. And democracy lives on asking questions of each other. I will do whatever I can to serve the people of Pennsylvania.

When John Fetterman agrees to zero debates, one was supposed to be right now as I speak to you, it shows he doesn't have the interest at heart of voters. And he is dodging the debates because he doesn't want the debate. He cannot defend the far left radical positions that you just articulated and to put some facts on what happens when you have those radical positions.

Where I am right now, Philadelphia, the highest homicide rate we have ever had, we also are number three as a state in fentanyl deaths because of his position on the border.

So I say, if you're worried about this, go to droz.com and please support my campaign because here's the truth, the reason he's getting money is because the liberals in California and New York don't know how radical he is. I can't imagine they would with good conscience support him. What they want is the 51st seat.

HANNITY: But here's the problem --

OZ: They're just trying to get a placeholder.

HANNITY: -- the people in New York and California probably would, that's the problem, and that's where the money's coming from.

It's -- and to the people of Pennsylvania, the hard-working people, first of all, he wants to eliminate fracking and end energy independence. That's an $81 billion industry in the commonwealth of Pennsylvania. That would destroy the economy of Pennsylvania. He's never answered a single question, Dr. Oz.

Why is it the media are allowing this guy to get away with this? Why are they not insisting on answers?

OZ: I -- it's just they're being duplicitous. They're manufacturing a candidate, literally a hologram. This fictional person that they want for their readership to adore and that's what they're trying to achieve. It's not working because the people of Pennsylvania are too smart for that.

But let me get back to the root issue here. Nikki Haley, Ambassador Haley and I, were campaigning yesterday and talking about the fact we're both the kids of immigrants. We both believe as do most viewers on the American dream, that if you work hard, respect each other, right, serve each other, then the country actually makes you an American.

Well, John Fetterman never had that life experience. He doesn't respect the American dream. That's why he says he's these bizarre things, and that's why I say, folks, if you don't want someone like John Fetterman in there, go to droz.com and support me because this fellow and people like him will destroy the nation.

HANNITY: Governor, look at the last two presidential elections. You had a dirty, bought and paid for Russian disinformation dossier fed to the media. None of it was true, but they reported it as gospel truth. Then you -- then you go and then it was used as a weapon to apply for FISA warrants, they got four of them, and none of it was true.

Then, in 2020, all of a sudden, weeks before the election, a laptop comes out from Hunter Biden that implicates Joe Biden repeatedly and yet the media in one voice says, oh, that's likely Russian disinformation. Well, it turns out it was all true.

So the impact of the media on all of these races is very real. How is it that the media will give this guy, with the most radical positions of any candidate I've ever seen, a free pass for this election?

HALEY: Look, I have said it for too long, Sean, Republicans are too nice, because all they do is whine and complain and we don't get out there and fight. We have an opportunity to fight.

I was today helping Herschel Walker is going against Warnock. I was yesterday with Dr. Oz helping him go against Fetterman. These are dangerous individuals that if they walk the halls of the Senate, we are going to have much bigger problems than anything the Squad could ever give us.

So if we really want to see change, we need to go to droz.com, give him money. We need to get our people out to vote and we need to make a change in the Senate. We can do this. We got to keep the faith.

HANNITY: All right. Governor, I'm glad you're out there with Dr. Oz. We've got to follow -- we've got to smoke this guy out. The people of Pennsylvania, whether you agree with me or disagree with me, you deserve answers to these very radical positions. Thank you both for being with us.

Up next, our two-tiered system of justice, it is alive and well. We have the latest example, it involves Hillary Clinton. We'll check in with Gregg Jarrett and the president's attorney, that's President Trump, Alina Habba, straight ahead.

(COMMERCIAL BREAK)

HANNITY: Now, just like we've been telling you, the two-tiered system of justice in this country is now undermining faith in our most important institutions. Now, this dual justice system is shredding our Constitution. We now have a politicized FBI and a DOJ that is weaponized.

Earlier today, Donald Trump's suit against Hillary Clinton over the Russia hoax that was dismissed, with the judge claiming that the 45th president wasn't seeking redress for any legal harm, all based on Hillary Clinton's bought and paid for dirty misinformation Russian dossier.

