Case 2:22-cv-14102-DMM   Document 281   Entered on FLSD Docket 11/09/2022   Page 1 of 6

FILED BY ___AP___ D.C.
Nov 8, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States Court

Florida District
(Southern)
Case No. 22-CV-14102-Middle- Brooks

Donald J. Trump,
plaintiff,

v.

Hillary R. Clinton, et al,
defendants

Rule 59(e); 60(b) Motion

McCarthy moves to address Order Striking Motion For Miscellaneous Relief, see; Attached

McCarthy moves for relief from Miscellaneous Motions and the Courts dated order 10/21/2022 Striken McCarthy, Motion For Relief.

McCarthy relies on the following

page

1. The Court was unfair to raise a Motion Sua Sponte for Defendants herein without Defendants consent, furthermore it demonstrates how the Court is Universally Prejudiced against McCarthy and bi-lateral in favor Defendants;

2. Defendants were required to file action if this was their intent. No proof shows it was;

3. McCarthy stated why he had an interest because he was a U.S. Citizen. Also because Federal Law was not correctly imposed. The First Amendment allows McCarthy to file a Complaint when Statutory law is not being implemented.

Accordingly as a U.S. Citizen, the First Amendment allows McCarthy to file a Complaint

page 3

Whenever U.S. Law is being abused or not implemented.

5. The Warrant to allow Law Enforcement to seek to search and allegedly search Mr Trumps place they did lacked Probable Cause as was produced unlawfully.

6. Trump was entitled to a Grand Jury hearing prior to the issuing of the warrant so to challenge it. Under the Fourth, Fifth, Sixth Ammendment, Trump was entitled to a Grand Jury hearing because he faced a crime over a year penalty, a felony.

7. The warrant contained hearsay and was unlawful. The Judge herein was bias against Mr Trump. He also denied Defendants Right to past prospective litigation and denied McCarthy evidentiary hearings.

page 4

8. McCarthy, a U.S. citizen has a First Amendment right to intervene in litigation involving ex U.S. President based on his asserted credentials.

Respectfully

John McCarthy
John McCarthy
Neuro-Restorative
1826 Barber Road
Sarasota, Florida 34240

Certification

No Certification required. Defendants have not posted an adequate appearance.

Dated 10-30-2022
By John J McCarthy
John J McCarthy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON et al.,

    Defendants.

_____/

### ORDER STRIKING MOTION FOR MISCELLANEOUS RELIEF

THIS CAUSE comes before the Court on non-party John J. McCarthy's Omnibus Motion for "Many Things Motion Herein, Motion Nunc Pro Tunc" filed on October 6, 2022. (DE 271). The Motion does not state who John J. McCarthy is or why he has any interest in this litigation. Accordingly, it is **ORDERED AND ADJUDGED** that Mr. McCarthy's Motion (DE 271) is **STRICKEN**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 20th day of October, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record

John McCarthy
Neuro Restorative
1876 Barber Road
Sarasota, FL
34240

Appeals

Clerk
U.S.D.C.
400 N. Miami
Miami, FL
33128

FILED BY
NOV 08 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

U.S.M.S.
INSPECTED
BY: