Notice of Appeal To A Court of Appeals;

U.S. District Court
Middle District Florida
No 22-CV- 14102 - Middleton

McCarthy moves to appeal the Courts 10-2?- 2022 Ruling Striking McCarthys Action to Intervene,

By- John J McCarthy
John J. McCarthy
Neuron Restorative
1876 Brooks Barden Rd
Sarasota FL 34240

Certificate is not required because the defendants No Appearance

By John J McCarthy
John J McCarthy

FILED BY AP D.C.
Nov 8, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

John McCarthy
Neuro Restorative
1876 Barber Road
Sarasota FL
34240

Appeals

Clerk
U.S.D.C
400 N. Miami
Miami, FL
33128

NOV 08 2022
ANGELA E. NOBLE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

U.S.M.S.
INSPECTED
BY: