IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendant.

_____/

**ORDER ON PLAINTIFF'S ATTORNEYS' UNOPPOSED MOTION FOR STAY OF FINAL ORDER AND TO APPROVE BOND TO BE PAID TO REGISTRY OF COURT**

THIS MATTER is before the Court on the Plaintiff's Attorneys' Motion for Stay of the Final Judgment and to Approve the Bond to be **Paid to the Registry of the Court.**

**After having reviewed the Motion, it is hereby ORDERED and ADJUDGED:**

1. The Plaintiff shall be allowed to post a Supersedeas Bond in the amount of $72,901.67 into the Court Registry in order to affect a stay of execution of the Final Judgment in accordance with the corresponding Motion.

2. The Motion is hereby **GRANTED**.

DONE AND ORDERED in Chambers, at Palm Beach, Florida this \_\_\_ day of _____ 2022.

_____
THE HONORABLE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of record.