Barbara L. Wardwell
335 West First Street
Reno, Nevada 89503

November 28, 2022

Judge Donald M. Middlebrooks
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street. Room 257
West Palm Beach, Florida 33401

22cv14102

Dear Judge Middlebrooks:

I was disheartened to see you slap fines on the attorneys in Trump's recent case against Hillary Clinton, et al that came across your docket. It's simply unbelievable.

Your characterization of Trump's claims as "political grievances masquerading as legal claims" is simply laughable. Saying this case was a "deliberate use of the judicial system to pursue a political agenda" is astounding since it's widely known that's exactly what Hillary Clinton and the democratic party did to Trump. The lawyer that filed for the FISA warrant to justify spying on Trump regarding the Russia collusion was found guilty of making knowingly false statements to obtain the FISA warrant. Not surprisingly not much happened to him (since he was a democrat). This is the most egregious example of the democratic party "using the judicial system to pursue a political agenda". From Christopher Steele's phony dossier to their biased impeachment hearings of Trump, they knew they didn't have the evidence they claimed to have. Schiff outright lied saying he had evidence of Trump's collusion with Russia when he didn't. They slandered Trump and he is certainly entitled to damages. He should sue the media as well. Hillary and the democratic party have done nothing but persecute Trump since he began to run for President the first time and it is now coming out that the government and the democratic party have likely colluded with Facebook and Twitter to suppress people expressing an opinion that contradicts their narrative. There are extensive damages to be assessed against them if justice exists.

Is this really what you want your legacy to be? You know that his claims are worthy of being heard and you're deliberately denying his day in court. Is your ethical integrity worth bowing down to the Clintons and the DNC who don't even appear to know the meaning of ethical integrity? America expects much more of judges and you're falling short. The truth always comes out and your legacy will be tarnished if you don't get this one right.

The judicial system is supposed to be impartial since partisan justice is not justice. If you can't set aside your personal political beliefs you should not even be on the bench. There is obvious merit to this case and Trump deserves his day in court with an impartial judge. Anything less is an erosion of our democracy. Once our judicial system fails, our democracy will fall. We are getting pretty close to that these days since there appears to be obvious bias in investigations from Hillary's classified emails and spying on Trump to the lies about Hunter Biden's laptop being Russian disinformation. Do you see any justice there from our "justice system"?

Sincerely,

*Barbara L. Wardwell*
Barbara L. Wardwell

FILED BY CoS      D.C.

DEC 05 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Barbara L. Wardwell
335 West First Street
Reno, NV 89503

Judge Donald M. Middlebrooks
Paul G. Rogers Federal Bldg and US Courthouse
701 Clematis Street. Room 257
West Palm Beach, Florida 33401