UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.
_____/

### *SUA SPONTE* ORDER REQUIRING CORRECTED OBJECTIONS TO FEES

THIS CAUSE comes before the Court *sua sponte*. On October 31, 2022, Defendants filed a Joint Motion for Sanctions. (DE 280). On November 14, 2022, Plaintiff filed a Response in Opposition. (DE 285). It appears that Plaintiff relied on an unsigned draft of Defendants' proposed fees. (*See, e.g.,* DE 285-1 at 241 (stating on signature line "draft for circulation")). As a result, there are discrepancies between Defendants' proposed fees (DE 280-2) and the document relied on by Plaintiff. For clarity of the record, I will Order Plaintiff to file corrected objections.

For the forgoing reasons, it is hereby **ORDERED AND ADJUDGED** that Plaintiff SHALL FILE Corrected Objections to Defendants' Proposed Fees on or by **December 19, 2022**. This is not an invitation for Plaintiff to raise any new substantive objections. Any new objections should be limited to reconciling the discrepancies from the draft to the final document.

**SIGNED** in chambers at West Palm Beach, Florida this 12 day of December, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of record