UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Donald J. Trump,<br><br>              Plaintiff,<br><br>v.<br><br>Hillary R. Clinton *et al.*,<br><br>              Defendants. | Civil Action No. 2:22-14102-DMM |

## NOTICE OF CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

            Debevoise & Plimpton LLP
            66 Hudson Boulevard
            New York, New York  10001
            (212) 909-6000

Please direct any hard copy service to us at our new address.

Dated:  New York, New York
          January 18, 2023

                                        DEBEVOISE & PLIMPTON LLP

                                        By:  */s/ Wendy B. Reilly*
                                                  DEBEVOISE & PLIMPTON LLP
                                                  Andrew J. Ceresney (pro hac vice)
                                                  Wendy B. Reilly (pro hac vice)
                                                  Isabela M. Garcez (pro hac vice)
                                                  66 Hudson Boulevard
                                                  New York, New York 10001
                                                  (212) 909-6000
                                                  aceresney@debevoise.com
                                                  wbreilly@debevoise.com
                                                  imgarcez@debevoise.com

                                                  *Attorneys for Defendant Robert E. Mook*