UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Donald J. Trump,

        Plaintiff,

v.

Hillary R. Clinton *et al.*,

        Defendants.

Civil Action No. 2:22-14102-DMM

## NOTICE TO STRIKE

    Undersigned counsel moves to strike Docket Entry 300 pursuant to Clerk's Notice (DE 301).

Dated: Miami, Florida
       January 21, 2023

Respectfully submitted,

By: /s/ *William Barzee, Esq.*

**BARZEE FLORES**
William R. Barzee (Florida Bar No. 158720)
Courthouse Center, Penthouse One
40 NW Third Street
Miami, FL 33128
Tel: (305) 374-3998
williambarzee@barzeeflores.com

**DEBEVOISE & PLIMPTON LLP**
Andrew J. Ceresney (*pro hac vice*)
Wendy B. Reilly (*pro hac vice*)
Isabela M. Garcez (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000
aceresney@debevoise.com
wbreilly@debevoise.com
imgarcez@debevoise.com

*Attorneys for Defendant Robert E. Mook*