UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Donald J. Trump,

        Plaintiff,

v.

Hillary R. Clinton *et al.*,

        Defendants.

Civil Action No. 2:22-14102-DMM

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

    Debevoise & Plimpton LLP
    66 Hudson Boulevard
    New York, New York  10001
    (212) 909-6000

Please direct any hard copy service to Debevoise & Plimpton LLP at this new address.

Dated: Miami, Florida
       January 21, 2023

                                  Respectfully submitted,

                        By:  */s/ William Barzee, Esq.*
                            **BARZEE FLORES**
                            William R. Barzee (Florida Bar No. 158720)
                            Courthouse Center, Penthouse One
                            40 NW Third Street
                            Miami, FL 33128
                            Tel: (305) 374-3998
                            williambarzee@barzeeflores.com

**DEBEVOISE & PLIMPTON LLP**
Andrew J. Ceresney (*pro hac vice*)
Wendy B. Reilly (*pro hac vice*)
Isabela M. Garcez (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000
aceresney@debevoise.com
wbreilly@debevoise.com
imgarcez@debevoise.com

*Attorneys for Defendant Robert E. Mook*