UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

CASE NO. 2:22-cv-14102-DMM

**[PROPOSED] ORDER ON PLAINTIFF AND PLAINTIFF'S ATTORNEYS' UNOPPOSED MOTION FOR STAY OF FINAL ORDER AND TO APPROVE BOND TO BE PAID TO REGISTRY OF COURT**

THIS MATTER is before the Court on Plaintiff and Plaintiff's Attorney's ("Plaintiffs") Motion for Stay of the Final Judgment and to Approve the Bond to be **Paid to the Registry of the Court**.

After having reviewed the Motion, it is hereby ORDERED and ADJUDGED:

1. Plaintiffs shall be allowed to post a Supersedeas Bond in the amount of $1,031,788.33 into the Court Registry in order to affect a stay of execution of the Final Judgment in accordance with the corresponding Motion.

2. The Motion is hereby **GRANTED**.

DONE AND ORDERED in Chambers, at Palm Beach, Florida this ___ day of _____ 2023.

_____
THE HONORABLE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE