UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

                Plaintiff,

v.                                                                    CASE NO. 2:22-cv-14102-DMM

HILLARY R. CLINTON, HFACC, INC.,
DEMOCRATIC NATIONAL COMMITTEE,                   NOTICE OF CIVIL APPEAL
DNC SERVICES CORPORATION,
PERKINS COIE, LLC, MICHAEL
SUSSMANN, MARC ELIAS, DEBBIE
WASSERMAN SCHULTZ, CHARLES
HALLIDAY DOLAN, JR., JAKE
SULLIVAN, ADAM SCHIFF, JOHN
PODESTA, ROBERT E. MOOK, PHILLIPE
REINES, FUSION GPS, GLENN SIMPSON,
PETER FRITSCH, NELLIE OHR, BRUCE
OHR, DEFENDANT BUSINESS
INTELLIGENCE, LTD., CHRISTOPHER
STEELE, IGOR DANCHENKO, NEUSTAR,
INC., NEUSTAR SECURITY SERVICES,
RODNEY JOFFE, JAMES COMEY, PETER
STRZOK, LISA PAGE, KEVIN
CLINESMITH, ANDREW MCCABE,
ROD ROSENSTEIN, JOHN DOES 1
THROUGH 10 (said names being fictitious
and unknown persons),
and ABC CORPORATIONS 1 THROUGH 10
(said names being fictitious and unknown
entities),

                Defendants.

Notice is hereby given that Alina Habba, Habba Madaio & Associates, and

Donald J. Trump appeal to the United States Court of Appeals for the Eleventh

Circuit from the Sanctions Order of the Hon. Donald M. Middlebrooks entered on

January 19, 2023 (ECF No. 302) in the instant action.

Dated: February 6, 2023                    Respectfully submitted,


                                           /s/ Jared Roberts
                                           Jared J. Roberts (FL Bar #1036550)
                                           BINNALL LAW GROUP, PLLC
                                           717 King Street, Suite 200
                                           Alexandria, Virginia 22314
                                           Tel: (703) 888-1943
                                           Fax: (703) 888-1930
                                           jared@binnall.com

                                           *Counsel for Donald J. Trump, Alina
                                           Habba, and Habba Madaio &
                                           Associates*

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jared Roberts
Jared J. Roberts

*Counsel for Donald J. Trump, Alina Habba, and Habba Madaio & Associates*