Generated: Feb 17, 2023 11:07AM                                                                                                                        Page 1/1



# U.S. District Court

### Florida Southern - Miami

Receipt Date: Feb 17, 2023 11:07AM

BINNALL LAW GROUP PLLC
717 KING STREET
SUITE 200
ALEXANDRIA, VA 22314

Rcpt. No: 265147                    Trans. Date: Feb 17, 2023 11:07AM                    Cashier ID: #VT

| CD  | Purpose           | Case/Party/Defendant                      | Qty | Price      | Amt        |
|-----|-------------------|-------------------------------------------|-----|------------|------------|
| 701 | Treasury Registry | DFLS222CV014102 /001<br>DONALD J. TRUMP   | 1   | 1031788.33 | 1031788.33 |

| CD | Tender |         |            | Amt            |
|----|--------|---------|------------|----------------|
| CH | Check  | #539567 | 02/16/2023 | $1,031,788.33  |

|  | Total Due Prior to Payment: | $1,031,788.33 |
|--|-----------------------------|---------------|
|  | Total Tendered:             | $1,031,788.33 |
|  | Total Cash Received:        | $0.00         |
|  | Cash Change Amount:         | $0.00         |

**Comments**: 22-cv-14102-DMM/Donald J. Trump vs. Hillary R. Clinton, et al. REMITTER: BINNAL LAW GROUP PLLC 717 KING STREET, SUITE 200 ALEXANDRIA, VA 22314 PER ORDER OF THE COURT (DE#309)

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.