# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 22, 2023

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY____JE____D.C.

Feb 22, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 23-10387-J
Case Style: Donald Trump, et al v. Hillary Clinton, et al
District Court Docket No: 2:22-cv-14102-DMM

The enclosed copy of the Clerk's Order of Dismissal because the appeal was erroneously docketed is issued as the mandate of this court, AS TO JOHN J. MCCARTHY ONLY.

Any pending motions regarding John J. McCarthy are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>
General Information                404-335-6100
New / Before Briefing Cases         404-335-6135
Cases in Briefing / After Opinion   404-335-6130
Cases Set for Oral Argument         404-335-6141
Capital Cases                       404-335-6200
Attorney Admissions                 404-335-6122
CM/ECF Help Desk                    404-335-6125

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-10387-J

_____

DONALD J. TRUMP,

                                                   Plaintiff - Appellant,

ALINA HABBA,
HABBA MADAIO & ASSOCIATES,
JOHN J. MCCARTHY,

                                                   Interested Parties - Appellants,

versus

HILLARY R. CLINTON,
DEMOCRATIC NATIONAL COMMITTEE,
HFACC, INC.,
DNC SERVICES CORPORATION,
DEBORAH WASSERMAN SCHULTZ, et al.,

                                                   Defendants - Appellees,

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: This appeal was erroneously docketed as to John J. McCarthy by the Eleventh Circuit Court of Appeals and is hereby dismissed AS TO JOHN J. MCCARTHY ONLY.

Effective February 22, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION