United States District Court
Southern District of Florida

Donald Trump,
            Plaintiff            Case No: 22-14102-
                                 CV- Middlebrooks
v

Hillary Clinton, et al,  January 30 2023
            Defendants

McCarthy Motion To Withdraw From
This Case With Prejudice as
                    Nunc Pro Tunc

FILED BY MC D.C.
MAR 07 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

McCarthy moves to withdraw from
this case. He doesn't know how he
became in it. McCarthy suffers from
Brain injury and Mental Illnesses
and Treated at Neuro-Restorative
pursuant to attached order.

McCarthy doesn't know how his
Name and Mr Trumps legal materials

Page 2

Have been sent to him on a daily basis. Why is not clarified to him. But he has no reason or desire to be in this case and doesn't understand how it happen.

I declare under the 28 U.S.C. §1746 the forgoing is True and correct

Executed on March 1, 2023
By — John J. McCarthy
John J. McCarthy
Neuro-Restorative
1526 Barber Road
Sarasota Fl 34240

Submitted By John J. McCarthy
John J. McCarthy
Neuro-Restorative
1526 Barber Rd
Sarasota, Florida
34240

Certification

No Party has identified themself pursuant to Rules and Local Rules of Court.

Therefore McCarthy is not able to give them copy

I declare the forgoing true and correct pursuant to 28 U.S.C. §1746.

Executed 1-30-2020

By- John J. McCarthy
John J. McCarthy
Neuro-Restorative

Submitted By- John J. McCarthy
John J. McCarthy
1876 Barber Road
Neuro-Restorative
1876 Barber Rd
Sarasota Florida
34240

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    CRIMINAL CASE No. |
| | :    3:17-CR-0230 (JCH) |
| v. | : |
| | : |
| JOHN McCARTHY, | : |
| Defendant. | :    JANUARY 3, 2022 |

## ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE
## (DOC. NO. 179)

The court grants the defendant's Motion to Modify Conditions of Release (Doc. No. 179) absent objection and under the following conditions:

1. Mr. McCarthy will be released to the NeuroRestorative Coconut Ranch Program in Sarasota, Florida effective on the date of bed availability, January 10, 2022.

2. Mr. McCarthy will be required to reside at NeuroRestorative. He is required to comply with program rules and is required to sign a release for Probation and his counsel.

3. Mr. McCarthy will be transported to the program by medical flight with medical personnel supervision. Mr. McCarthy shall abide by all instructions, policies, and procedures of medical personnel and crew during ground and air transport by medical ambulance and medical flight from New Haven Correctional Center to the Neurorestorative Program.

4. Within the first week of commencement of treatment, Mr. McCarthy's counsel and a representative of the U.S. Probation Office will meet with Mr. McCarthy and treatment team at NeuroRestorative virtually.

5. This Court will retain jurisdiction over Mr. McCarthy and his case. Supervision will be transferred to the Middle District of Florida during Mr. McCarthy's stay at NeuroRestorative.

6. The USPO will provide quarterly status updates to the Court.

7. Mr. McCarthy will be subject to all other mandatory and standard conditions of supervised release already in place by way of the Court's January 2019 Judgment.

8. At least 30 days prior to a successful discharge from NeuroRestorative, Mr. McCarthy, working with the USPO and his counsel, must file a motion with the Court proposing a discharge plan. Notice must be provided to the government. Any unsuccessful discharge will be reported to the Court immediately.

9. The Court must approve any proposed discharge plan before it occurs.

10. The pending violation will be held in abeyance pending Mr. McCarthy's participation in the NeuroRestorative program.

**SO ORDERED.**

Dated this 3rd day of January 2022, at New Haven, Connecticut.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge

John McCathy
Neuro-Restorative
1978 Border Road
Sarasota, Florida
34240

TAMPA FL 335
SAINT PETERSBURG FL
2 MAR 2023 PM 6 L

Clerk
Federal Court
400 North Miami Ave
Miami, FL
33128-7716

John McCarthy
Neuro-Restorative
1376 Barber Road
Sarasota, Florida
34240

TAMPA FL 335
SAINT PETERSBURG FL
2 MAR 2023 PM 6 L

Clerk
Federal Court
400 North Miami Ave
Miami, FL
33128-7716

