UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

    Plaintiff,

    v.

HILLARY R. CLINTON, et al.,

    Defendants.

Case No. 2:22-cv-14102-DMM

**MICHAEL F. HOULIHAN'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT MICHAEL SUSSMANN**

    Attorney Michael F. Houlihan moves for leave to withdraw as counsel of record for Defendant Michael Sussmann in this case. Mr. Sussmann will continue to be represented by attorneys at the law firms of Latham & Watkins LLP and Colson Hicks Eidson, P.A., whose mailing addresses are provided below. Per Local Rules 7.1(a)(3) and 11.1(d)(3), Mr. Sussmann and counsel for Plaintiff Donald J. Trump received copies of this draft motion and order, and neither offered any objection.

Dated March 14, 2022                Respectfully submitted,

                                            By: _/s/ Roberto Martínez_
                                                 Roberto Martínez

**COLSON, HICKS, EIDSON, P.A.**

Roberto Martínez (Florida Bar No. 305596)
bob@colson.com
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
(305) 476-7400

Zachary Lipshultz (Florida Bar No. 123594)
zach@colson.com
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
(305) 476-7400

**LATHAM & WATKINS LLP**

Sean M. Berkowitz*
sean.berkowitz@lw.com
330 N. Wabash, Suite 2800
Chicago, IL 60611
(312) 876-7700

Stephen P. Barry*
stephen.barry@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200


*Admitted pro hac vice*

Attorneys for Defendant Michael Sussmann

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court. I also certify that the foregoing document is being served this March 14, 2023, on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Roberto Martínez*
Roberto Martínez