**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

DONALD J. TRUMP,

      Plaintiff,

      v.

HILLARY R. CLINTON, et al.,

      Defendants.

Case No. 2:22-cv-14102-DMM

**[PROPOSED] ORDER GRANTING MICHAEL F. HOULIHAN'S**
**UNOPPOSED MOTION FOR LEAVE TO**
**WITHDRAW AS COUNSEL FOR DEFENDANT MICHAEL SUSSMANN**

Before the Court is attorney Michael F. Houlihan's unopposed motion to withdraw as at counsel for Defendant Michael Sussmann. (the "Motion," ECF No. ___.) The Motion is **GRANTED**. The **Clerk of Court** is instructed to terminate Michael F. Houlihan as counsel of record in this case.

**DONE AND ORDERED**, in chambers, at West Palm Beach, Florida, on March

_____, 2023.

_____
Donald M. Middlebrooks
United States District Judge