## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-14102-MIDDLEBROOKS

DONALD J. TRUMP,

     Plaintiff,

vs.

HILLARY R. CLINTON et al.

     Defendant.

_____/

### ORDER CLOSING CASE

THIS CAUSE is before the court *sua sponte*. On September 8, 2022, I entered an order dismissing Plaintiff's Amended Complaint (DE 267). Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Clerk of Court shall **CLOSE THIS CASE**.

(2) All pending motions shall be **DENIED AS MOOT.**

**SIGNED** in chambers in West Palm Beach, Florida this _13_ day of March, 20223

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record