UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:22-cv-14102-DMM

DONALD J. TRUMP

    Plaintiff,

vs.

ROBERT E. MOOK,

    Defendant.

_____/

## MOTION FOR SUBSTITUTION OF LOCAL COUNSEL

John William Wylie IV, hereby files this Motion for Substitution of Counsel which would allow the withdrawal of Attorney William Riley Barzee as Local counsel for the Defendant and to substitute John William Wylie IV, Esq. as counsel of record.

    Respectfully submitted,

| | |
|---|---|
| /s/ William R. Barzee | /s/John William Wylie IV |
| William R. Barzee, Esq. | John W. Wylie, P.A |
| Fla. Bar No. 0158720 | Fla. Bar No. 133817 |
| Courthouse Center, Penthouse One | Courthouse Center, Penthouse One |
| 40 NW Third Street | 40 NW 3rd St Ph 1 |
| Miami, Florida 33138 | Miami, FL 33128-1838 |
| TEL: (305) 374-3998 | Office: 305-586-1338 |
| FAX: (305) 374-3985 | Cell: 305-358-1338 |
| Williambarzee@Barzeeflores.com | jww@johnwylielaw.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 17th day of July, 2023, and was served to the parties in this case from that system.

<u>/s/John William Wylie IV</u>
John W. Wylie, P.A