UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:22-cv-14102-DMM

DONALD J. TRUMP

    Plaintiff,

vs.

JAKE SULLIVAN,

    Defendant.

_____/

## MOTION FOR SUBSTITUTION OF LOCAL COUNSEL

John William Wylie IV, hereby files this Motion for Substitution of Counsel, which would allow the withdrawal of Attorney William Riley Barzee as local counsel for the Defendant and to substitute John William Wylie IV, Esq. as counsel of record.

    Respectfully submitted,

/s/ William R. Barzee
William R. Barzee, Esq.
Fla. Bar No. 0158720
Courthouse Center, Penthouse One
40 NW Third Street
Miami, Florida 33138
TEL: (305) 374-3998
FAX: (305) 374-3985
Williambarzee@Barzeeflores.com

/s/John William Wylie IV
John W. Wylie, P.A
Fla. Bar No. 133817
Courthouse Center, Penthouse One
40 NW 3rd St Ph 1
Miami, FL 33128-1838
Office: 305-586-1338
Cell: 305-358-1338
jww@johnwylielaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 17th day of July, 2023, and was served to the parties in this case from that system.

/s/John William Wylie IV
John W. Wylie, P.A