UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

22-cv-14102-Middlebrooks

DONALD J. TRUMP,

v.

JAKE SULLIVAN, *et al.*,

    Defendants.
_____/

**ORDER GRANTING
MOTION TO SUBSTITUTE COUNSEL**

THIS CAUSE has come before the Court upon Mr. Sullivan's motion to substitute counsel.

It is hereby, ORDERED and ADJUDGED that John W. Wylie, P.A. will be local counsel for Mr. Sullivan. William Barzee is no longer counsel of record.

DONE and ORDERED at Chambers in West Palm Beach, Florida this \_\_\_\_\_ of July, 2023.

                                        _____
                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT COURT JUDGE