IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Donald J. Trump,<br><br>        Plaintiff,<br><br>  v.<br><br>Hillary R. Clinton *et al.*,<br><br>        Defendants. | Civil Action No. 2:22-cv-14102-DMM |

**CHARLES DOLAN'S OPPOSITION TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS' <u>MOTION TO DISQUALIFY</u>**

Charles Dolan opposes the Motion To Disqualify filed by Plaintiff and Plaintiff's Attorneys (collectively, the "Movants"), for the following reasons.

1. **Movant Rehashes His Prior Motion, Based on the Court Dismissing His Case, Which Is an Especially Inappropriate Grounds of Recusal.** Plaintiff rehashes his prior motion to disqualify, previously denied, with a logically incoherent twist. Plaintiff takes the position that the Court, in ruling against Plaintiff unequivocally and thoroughly, has confirmed Plaintiff's case for bias and recusal. Under this reasoning, any unequivocal, harsh ruling against Plaintiff could be raised as grounds for recusal.

The more logical and rational conclusion from the Court's prior decision, especially given the obvious deficiencies cited by the Court, is that Plaintiff and his counsel brought a defective case, filed creative but deficient (and in some cases false and outlandish) pleadings, and pursued a political vendetta in a legal proceeding. Under these circumstances, recusal is especially inappropriate.

2. **Plaintiff Is Improperly Judge-Shopping**. Plaintiff filed this case in the Southern District of Florida, rather than Washington, D.C., or other districts, despite the locus of the claim

1

being elsewhere, and then once here, has sought from the beginning to recuse the trial judge based on the presidential appointment.

As Chief Justice Roberts stated:

> We do not have Obama judges or Trump judges, Bush judges or Clinton judges. What we have is an extraordinary group of dedicated judges doing their level best to do equal right to those appearing before them. The independent judiciary is something we should all be thankful for.

Quoted in the Associated Press, November 21, 2018.

The Plaintiff's actions here attempt to bypass the normal system of assignment, which is designed to further equal treatment and an independent judiciary. In so doing, Plaintiff's efforts strike at the heart of our system of equal justice under law.

Defendant Dolan otherwise joins in the pleadings filed by other Defendants.

Plaintiff's motion must be denied.

Date: August 28, 2023

                Respectfully submitted,

                /s/George R.A. Doumar
                George R.A. Doumar
                *Pro Hac Vice*
                Jonathan E. Levine, Esquire
                Florida Bar No. 937711
                Mahdavi Bacon Halfhill & Young, PLLC
                11350 Random Hills Road, Suite 700
                Fairfax, Virginia, 22030
                Tel: (703) 352-1300
                Fax: (703) 352-1301
                Email: gdoumar@doumarmartin.com

                *Counsel for Charles H. Dolan*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2023, I caused a copy of the foregoing to be served on all counsel of record via CM/ECF. All parties required to be served have been served.

/s/George R.A. Doumar
George R.A. Doumar
*Pro Hac Vice*
Jonathan E. Levine, Esquire
Florida Bar No. 937711
Mahdavi Bacon Halfhill & Young, PLLC
11350 Random Hills Road, Suite 700
Fairfax, Virginia, 22030
Tel: (703) 352-1300
Fax: (703) 352-1301
Email: gdoumar@doumarmartin.com

*Counsel for Charles H. Dolan*