**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DONALD J. TRUMP,

    Plaintiff,

v.                                                                                      Case No. 2:22-cv-14102-DMM

HILLARY R. CLINTON, et al.,

    Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jason C. Greaves of the law firm of Binnall Law Group, located at 717 King Street, Suite 200, Alexandria, Virginia 22314, Phone (703) 888-1943, for purposes of appearance as co-counsel on behalf of President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba, Madaio, & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jason C. Greaves to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jason C. Greaves is not admitted to practice in the Southern District of Florida and is a member in good standing of the D.C. Bar and the U.S. District Court for the District of Columbia.

    2.    Movant, Jared J. Roberts, Esquire, of the law firm of Binnall Law Group, located at 717 King Street, Suite 200, Alexandria, Virginia 22314, Phone (703) 888-1943, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served

electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jason C. Greaves has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Jason C. Greaves, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jason C. Greaves at email address: jason@binnall.com.

WHEREFORE, Jared J. Roberts, moves this Court to enter an Order Jason C. Greaves, to appear before this Court on behalf of President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba, Madaio, & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jason C. Greaves.

Date: **September 6**, 2023              Respectfully submitted,

/s/ Jared J. Roberts

Jared J. Roberts
FL Bar #1036550
jared@binnall.com
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930

*Attorney for President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba, Madaio, & Associates,*
*Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

Case No. 2:22-cv-14102-DMM

## **CERTIFICATION OF JASON C. GREAVES**

    Jason C. Greaves, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of D.C. Bar and the U.S. District Court for the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                    /s/ Jason C. Greaves
                                    Jason C. Greaves

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

Case No. 2:22-cv-14102-DMM

**ORDER GRANTING MOTION TO APPEAR**
**<u>*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO</u>**
**<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jason C. Greaves, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jason C. Greaves, may appear and participate in this action on behalf of President Donald J. Trump, Alina Habba, Michael T. Madaio, Habba, Madaio, & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group. The Clerk shall provide electronic notification of all electronic filings to Jason C. Greaves, at jason@binnall.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record