UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Donald J. Trump,<br><br>              Plaintiff,<br><br>  v.<br><br>Hillary R. Clinton *et al.*,<br><br>              Defendants. | Case No.: 22-CV-14102-DMM |

### NOTICE TO WITHDRAW ISABELA M. GARCEZ AS DEFENDANT'S COUNSEL

Pursuant to Local Rule 11.1(3)(A), Isabela M. Garcez respectfully requests that the Court withdraw her appearance as counsel for defendant Robert Mook. As of November 14, 2023, she will no longer be associated with Debevoise & Plimpton LLP. In connection with the withdrawal, the Clerk is requested to remove the name of Ms. Garcez from the docket and service list.

Defendant Mook will continue to be represented by Andrew J. Ceresney and Wendy B. Reilly, Debevoise & Plimpton LLP (66 Hudson Boulevard, New York, NY 10001), and John W. Wylie IV, Law Offices of John W. Wylie, P.A. (40 NW 3rd Street PH 1, Miami, FL 33128). Accordingly, Defendant Mook will not be prejudiced by the withdrawal and has consented to this withdrawal.

Dated: November 16, 2023

Respectfully submitted,

/s/ John W. Wylie
John W. Wylie
LAW OFFICES OF JOHN W. WYLIE, P.A.
40 NW 3rd Street
PH 1
Miami, FL 33128
(305) 586-1338
jww@johnwylielaw.com

Andrew J. Ceresney
Wendy B. Reilly
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
aceresney@debevoise.com
wbreilly@debevoise.com

*Counsel for Defendant Robert Mook*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 16th day of November, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ John W. Wylie
John W. Wylie