UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Donald J. Trump,

        Plaintiff,

v.

Hillary R. Clinton *et al.*,

        Defendants.

Case No.: 22-CV-14102-DMM

**ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL OF RECORD**

THIS CAUSE has come before the Court upon Isabela M. Garcez's motion to withdraw as counsel of record for defendant Robert Mook.

It is hereby, ORDERED and ADJUDGED that Isabela M. Garcez shall be removed as counsel of record for defendant Robert Mook.

DONE and ORDERED at Chambers in West Palm Beach, Florida this _____ of November, 2023.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT JUDGE