UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW

**THIS CAUSE** comes before the Court upon the Motion to Withdraw Isabela M. Garcez, Esq. as counsel for Defendant Robert Mook, filed on November 16, 2023. (DE 347). No opposition has been filed. Defendant Robert Mook's other counsel of record will continue to represent him in this matter. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion to Withdraw Isabela M. Garcez as Defendant's Counsel (DE 347) is **GRANTED**.

2. Attorney Isabela M. Garcez, Esq. shall be terminated as counsel of record, and shall no longer have any responsibility for this matter.

**SIGNED** in Chambers at West Palm Beach, Florida this 7 day of December, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record