UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

**MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR DELETION
FROM CM/ECF ELECTRONIC NOTIFICATION SERVICE**

    Edward Soto hereby moves this Court for an order permitting him to withdraw as counsel of record for Defendant Rodney Joffe and to remove him from the distribution of CM/ECF electronic notifications in this matter. Mr. Soto will be retiring from Weil, Gotshal & Manges LLP on December 31, 2023. Copies of all documents and pleadings relating to this litigation should continue to be served on the existing counsel of record from Weil, Gotshal & Manges LLP. Accordingly, there will be no disruption or delay in this matter or to the representation of the defendant caused by the withdrawal of Mr. Soto.

Dated: December 21, 2023

Respectfully submitted,

*/s/ Edward Soto*
Edward Soto (FBN 0265144)
Edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Tel: (305) 577-3100

Steven A. Tyrrell (*admitted pro hac vice*)
**WEIL GOTSHAL & MANGES LLP**
2001 M Street, N.W., Suite 600

Washington, D.C. 20036
Telephone: (202) 682-7000

*Counsel for Rodney Joffe*