UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:22-cv-14102-DMM

DONALD J. TRUMP,

      Plaintiff,

v.

HILLARY R. CLINTON, et al.,

      Defendants.

**[PROPOSED] ORDER**

**THIS CAUSE** comes before the Court on Edward Soto's Motion to Withdraw as Counsel and Request for Deletion from CM/ECF Electronic Notification Service (the "Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Accordingly, the Clerk shall terminate Edward Soto as counsel for Rodney Joffe and discontinue CM/ECF notice to him in this action.

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida this ___ day of December, 2023.

                                                       DONALD M. MIDDLEBROOK
                                                       UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record