UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, et al.,

        Defendants.

_____/

### ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW

**THIS CAUSE** comes before the Court upon the Motion to Withdraw Edward Soto Esq. as counsel for Defendant Rodney Joffe, filed on December 21, 2023. (DE 349).  Defendant Rodney Joffe's other counsel of record will continue to represent him in this matter.  Accordingly, it is

**ORDERED and ADJUDGED** as follows:

1. The Motion to Withdraw As Counsel (DE 349) is **GRANTED**.

2. Attorney Edward Soto shall be terminated as counsel of record, and shall no longer have any responsibility for this matter.

**SIGNED** in Chambers at West Palm Beach, Florida this 2nd day of January, 2024.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record