**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-14102-DMM**

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, *et. al.,*

    Defendants.

_____/

**<u>NOTICE OF CHANGE OF FIRM NAME</u>**

PLEASE TAKE NOTICE that Shawn G. Crowley, counsel for Defendants Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz, appearing *pro hac vice*, files this Notice of Change of Firm Name in the above-captioned case through local counsel pursuant to Administrative Order 2005-38. All future pleadings, memoranda, correspondence, orders, and other documents should be sent to:

    Shawn G. Crowley *(pro hac vice)*
    Hecker Fink LLP
    350 5th Avenue, 63rd Floor
    New York, NY 10118
    Telephone: (212) 763-0883
    Email: scrowley@kaplanhecker.com

Dated: July 25, 2024

Respectfully Submitted,

*/s/ Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

SHAWN G. CROWLEY *(pro hac vice)*
scrowley@kaplanhecker.com
MAXIMILLIAN FELDMAN *(pro hac vice)*
mfeldman@kaplanhecker.com
HECKER FINK LLP
350 5th Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

*Counsel for Defendants Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*

2