UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## MOTION TO SUBSTITUTE COUNSEL

Pursuant to Local Rules 7.1(a) and 11.1(d), Defendant Igor Danchenko hereby moves this Court for an Order substituting Cristina Villarroel of McDermott Will & Emery LLP as counsel of record for Defendant Danchenko and granting leave for Diana Fassbender of Orrick, Herrington & Sutcliffe LLP to withdraw as counsel. The reason for this substitution is that Mr. Danchenko is no longer represented by the firm of Orrick, Herrington & Sutcliffe LLP; he is now represented by McDermott Will & Emery where Ms. Villarroel is an attorney. Mr. Danchenko will also continue to be represented by Franklin Monsour of McDermott Will & Emery who has appeared *pro hac vice* in this action. Cristina Villarroel, Esq., who is an active member in good standing of the Florida Bar, shall assume all associated local counsel duties previously exercised by Diana Fassbender, Esq.

Pursuant to Local Rule 11.1(d), the undersigned certifies that Mr. Danchenko has been provided notice of this motion and he consents to the withdrawal and substitution of counsel.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

I hereby certify that on July 31, 2024, undersigned counsel for Defendant Igor Danchenko notified all parties by e-mail of the relief sought herein.  No party has objected to the relief requested.

Dated:  August 1, 2024          Respectfully submitted,

/s/ Cristina Villarroel
Cristina Villarroel
Fla Bar ID # 1010472

McDermott Will & Emery LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Tel.: 305-507-2302
Fax: 305-718-0669


/s/ Diana Marie Fassbender
Diana Marie Fassbender
Fla Bar ID #17095
dszego@orrick.com

Orrick Herrington & Sutcliffe LLP
1152 15th Street N.W.
Washington, DC  20005-1706
Tel: (202) 339-88533
Fax: (202) 339-8500

*Counsel for Defendant Igor Danchenko*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was e-filed this 1st of August, 2024, and served to counsel of record for all parties via the Court's CM/ECF system.

/s/ Cristina Villarroel
Cristina Villarroel