UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court on the Motion to Substitute Counsel of Defendant Igor Danchenko, and this Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED, and Cristina Villarroel will be substituted as counsel of record for Defendant Igor Danchenko and Diana Fassbender is hereby withdrawn as counsel of record.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___ day of _____, 2024.

_____
United States District Judge