# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

**THIS CAUSE** comes before the Court on Defendant's Motion to Substitute Counsel, filed on August 1, 2024. (DE 356). Defendant Igor Danchenko requests that his counsel Diana Marie Fassbender be granted leave to withdraw as counsel. Defendant Igor Danchenko also requests that Cristina Villarroel be substituted as counsel of record for him. Therefore, Defendant Igor Danchenko will continue to be represented by his other counsel of record in this matter and now attorney Cristina Villarroel. Defendant Igor Danchenko certified that he notified all Parties by e-mail on July 31, 2024, and no party objected to the relief. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion to Substitute Counsel (DE 356) is **GRANTED**.

2. Attorney Diana Marie Fassbender shall be terminated as counsel of record and shall no longer have any responsibility for this matter.

3. The Court notes that the Clerk of Court has already added Cristina Villarroel as counsel for Defendant Igor Danchenko.

**SIGNED** in Chambers at West Palm Beach, Florida this 5th day of August, 2024.

Donald M. Middlebrooks
United States District Judge