**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-14102-DMM**

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**NOTICE OF MOTION TO WITHDRAW APPEARANCE OF ROBERTA A. KAPLAN AS COUNSEL FOR DEFENDANTS DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, AND DEBORAH WASSERMAN SCHULTZ**

Pursuant to Local Rule 11.1(d)(3)(A), Roberta A. Kaplan respectfully requests that the Court withdraw her appearance as counsel for Defendants Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz (ECF Nos. 127 & 129). As of July 8, 2024, Ms. Kaplan is no longer a member of Kaplan Hecker & Fink LLP (now known as Hecker Fink LLP). In connection with the withdrawal, the Clerk is requested to remove Ms. Kaplan's name from the docket and service list.

Defendants Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz will continue to be represented by Shawn G. Crowley and Maximillian Feldman of Hecker Fink LLP, 350 5th Avenue, 63rd Floor, New York, NY 10118. Accordingly, Defendants Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz will not be prejudiced by my withdrawal and have consented to this application.

Dated: August 13, 2024

Respectfully Submitted,

*/s/ Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com


SHAWN G. CROWLEY *(pro hac vice)*
scrowley@kaplanhecker.com
MAXIMILLIAN FELDMAN *(pro hac vice)*
mfeldman@kaplanhecker.com
HECKER FINK LLP
350 5th Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883

*Counsel for Defendants Democratic National Committee, DNC Services Corporation, and Debbie Wasserman Schultz*