UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE
OF ROBERTA A. KAPLAN AS COUNSEL FOR DEFENDANTS DEMOCRATIC
NATIONAL COMMITTEE, DNC SERVICES CORPORATION,
AND DEBORAH WASSERMAN SCHULTZ**

THIS CAUSE has come before the Court upon the motion of Roberta A. Kaplan to withdraw as counsel of record for Defendants Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz.

It is hereby, ORDERED and ADJUDGED that Roberta A. Kaplan shall be removed as counsel of record for Defendants Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz.

DONE and ORDERED at Chambers in West Palm Beach, Florida this _____ of August 2024.

_____
HON. DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT JUDGE