**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

        Plaintiff,

v.

HILLARY R. CLINTON, et al.,

        Defendants.

_____/

**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW**

**THIS CAUSE** comes before the Court upon the Motion to Withdraw Roberta A. Kaplan Esq. as counsel for Defendants Democratic National Committee, DNC Services Corporation, and Deborah Wasserman Schultz, filed on August 13, 2024. (DE 358). Defendants Democratic National Committee's, DNC Services Corporation's, and Deborah Wasserman Schultz's other counsel of record will continue to represent them in this matter. No party has filed any objection to the requested relief. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion to Withdraw as Counsel (DE 358) is **GRANTED**.

2. Attorney Roberta A. Kaplan shall be terminated as counsel of record and shall no longer have any responsibility for this matter.

**SIGNED** in Chambers at West Palm Beach, Florida this 29th day of August, 2024.

Donald M. Middlebrooks
United States District Judge