UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CV-14102-DMM

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

**MOTION TO WITHDRAW APPEARANCE OF ENJOLIQUÉ AYTCH LETT AS COUNSEL FOR DEFENDANT ORBIS BUSINESS INTELLIGENCE, LTD.**

Pursuant to Local Rule 11.1(d)(3)(A), Enjoliqué Aytch Lett respectfully requests that the Court withdraw her appearance as counsel for Defendant Orbis Business Intelligence, Ltd. After September 16, 2024, Ms. Lett will cease being a shareholder at the law firm of Greenberg Traurig, P.A.

Neither this Court nor any party, including Orbis Business Intelligence, Ltd., will be prejudiced by her withdrawal as Orbis Business Intelligence, Ltd. will continue to be represented by Akiesha Gilcrist Sainvil of Greenberg Traurig, P.A., 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131. Orbis Business Intelligence, Ltd. has consented to this withdrawal and opposing counsel has been provided notice in accordance with Local Rule 11.1(d)(3)(A).

Dated: September 12, 2024                                   Respectfully submitted,

/s/ *Enjoliqué Aytch Lett*
ENJOLIQUÉ AYTCH LETT, Esq.
Florida Bar No. 0104881
Email: lette@gtlaw.com
AKIESHA GILCRIST SAINVIL, Esq.
Florida Bar No. 1003260
Email: sainvila@gtlaw.com
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Defendant
Orbis Business Intelligence Ltd.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send a Notice of Electronic Filing to counsel of record or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Enjoliqué Aytch Lett*
ENJOLIQUÉ AYTCH LETT, ESQ.
Florida Bar No. 0104881
Email: lette@gtlaw.com