UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

### ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW

**THIS CAUSE** comes before the Court upon the Motion to Withdraw Enjolique Aytch Lett Esq. as counsel for Defendant Orbis Business Intelligence, Ltd. filed on September 12, 2024. (DE 360). Defendant Orbis Business Intelligence, Ltd.'s other counsel of record will continue to represent them in this matter. No party has filed any objection to the requested relief. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion to Withdraw as Counsel (DE 360) is **GRANTED**.

2. Attorney Enjolique Aytch Lett Esq. shall be terminated as counsel of record and shall no longer have any responsibility for this matter.

**SIGNED** in Chambers at West Palm Beach, Florida this 2 day of October, 2024.

Donald M. Middlebrooks
United States District Judge

CC:

Counsel of Record