UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT IGOR DANCHENKO

Pursuant to Local Rules 7.1(a) and 11.1(d), Defendant Igor Danchenko hereby moves this Court for an Order substituting Rode Carpio of McDermott Will & Emery LLP as counsel of record for Defendant Danchenko and granting leave for Cristina Villarroel, Esq. of McDermott Will & Emery to withdraw as counsel. The reason for this substitution is that Ms. Villarroel will no longer be employed by McDermott Will & Emery as of January 24, 2025. Mr. Danchenko will continue to be represented by Franklin Monsour of McDermott Will & Emery who has appeared *pro hac vice* in this action. Rode Carpio, Esq., who is an active member in good standing of the Florida Bar, shall assume all associated local counsel duties previously exercised by Cristina Villarroel, Esq.

Pursuant to Local Rule 11.1(d), the undersigned certifies that Mr. Danchenko has been provided notice of this motion and he consents to the withdrawal and substitution of counsel. A proposed Order is attached.

WHEREFORE, Defendant Igor Danchenko respectfully requests that this Court (1) direct the Clerk to remove attorney Cristina Villarroel as counsel for Defendant Igor Danchenko in the above-styled action and cease delivering notices of electronic filing to cvillarroel@mwe.com, and (2) substitute Rode Carpio (rcarpio@mwe.com) as new local counsel in place of Ms. Villarroel as local counsel for Attorney Franklin Monsour, who previously appeared *pro hac vice* in this matter.

                            **MCDERMOTT WILL & EMERY LLP**

By:    */s/ Cristina Villarroel*
        Cristina Villarroel
        cvillarroel@mwe.com
        Fla. Bar # 1010472

        Rode Carpio
        Fla. Bar # 1010046
        McDermott Will & Emery LLP
        333 SE 2nd Avenue, Suite 4500
        Miami, FL 33131
        Tel.: 305-507-2302
        Fax: 305-718-0669

        Franklin Monsour (admitted *pro hac vice*)
        fmonsour@mwe.com
        McDermott Will & Emery LLP
        One Vanderbilt Avenue
        New York, NY 10017
        Tel: 212-547-5400
        Fax: 212-547-5444

        *Counsel for Defendant Igor Danchenko*

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

I hereby certify that on January 22, 2025, undersigned counsel for Defendant Igor Danchenko notified all parties by e-mail of the relief sought herein. No party has objected to the relief requested.

Date: January 24, 2025

By: */s/ Franklin Monsour*
Franklin Monsour

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **January 24, 2025** a copy of the foregoing was electronically filed with the Clerk of Court by using the Court's CM/ECF system.

<i>/s/ Cristina Villarroel</i>

DM_US 210342849-1.123648.0011