UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

**THIS CAUSE** is before the Court on Defendant Igor Danchenko's Motion to Substitute Counsel, filed on January 24, 2025. (DE 362). The Motion represents that Defendant Danchenko has requested that Cristina Villarroel, Esq. of McDermott Will & Emery LLP be granted leave to withdraw as counsel and that Rode Carpio of McDermott Will & Emery LLP be substituted as counsel of record. The Motion is unopposed. Having considered the Motion, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Motion to Substitute Counsel (DE 362) is **GRANTED**.

2. Attorney Cristina Villarroel, Esq. shall be terminated as counsel of record and shall no longer have any responsibility for this matter. The Clerk of Court shall remove Cristina Villarroel, Esq. from the CM/ECF notification system for this matter.

3. Attorney Rode Carpio shall be substituted as counsel of record and local counsel to *pro hac vice* Attorney Franklin Monsour in this action.

4. The firm of McDermott Will & Emery will continue representing Defendant Igor Danchenko in this matter.

**SIGNED** in Chambers at West Palm Beach, Florida this ___ day of January, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE