UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

 Plaintiff,

v.

HILLARY R. CLINTON, et al.,

 Defendants.

_____/

**NOTICE OF CHANGE OF ADDRESS**

In accordance with the Local CM/ECF Administrative procedures, the undersigned hereby files this notice of change of address in the above-styled action for attorney Franklin Monsour, Jr. Mr. Monsour's new address is contained in the signature block below and all correspondence should be sent to this new address.

Dated: March 26, 2025
             /s/ Rode Carpio
             Rode Carpio
             Florida Bar No.: 1010046
             McDERMOTT WILL & EMERY LLP
             333 SE 2nd Avenue, Suite 4500
             Miami, FL 33131
             Tel.: 305-507-2302
             Fax: 305-718-0669

             Franklin Monsour Jr.  (**Admitted Pro Hac Vice**)
             fmonsour@mwe.com
             McDERMOTT WILL & EMERY LLP
             One Vanderbilt Avenue
             New York, New York 10017-3852
             Tel: (212) 547-5554

             *Attorneys for Defendant Igor Danchenko*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 26, 2025** a copy of the foregoing was electronically filed with the Clerk of Court by using the Court's CM/ECF system.

*/s/ Rode Carpio*