IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, *et al.*,

    Defendants.

## MOTION TO WITHDRAW APPEARANCE OF JOHN M. MCNICHOLS AS COUNSEL FOR DEFENDANT NEUSTAR SECURITY SERVICES

Pursuant to Local Rule 11.1(d)(3)(A), John M. McNichols respectfully requests that the Court withdraw his appearance as counsel for Defendant Neustar Security Services as Mr. McNichols is no longer at Williams & Connolly LLP. Neustar Security Services will continue to be represented by Allison Eisen of Williams & Connolly LLP and James Gillenwater of Greenberg Traurig P.A., and thus will not be prejudiced by the withdrawal.

In connection with the withdrawal, the Clerk is requested to remove Mr. McNichols's name from the docket and service list.

### CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel attempted to confer by email to all counsel of record for Plaintiff on December 10 and December 11, 2025, but received no response.

Dated: December 15, 2025        By:   /s/ *James E. Gillenwater*

                                                    James E. Gillenwater
                                                    Greenberg Traurig P.A.
                                                    333 SE 2nd Ave.
                                                    Miami, FL 33131
                                                    Telephone: (305) 579-0767

Email:   gillenwaterj@gtlaw.com

*Counsel for Defendant Neustar Security Services*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, I caused a copy of the foregoing to be filed on the Court's CM/ECF system, and thereby caused service to be effected by electronic means upon all counsel of record.

/s/ *James E. Gillenwater*
James E. Gillenwater