UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(d)(3)(A), Franklin Monsour, respectfully requests that the Court withdraw his appearance as counsel for Defendant Igor Danchenko as Mr. Monsour is no longer at McDermott Will & Schulte LLP. Defendant Igor Danchenko will continue to be represented by Rode Carpio and Andrew Kratenstein and thus will not be prejudiced by the withdrawal.

In connection with the withdrawal, the Clerk is requested to remove Mr. Monsour's name from the docket and service list.

### CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel attempted to confer by email to all counsel of record on February 13 and February 18, 2026. The Government and respective counsel for defendants Hillary Clinton, Charles Halliday Dolan, Jr., and Robert E. Mook do not oppose the Motion. Undersigned counsel has received no response from counsel for the remaining parties.

WHEREFORE, Counsel respectfully requests that the Court grant leave to withdraw Franklin Monsour as counsel for Defendant Igor Danchenko.

| | |
|---|---|
| Dated: February 18, 2026 | RESPECTFULLY SUBMITTED, |
| | **McDERMOTT WILL & SCHULTE LLP** |
| | By: */s/ Rode Carpio* |
| | RODE CARPIO |
| | Florida Bar No.:1010046 |
| | 333 S.E. 2 Avenue |
| | Suite 4500 |
| | Miami, FL 33131 |
| | Tel: (305) 507-3856 |
| | rcarpio@mcdermottlaw.com |
| | |
| | ANDREW B. KRATENSTEIN |
| | (admitted *pro hac vice*) |
| | akratenstein@mcdermottlaw.com |
| | McDermott Will & Schulte LLP |
| | One Vanderbilt Avenue |
| | New York, NY 10017 |
| | Tel: (212) 547-5695 |
| | Fax: 212-547-5444 |
| | |
| | ***Counsel for Defendant Igor Danchenko*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of February 2026, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

*/s/ Rode Carpio*