IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, *et al.*,

    Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE comes before the Court upon the motion of Franklin Monsour, counsel for Defendant Igor Danchenko, to withdraw as counsel, filed on February 18, 2025. (DE 374). It is understood that Defendant will continue to be represented by Rode Carpio and Andrew Kratenstein of McDermott Will & Schulte LLP. (*Id.*). Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion to Withdraw (DE 374) is **GRANTED**.

2. Attorney Franklin Monsour shall be terminated as counsel of record and shall no longer have any responsibility for this matter.

**SIGNED** in Chambers at West Palm Beach, Florida this 26 day of February, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record