UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14102-CV-MIDDLEBROOKS

DONALD J. TRUMP,

Plaintiff,

v.

HILLARY R. CLINTON, et al.,

Defendants.

_____/

## ORDER FOLLOWING ELEVENTH CIRCUIT MANDATE

THIS CAUSE comes before the Court on remand from the United States Court of Appeals for the Eleventh Circuit. (DE 276). The mandate issued on May 27, 2026. (*Id.*). The Eleventh Circuit vacated my dismissal with prejudice of the claims against Defendant Orbis and remanded with instructions to dismiss them without prejudice. I now do so.

Accordingly, it is **ORDERED** that the claims against Orbis are **DISMISSED** without prejudice.

SIGNED in Chambers at West Palm Beach, Florida, this ___ day of June, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

Copies to:    Counsel of Record