**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 2:22-CV-14102-MIDDLEBROOKS**

DONALD J. TRUMP,

Plaintiff,

v.

HILLARY R. CLINTON, et al.

Defendants.

**AKIESHA GILCRIST SAINVIL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ORBIS BUSINESS INTELLIGENCE LTD.**

Akiesha Gilcrist Sainvil, Esq., pursuant to Rule 4-1.16 of the Rules Regulating the Florida Bar and Local Rule 11.1(d)(3)(A), moves this Court for an Order allowing her to withdraw as counsel for Defendant Orbis Business Intelligence Ltd. ("Orbis") and, in support, states as follows:

1. Ms. Sainvil presently represents Defendant Orbis in the above-captioned matter.

2. Pursuant to the Rules Regulating the Florida Bar, a lawyer may withdraw from representing a client if: (1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement; (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered

unreasonably difficult by the client; or (5) other good cause for withdrawal exists. R. Regulating Fla. Bar 4-1.16(b).

3. Good cause exists to allow Ms. Sainvil to withdraw from representation of Defendant Orbis in this matter because Ms. Sainvil will no longer be associated with Greenberg Traurig, P.A., after September 11, 2026.

4. Ms. Sainvil's withdrawal can be accomplished without material adverse effect on the interests of Defendant Orbis, as Greenberg Traurig and its remaining counsel of record—whose current mailing addresses and contact information are set forth in the signature block below—will continue to represent Defendant Orbis in this action.

5. Pursuant to Local Rule 11.1(d)(3)(A), counsel has notified Plaintiffs and Defendant Orbis.

6. The requested withdrawal will not delay or interrupt the orderly operation of the Court or this case.

7. This Motion is filed in good faith and not for the purpose of delay.

8. A proposed Order is attached as **Exhibit A**.

**WHEREFORE**, Defendant Orbis Business Intelligence Ltd. respectfully requests that the Court enter an Order (1) granting Akiesha Gilcrist Sainvil leave to withdraw as counsel of record for Defendant Orbis; and (2) directing the Clerk to terminate Ms. Sainvil as counsel and remove her from the CM/ECF service list for this action; and (3) granting any further relief the Court deems appropriate.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Counsel for Defendant certifies that counsel attempted to confer with counsel for Plaintiff by email and telephone on September 10, 2026 and September 11, 2026 regarding the relief

requested in this Motion. Counsel received no response to the emails and was unable to reach Plaintiff's counsel by telephone.

Dated: September 11, 2026

Respectfully Submitted,

*/s/ Akiesha Gilcrist Sainvil*
AKIESHA GILCRIST SAINVIL
Florida Bar No. 1003260
EVELYN COBOS
Florida Bar No. 92310
Greenberg Traurig, LLP
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Tel: (305) 579-0500
Fax: (305) 579-0717
Akiesha.Sainvil@gtlaw.com
Evelyn.Cobos@gtlaw.com
Mialitdock@gtlaw.com

***Counsel for Orbis Business Intelligence, Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF or via other means as directed by the Notice of Electronic Filing.

*/s/ Akiesha Gilcrist Sainvil*
Akiesha Gilcrist Sainvil