**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 2:22-CV-14102-MIDDLEBROOKS**

DONALD J. TRUMP,

Plaintiff,

v.

HILLARY R. CLINTON, et al.

Defendants.

**[PROPOSED] ORDER GRANTING AKIESHA GILCRIST SAINVIL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ORBIS BUSINESS INTELLIGENCE LTD.**

**THIS CAUSE** having come before the Court on Akiesha Gilcrist Sainvil, Esq.'s Motion to Withdraw as Counsel of Record for Defendant Orbis Business Intelligence Ltd. ("Orbis"), dated September 11, 2026 ("Motion"). Having reviewed the Court record, the Motion, and otherwise being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion is hereby **GRANTED**.

2. The Clerk is directed to terminate Akiesha Gilcrist Sainvil as counsel of record for Defendant Orbis in the above-styled action. Ms. Sainvil shall have no further responsibility in connection with this action.

**DONE AND ORDERED** in Chambers, on this ____________ day of September, 2026.

______________________________________
**THE HONORABLE DONALD M. MIDDLEBROOKS**
United States District Court Judge

Copies furnished to:
All counsel of record