And meanwhile, today was the deadline for the Trump team and the Biden DOJ to submit their list of potential candidates to serve as an independent special master to review the documents that were seized at Mar-a-Lago.

Here to break it all down, FOX News legal analyst Greg Jarrett, along with Trump attorney Alina Habba.

Alina, start with you. What frustrates me is Hillary Clinton, they took this dossier, they never verified it, they fed it to the media, they lied about Donald Trump, the media ran with it then the FBI used it, applied for FISA applications four times, says on the top of that application "verified", it was unverifiable. And they all got away with it.

Why isn't she being held accountable for what she did?

ALINA HABBA, ATTORNEY FOR FORMER PRESIDENT DONALD TRUMP: Because when you have a Clinton judge as we did here, Judge Middlebrooks who I had asked to recuse himself but insisted that he didn't need to, he was going to be impartial, and then he proceeds to write a 65-page scathing order where he basically ignored every factual basis which was backed up by indictments, by investigations, the Mueller report, et cetera, et cetera,

et cetera, not to mention Durham, and all the testimony we heard there, we get dismissed. Not only do we get dismissed, he says that this is not the proper place for recourse for Donald Trump. He has no legal ramifications.

Where what is the proper place for him? Because the FBI won't help when you can do anything, obstruct justice, blatantly lie to the FBI, Sussmann's out, he gets acquitted, where do you go? That's the concern for me. Where do you get that -- that recourse?

HANNITY: Yeah, the famous line of Ray Donovan, where do I go to get my good name back?

Gregg, you wrote two number one best-selling books about this very topic. Very few people, next to nobody, was held accountable. The top people involved in this big lie, they never got held accountable, and Hillary -- you know, she just that now mocks the idea that she herself had top secret and classified emails on her servers and just acts like it never happened.

GREGG JARRETT, FOX NEWS LEGAL ANALYST: Yeah, and at the same time, she's now hawking hats that say "but her emails". Sort of laughing at everyone and how she got away with it, thanks to her husband, Loretta Lynch and, of course, James Comey.

Look, it's always an uphill battle when a citizen brings a case against federal government and federal employees because federal judges frown upon those things, and it appears to me here that this judge in Florida wanted to be both judge and jury. He wanted to be the trier of the fact here. And he simply states and declares that Trump hasn't stated a cognizable claim under the law.

Well, I think he has. There is a plethora of evidence here of corruption and abuse of power by the FBI, their employees, working in concert with Hillary Clinton and her acolytes. Lawless search warrants and spying on the Trump campaign, using knowingly a phony bogus information in the Steele dossier and launching investigations, criminal investigations of the president United States, knowing full well there was no predicate evidence to begin with.

So I think there's going to be a different opinion by the 11th Circuit Court of Appeal on review. They may well decide to reinstate this case because I do think there are valid causes of action.

HANNITY: Alina, what are other avenues of remedy that you might have?

HABBA: You know, I have to share with you a story, Sean, that I have not shared with anybody. The recourse that I have at this point is obviously to appeal this to the 11th Circuit as Gregg said.

But when I brought this case and we were assigned, you know, this judge and we went through the recusal process, we lost five magistrates, including Rinehart who's dealing with the boxes as we know. The former president looked at me and he told me, you know what, Alina. You're not going to win. You can't win, just get rid of it, don't do the case.

And I said, no, we have to fight. It's not right what happened. And you know, he was right, and it's a sad day for me personally because I fought him on and I should have listened, but I don't want to lose hope in our system. I don't.

So, you know, I'm deciding whether we're going to appeal it. But I got to tell you, Sean, it's hard when you're looking at what's happening in these in this justice system.

HANNITY: America better start paying attention. We don't have equal justice or application of our laws, and if we allow it to continue, it's only going to get worse. These people are now more emboldened than ever.

Alina, thank you. Gregg Jarrett, thank you.

More HANNITY straight ahead.

(COMMERCIAL BREAK)

HANNITY: All right. Unfortunately, that is all the time we have the left this Friday evening. As always, thank you for being with us. Thank you for making this show possible.

Please set your DVR so you never, ever, ever miss an episode of HANNITY. You can get news anytime at foxnews.com or hannity.com.

In the meantime, let not your heart be troubled, "THE INGRAHAM ANGLE", Laura Ingraham is up next. I hope you have a great weekend.

END

[Copy: Content and Programming Copyright 2022 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2022 VIQ Media Transcription, Inc. All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of VIQ Media Transcription, Inc. You may not alter or remove any trademark, copyright or other notice from copies of the content.]

---- Index References ----

Company: Former Co., Ltd.; Federal Bureau of Investigation; VIQ MEDIA TRANSCRIPTION INC.; FOX NEWS NETWORK, LLC; Carnegie Mellon University College of Fine Arts; WALMART INC.; TWITTER, INC.; U.S. Immigration and Customs Enforcement

News Subject: (Campaigns & Elections (1CA25); Commonwealth (1CO30); Emerging Market Countries (1EM65); Global Politics (1GL73); Government (1GO80); Minority & Ethnic Groups (1MI43); Political Parties (1PO73); Public Affairs (1PU31); Race Relations (1RA49); Social Issues (1SO05); World Elections (1WO93); World Organizations (1IN77))

Region: (Afghanistan (1AF45); Africa (1AF90); Americas (1AM92); Asia (1AS61); California (1CA98); Florida (1FL79); Illinois (1IL01); North America (1NO39); Pennsylvania (1PE71); South Africa (1SO81); South Carolina (1SO63); Southern Africa (1SO66); Southern Asia (1SO52); Tennessee (1TE37); Texas (1TE14); U.S. Mid-Atlantic Region (1MI18); U.S. Midwest Region (1MI19); U.S. Southeast Region (1SO88); U.S. Southwest Region (1SO89); U.S. West Region (1WE46); USA (1US73); Western Asia (1WE54); Wisconsin (1WI54))

Language: EN

Other Indexing: (Republicans; Democrats; China; Taiwan; MAGA; PENNSYLVANIA SENATE; Republican Party; Democratic Party; White House; Congress; Democrat; RNC; GD America; Mandela Barnes and Fetterman; CNN; MSDNC; ABC; CBS; NBC; droz.com; Arizona; Trump administration; CRT; Semite; Biden DOJ; FISA; 11th Circuit Court of Appeal; FORMER; FBI; VIQ Media Transcription, Inc.; Fox News Network, LLC; Carnegie

Mellon; Walmart; Twitter; ICE) (SEAN HANNITY; Queen Elizabeth; Joe Biden; JOE BIDEN; Hillary Rodham Clinton; HILLARY CLINTON; Americans; Hillary Clinton; Reince Priebus; Charlie Hurt; REINCE PRIEBUS; STAFF; Alinsky; Obama; Mandela Barnes; Ron Johnson; Ron B. Johnson; John Fetterman; CHARLIE HURT; Donald Trump; Donald John Trump; Kevin McCarthy; John Kevin Mccarthy; Lincoln; Lori Lightweight; Pam Bondi; Tammy Bruce; Chad Chronister; TAMMY BRUCE; Queen Elizabeth II.; King Charles III; Douglas Murray; Douglas Murray; Joe Concha; JOE CONCHA; Harry S. Truman; Winston Churchill; Winston J. Churchill; Mellon; Richard Grenell; Queen Elizabeth II; Nancy Reagan; DOUGLAS MURRAY; Douglas Murray; Raphael Warnock; Fidel Castro; Louis Farrakhan; Jeremiah Wright; Jerry Wright; Mehmet Oz; Mehmet Oz; Nikki Haley; NIKKI HALEY; Bernie Sanders; MEHMET OZ; Mehmet Oz; Ambassador; Hunter Biden; Herschel Walker; Herschel J. Walker; Gregg Jarrett; Alina Habba; Greg Jarrett; Greg Jarrett; ALINA HABBA; DONALD TRUMP; Donald John Trump; Middlebrooks; Durham; Sussmann; Ray Donovan; GREGG JARRETT; Loretta Lynch; Loretta Lynch-Reichert; James Comey; James Brien Comey; Steele; Rinehart; Laura Ingraham)

Word Count: 7336

---

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.

